**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAITONA CARTER,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN A. FEINBERG, Deputy Secretary of Defense; and<br>PETE HEGSETH, Secretary of Defense,<br><br>Defendants. | Case No. |

**EXHIBITS**

| | |
|---|---|
| 1 | EXHIBIT A / "Feinberg Memorandum — Supplier Cost and Pricing Transparency (Aug 18, 2026)" / "Source: Federal News Network" / URL printed below |
| 2 | EXHIBIT B / "Feinberg Memorandum — Fostering One Strong Industrial Base (Sept 14, 2026)" / "Source: defense.gov" / URL printed below |
| 3 | EXHIBIT C / CAFC Docket Entry — Appeal No. 26-1721, Doc. 19; Constructive Trust & Escrow Demand (May 15, 2026) and Doc. 47; Motion for Severance, Interim Financial Preservation, and Show Cause (Sept 21, 2026). / "Source: CAFC eCFS" / "https://ecf.cafc.uscourts.gov/" |
| 4 | EXHIBIT D / "SBMC Phase 2 Announcement — Anduril (Aug 17, 2026)" / "170 prototypes; testing Jan–Feb 2027" / "Source: DefenseScoop" / URL printed below |
| 5 | EXHIBIT E / "2009 Public Disclosure — mirrormixing2.blogspot.com" / "As filed in Appendix, CAFC Appeal No. 26-1721" / "Source: CAFC eCFS (Appendix)" |
| 6 | EXHIBIT F / "Solos v. Meta, 1:26-cv-10304 (D. Mass.)" / "Asserted Patents: 10,306,389; 10,651,866; 11,082,055; 11,871,174; 12,216,339" / "Source: CourtListener" / URL printed below |
| 7 | EXHIBIT G / "SBMC OTA Awards" / "Anduril $159M; Rivet $195M; Elbit $120.5M" / "Sources: Anduril PR; DefenseScoop; Elbit post" / URLs printed below |
| 8 | EXHIBIT H / "Kopin IBAS + SBMC Revenue" / "$15.4M IBAS; $350–500M SBMC projection" / Sources: “Yahoo Finance; Kopin press release; Q2 2026 earnings” / URLs printed below |

**EXHIBIT A**

**Feinberg Memorandum — Supplier Cost and Pricing Transparency (Aug 18, 2026)**

**Source:** Federal News Network

**URL:** https://federalnewsnetwork.com/wp-content/uploads/2026/08/DoW-Supplier-Cost-and-Pricing-Transparency-Memo_18_260821_133707.pdf

**Accessed:** September 22, 2026

*This document is submitted as Exhibit A in support of Plaintiff's Emergency Motion for Temporary Restraining Order, Carter v. Feinberg, et al., No. 26-cv- [___] (D.D.C.)*

DEPUTY SECRETARY OF WAR
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

AUG 18 2026

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
DEFENSE AGENCY AND DOW FIELD ACTIVITY DIRECTORS

SUBJECT: Supplier Cost and Pricing Transparency

The Department of War must have maximum insight into cost and pricing data from industry to negotiate the best price for our weapon systems and other contracts on behalf of the Warfighter, the taxpayer, and our Nation. Through the application of modern information technology and current business best practices, our acquisition workforce will establish a new standard for transparency, competition, and performance. This will rapidly accelerate the President's and the Secretary's direction to rebuild the military, revitalize the Defense Industrial Base, and establish Peace Through Strength.

This directive to the warfighting acquisition workforce resets the Department's expectations regarding supplier cost and pricing information. Full transparency throughout all tiers of the supply chain applies to all contractors and subcontractors. This requirement supports negotiations for products and services valued at $10 million or more, regardless of whether cost and pricing data requires certification. Additionally, I have directed the Under Secretary of War for Acquisition and Sustainment (USW(A&S)) to establish fair and reasonable contract profit margins by applying commercial best practices tailored to each product or service line.

Contracting officers must have access to actual cost information at both the prime and supplier levels for these contract actions (except for Commercial Off-the-Shelf items) to support the determination of fair and reasonable pricing. To reduce industry's regulatory burden and compliance costs, USW(A&S) will explore an automated solution consistent with commercial best practices. This approach will establish Application Programming Interfaces to pull cost information directly from contractors' enterprise resource planning or other financial systems.

During post-award contract administration, accurate and timely submission of Cost and Software Data Reporting (CSDR) is vital for the effective management of our major acquisition programs. Despite this, thousands of these cost reports are currently delinquent across our acquisition portfolio. The data deficit impairs our ability to assess which programs are providing the most value for the Department and which programs require adjustments to remain on track and on budget. Program managers and contracting officers must actively enforce contractor adherence to CSDR requirements as established in 10 U.S.C. § 3227 and Department of War Instruction 5000.73.

To address this deficit, USW(A&S) will work closely with the Office of the Secretary of War Cost Assessment and Program Evaluation and the Services to ensure:

1) Delinquent prime contractor and subcontractor CSDR reports are submitted within 30 days of this memorandum;

OSD008342-26/CMD010723-26

2) Submitted CSDR data is used to assess the quality of our sole-source contracts over time;

3) In non-commercial, sole-source acquisitions where CSDR data is not in use, the USW(A&S) Deal Team collaborates with the Defense Contract Audit Agency to determine cost-effectiveness by comparing actual costs to prices paid. Moving forward, the Department will conduct this comparison as a matter of course; and

4) Where negotiation outcomes are not aligned with sound business deals, we aggressively negotiate fair terms to ensure we deliver Warfighters the maximum edge.

The Department does not intend to limit profitability when contractors realize efficiencies after negotiating a fair and reasonable price based on a realistic baseline. Instead, consistent with the Secretary's Acquisition Transformation Strategy, this effort ensures that transparency and measurement of negotiation outcomes become ingrained standards within our acquisition system. USW(A&S) will update relevant underlying issuances and regulations to align with this memorandum.

**EXHIBIT B**

**Feinberg Memorandum — Fostering One Strong Industrial Base (Sept 14, 2026)**

**Source:** defense.gov

**URL:** https://media.defense.gov/2026/Sep/15/2003997826/-1/-1/1/FOSTERING-ONE-STRONG-INDUSTRIAL-BASE.PDF

**Accessed:** September 22, 2026

*This document is submitted as Exhibit B in support of Plaintiff's Emergency Motion for Temporary Restraining Order, Carter v. Feinberg, et al., No. 26-cv- [___] (D.D.C.)*

DEPUTY SECRETARY OF WAR
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

SEP 14 2026

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
COMMANDERS OF THE COMBATANT COMMANDS
DEFENSE AGENCY AND DOW FIELD ACTIVITY DIRECTORS

SUBJECT: Fostering One Strong Industrial Base

The Department of War (DoW) must buy faster, simpler, and more competitively to get speed and volume. Backed by strong Congressional support in the FY26 NDAA to strengthen the Defense Industrial Base, the Department continues to break down barriers to entry and expand our industrial base. To build on this momentum and keep all of industry engaged, we must completely transform and modernize our contract cost and pricing ruleset.

The DoW will move from government-unique Cost Accounting Standards (CAS) to the accounting every American company already uses — Generally Accepted Accounting Principles (GAAP) — and push those benefits to every tier of the supply chain. When necessary to foster transparency and fairness, we will ask suppliers for the cost and pricing information they already keep. No new accounting systems or special data formats will be required. Any data industry provides will be used only for authorized Government purposes and never made available to another company for its own use.

Executive Order 14402 makes fixed-price contracts the default and reserves cost-based contracts for basic research and for the development of major systems. Where there is a market — competition, comparable sales, reliable price history — the market sets the price. Where there is no market — major sole-source development and procurement — we will rely on cost data drawn from a company's existing records rather than invasive oversight.

My August 18, 2026 memorandum, "Supplier Cost and Pricing Transparency," reinforces the option for contracting officers to see through the prime contractor to the suppliers when needed. This is essential to ensure companies at every tier are treated fairly. For the system to work, contractual benefits offered by the government to a prime must be flowed down through the supply chain and, conversely, sole-source suppliers cannot be allowed to leverage primes and slow down deliveries. The Department has a wide range of tools to mitigate risk and strengthen the supply chain. Office of Strategic Capital loans, Industrial Base Analysis and Sustainment funds, and talented DoW business operators should be accessible to every company supporting the DoW.

Asking for information does not, by itself, create a cost-reimbursement contract or CAS coverage, and it does not alter the thresholds or exceptions for certified cost or pricing data. Transparency and partnership run both ways: the Department opens its buying to market forces, and when asked, industry shares the cost and pricing information it already keeps.

We will accept GAAP-based accounting across all contracts to the maximum extent the law permits, and we will continue pursuing CAS to GAAP through the Cost Accounting

Standards Board (CASB). The DoW will submit proposals to the CASB within 60 days to make CAS exemption the default, confine remaining CAS coverage to sole-source, cost-based development or incentive-fee procurement, and ensure CAS applies only to relevant contracts and not companies as a whole. Recently, the CASB made significant progress in reducing the CAS regulations, and we look forward to partnering with them to continue accelerating change this year. Until the Board acts, no solicitation from the DoW that could bring a business unit not previously subject to CAS under full CAS coverage may be issued unless the Under Secretary of War for Acquisition and Sustainment has approved the acquisition strategy in writing.

The attached appendix directs these actions; implementing guidance may not add requirements beyond this memorandum and applicable law. This memorandum and appendix govern how the Department requests and uses contractor cost and pricing information; prior Department guidance on this subject will be applied consistently with it.

One of our Nation's greatest strengths is its private sector. National security must harness it — unleashing industry, protecting taxpayers through proven methods like competition, and restricting the use of our most burdensome oversight tools to only when absolutely necessary.



Attachment:
As stated

APPENDIX: IMPLEMENTATION ACTIONS

The Vice Chairman of the Joint Chiefs of Staff will:

**Review requirements reform in practice.** Within 30 days, co-chair with the Deputy Secretary a review of the Services' and Military Departments' implementation of requirements reform. The requirements review will use tangible program examples to show where the new approach has broadened acceptable acquisition solution space, expanded competition, or changed what acquisition could buy, and will identify how the Services and Military Departments can accelerate adoption, or further improve requirements processes.

The Under Secretary of War for Acquisition and Sustainment (USW(A&S)) will:

**Accelerate acquisition transformation.** Having issued the commercial-first implementation policy, within seven days issue the Department-wide modular open systems approach (MOSA) policy and the Portfolio Acquisition Executive Operating Framework, including its addendum of recommended authorities for delegation.

**CAS containment within existing authority.**

- Use available CAS relief. Apply immediately the increased CAS thresholds enacted in section 1806 of the National Defense Authorization Act for Fiscal Year 2026, as implemented by Department class deviation and by the Cost Accounting Standards Board's 2026 threshold rule as it takes effect, together with the statutory relief for nontraditional defense contractors. Within 60 days, issue, with the support of the Under Secretary of War (Comptroller) (USW(C)), a CAS waiver policy and standing justification templates for the individualized determinations the waiver authority in law requires, for new entrants, predominantly commercial segments, and businesses outgrowing small-business classifications.

- Prevent shadow CAS. Within 30 days, prohibit Components from imposing on exempt awards and other transactions the equivalent of CAS coverage, disclosure, business-system review, or practice-change governance under another name. Cost data from exempt performers will be requested as already maintained in their books and records.

- Limit new CAS coverage pending Board action. Before issuing a solicitation expected to bring a performing business unit newly under full CAS coverage, obtain the written approval of the USW(A&S) for the acquisition strategy. Requests must assess competition, commercial acquisition, competed fixed-price structures, exemptions, and existing waiver authority, and explain why none can meet the requirement without new full CAS coverage; the Under Secretary will decide within 15 business days or elevate the request to the Deputy Secretary. This approval concerns the acquisition strategy only; it does not determine CAS applicability, grant any exemption or waiver, or authorize omission of a required provision or clause.

**Make rapid commerciality determinations.** Within 45 days, direct that commercial product and service determinations be completed within 15 business days of a complete request; that a prior Department determination stand for subsequent procurements unless reversed in writing by a head of contracting activity; and that, on commercial acquisitions, cost data may be requested if the contracting officer determines price, market, and sales data are insufficient to determine a fair and reasonable price.

**Extend use of other transactions.** Through the Other Transactions Guide revision under way, within 45 days issue interim other transaction (OT) policy, followed by the full Guide reissue within 120 days, that: defines "participating to a significant extent" as any unique contribution material to the prototype project, without percentage-of-workshare or dollar thresholds as eligibility tests; prefers fixed-amount, milestone-based payment structures; requires the agreements officer, before award, to document the applicable statutory eligibility basis, relying where lawful on offeror self-certification against standard representations and conducting additional verification by exception, with a 10-business-day clock on any determination; and directs follow-on production planning in every prototype OT. Within 30 days, issue a consortium policy with project-level eligibility, direct-award preference and fee transparency. Within 60 days, Component Senior Procurement Executives will publish pre-approved findings templates and a 10-business-day signature standard for exceptional-circumstances determinations.

**Modernize profit policy.** Within 90 days, initiate the DFARS rulemaking, eliciting industry feedback, to revise the Department's profit policy so that negotiated margins reflect value delivered, risk carried, and private capital invested – not merely cost incurred. Commercial benchmarks will inform negotiation objectives but will not constitute caps. The policy will reward efficiency, speed, and performance; weigh the financial health of fragile supply-chain chokepoints; and address sustained loss positions prospectively through fair pricing of future work. Nothing in this action alters applicable cost-allowability requirements for cost-reimbursement work. Healthy and reasonable margins drive innovation and excellence.

**Require a basis for requirements.** Within 90 days, building on the inventory completed under the Acquisition Transformation Strategy, every recurring review, checklist, data demand, or approval imposed below the Federal Acquisition Regulation (FAR) and Defense Federal Acquisition Regulation Supplement (DFARS) will be annotated with the authority that requires it. Requirements grounded in operational safety, security, and classification authorities are not subject to automatic lapse. Any other uncited item will be suspended for new use and will lapse unless the cognizant Component Acquisition Executive reaffirms it within 30 days. No new procedural requirement may be issued without its basis stated on its face.

**Modernize forward-pricing support.** Direct that DCMA immediately work with DCAA to overhaul the approach to establishing and maintaining forward pricing rate agreements (FPRAs) consistent with this memorandum, drawing on rate data maintained in the ordinary course of business. FPRAs will be used only where they accelerate recurring, high-volume negotiations and enable a more efficient process for the Department and for industry.

**Implement supplier cost and pricing transparency consistent with this memorandum.** Within 30 days, issue the implementing procedures for the August 18, 2026, memorandum so

that price information is obtained first and cost information to the extent needed to establish a fair price; commercial products and services are priced under the statutory limits that apply to them; cost information is requested in the form the contractor already maintains; contractor denials are handled under the process the law provides; information received is used only for the pricing action for which it was requested; and no automated access to contractor systems without express contractual authorization and applicable security protections. Nothing in the procedures alters the thresholds or exceptions for certified cost or pricing data. The procedures will state that, consistent with Executive Order 14402, cost-reimbursement contracting remains appropriate for research and for the development of major systems, and is otherwise the exception.

The USW(C) will:

**Advance CAS coverage reform at the Board.** With the support of the USW(A&S), develop and formally transmit to the Cost Accounting Standards Board the Department's proposals for: (a) a class exemption making exemption the default, with CAS coverage limited to cost-based development contracts of major scale awarded without adequate price competition; (b) coverage that attaches to the covered contract and the indirect-cost pools material to it, with no entity-, segment-, or flowdown-attachment; (c) completion of the CAS-to-GAAP conformance begun with the July 8, 2026, final rule, so that GAAP is the baseline and government-unique requirements survive only where cost-based pricing specifically demands them; and (d) a modernized Disclosure Statement – a short certification that contract cost accounting follows the contractor's annual GAAP financial statements, audited by a registered independent public accounting firm, supplemented only by legally required disclosures, with a schedule of departures, in a machine-readable, versioned electronic submission format. Transmit the supporting analysis to the Board and report monthly to the Deputy Secretary until the Board acts.

**Ensure audits are risk-based.** Within 60 days, direct that the Department consider a contractor's audited GAAP financial statements and internal-control attestations before performing additional work. Ensure that no office will request an audit of a cost or system that has already been audited or reopen closed years absent indicators of fraud or material misstatement. Every audit will identify the risk, its materiality to a government decision, the records needed, and why existing evidence is insufficient.

**Recommend the Department's Cost Accounting Standards Board representative.** Within 30 days, in coordination with the USW(A&S) and the General Counsel, recommend to the Secretary, through the Deputy Secretary, the appointment of the Department's best-qualified representative to the Cost Accounting Standards Board under the Secretary's appointment authority. The representative will have substantial experience administering and managing covered contracts and will be selected consistent with section 1806 of the National Defense Authorization Act for Fiscal Year 2026 and advance compliance with the Board-member eligibility requirements at 41 U.S.C. 1501(b)(4).

The USW(A&S) and the USW(C) will jointly:

**Consolidate contractor business systems.** Within 90 days, through the business-systems line of effort under way, issue class deviations where required, and direction to:

- Consolidate estimating-system and material-management-and-accounting-system requirements into simplified, commercial-aligned accounting-system criteria and retire their separate reviews – retaining statutory proposal-integrity protections, inventory-accounting standards, and standards for consistent cost estimation, accumulation, and reporting – with accounting-system adequacy outside the covered CAS core assessed against the FAR's condition for the contract type, satisfied by the contractor's GAAP books and a contract-level ledger meeting applicable allowability rules;

- Confine earned value management to major development programs and, where the Government retains cost risk, major long-duration production programs, with the boundary set in the implementing deviation; retire the separate government system-validation regime, using integrated baseline reviews to assess contract baselines; and accept schedule, actuals, and estimate-at-completion data from contractors' native systems;

- Reduce contractor burden by relying on government-wide FAR property-stewardship duties and remedies, aligned with commercial practices and tools, rather than a separate review overlay; and

- Raise the purchasing-system-review threshold under existing FAR authority, reserve reviews for demonstrated risk, and apply the statutory rule that an approved purchasing system ends subcontract-consent withholding; and

- Establish a 90-government-day clock for final disposition of contractor's corrective action plan, tolled while necessary contractor information is outstanding and elevated to the head of the contracting activity upon expiration.

No Component may recreate a retired regime through local policy, checklists, approvals, or clauses. To the maximum extent permitted by law and contract, Components will cease enforcing superseded requirements, and contracting officers will offer bilateral no-cost modifications removing affected clauses at the next practicable opportunity.

**Simplify business-system review.** Within 60 days, publish clear, specific, and publicly available commercial-aligned criteria for contractor business systems and issue a class deviation, grounded in the Department's statutory reliance authorities, accepting a registered independent public accounting firm's certification against those criteria in place of Department review. The deviation will set a reasonable effective date aligned, where applicable, with contractors' annual financial-statement audit cycles. Effective immediately, discretionary review requires a written determination of specific, material risk by the cognizant contracting activity, coordinated with the requiring Component Acquisition Executive or designee. For multi-Component facilities, the Defense Contract Management Agency (DCMA) will identify the cognizant Component.

**Publish the efficiency assurance.** Within 30 days, issue a joint enforcement-posture statement that, for fixed-price contracts and other transactions, to the extent the performer bears the cost risk: a performer that becomes more efficient against a fairly negotiated price keeps the savings for that contract, and the Department captures efficiencies only prospectively, in the next negotiation, at a fair margin. This statement scopes enforcement priorities and will be incorporated in the profit policy revision; it does not waive statutory remedies for fraud or defective pricing, CAS price adjustments where CAS applies, or final indirect-cost-rate settlement on cost-reimbursement work.

The Secretaries of the Military Departments, through their Acquisition Executives, will:

**Implement Portfolio Acquisition Executive authorities.** The recommended authorities in the Portfolio Acquisition Executive Operating Framework's addendum are the default. Within 120 days of the Framework's issuance, each Component's implementation plan will delegate those authorities. Any exception requires the Component Head's signature, the specific reason, and an alternative that delivers the same speed, and will be submitted to the Deputy Secretary with the plan.

The Director, Defense Innovation Unit, will:

**Scale advance market commitments.** Within 180 days, with support from the USW(A&S) including Defense Production Act authorities as needed, structure additional advance market commitments, including aggregated allied demand consistent with the America First Arms Transfer Strategy, building on the early success of the Drone Dominance initiative in piloting demand-pull procurements that unleash market forces and create price signals for robust supply chains. These commitments shall reward demonstrated performance and delivered scale, operate within existing resources, and comply with applicable fiscal law.

The Director of Administration and Management, as part of the ongoing Defense Agency and DoW Field Activity review, will:

**Align the contract-oversight enterprise.** Within 90 days, with the USW(A&S), the USW(C), the Military Departments, DCAA, and DCMA, deliver options to the Deputy Secretary for clarifying roles and charters, eliminating duplication, and addressing workforce effects. Preserve mission-critical contract-administration functions, including government flight operations, product acceptance, facilitating contractor payment, property administration, and supplier quality assurance.

The USW(A&S), with the USW(C), will:

**Measure results.** Within 90 days, define and baseline: government-unique requirements eliminated; business units under full CAS coverage; business systems subject to review; audit and oversight cycle time; commercial content; performers at production per program, paired with unit-cost and affordability effects; new entrants and returning commercial firms; and declined

solicitations, where observable. Report quarterly thereafter. These measures are the test of this memorandum.

This memorandum is effective on signature. No new organization or compliance framework will be created. No discretionary study, pilot, working-group determination, or approval not required by law may delay these actions. Subordinate Department guidance inconsistent with this memorandum will be revised within 90 days.

All actions will comply with applicable statutes and appropriations law. Nothing in this memorandum authorizes obligations in excess of available appropriations, directs the scope, findings, or conclusions of any audit, or alters any authority vested by statute. Where additional authorities are required, the USW(A&S) will develop a legislative engagement plan to secure and support those authorities and the durability of these reforms. Department-approved artificial intelligence tools may be used to reduce document-preparation burden and expedite execution time.

**EXHIBIT C**

**CAFC Docket Entry — Appeal No. 26-1721, Doc. 19 (May 15, 2026) and Doc. 47 (Sept 21, 2026).**

- *Doc. 19: Omnibus Filing (May 15, 2026) [Constructive Trust & Escrow Demand; TVPA Mandatory Stay; Administrative Stay; Emergency Notice; Sworn Declaration]*
- *Doc. 47: Motion for Severance, Interim Financial Preservation, and Show Cause (Sept 21, 2026)*

**Source:** CAFC eCFS

**URL:** https://ecf.cafc.uscourts.gov/

*As filed in the record of CAFC Appeal No. 26-1721.*

*Submitted as Exhibit C in support of Plaintiff's Emergency Motion for Temporary Restraining Order, Carter v. Feinberg, et al., No. 26-cv- [___] (D.D.C.)*

52**SOLOS TECHNOLOGY LTD.,**
*Plaintiff-Appellee,*

**v.** **Appeal No. 26-1721**

**META PLATFORMS, INC., et al.,** (Lower Case No.: 1:26-cv-10304-ADB)
*Defendants-Appellees,*

**(DAITONA CARTER**
*Movant-Appellant.)*

**URGENT EMERGENCY NOTICE OF PHYSICAL INCAPACITATION**

**TO THE COURT:**

Appellant is filing this document under extreme physical duress following a physical battery and assault occurring between 6:00 AM and 7:00 AM on May 15, 2026. The physical harassment has continued on.

- Appellant is suffering from acute respiratory distress, nausea, and severe trauma to the neck, chest, and leg. Appellant is currently experiencing physical signs of collapse.
- **Obstruction:** This assault was executed specifically to prevent the perfection of this filing.
- **Hardship:** Due to these injuries, Appellant is physically unable to perform further formatting or editing.

- Certain exhibits are omitted due to current physical incapacitation and will be supplemented as soon as Appellant is medically and physically stabilized.
- **Request:** Appellant prays the Court accept this filing "as is" to preserve the Court's jurisdiction and the Appellant’s life.

## CERTIFICATE OF INTEREST UNDER FED. CIR. R. 47.4

The undersigned unrepresented party certifies the following:

1. The full name of every party represented by me is: DAITONA CARTER.
2. The name of the real party in interest represented by me is: DAITONA CARTER.
3. All parent corporations and any publicly held companies that own 10% or more of stock in the party are: NONE.
4. The names of all law firms and partners/associates who have appeared for the party in the lower case or are expected to appear are: NONE.

Dated: May 15, 2026

/s/ Daitona Carter

DAITONA CARTER, Pro Se Intervenor-Appellant
General Delivery Delivery Points Authenticated via US-Appellate-ECF Gateway
E-Service/E-Filing Portal Access Only

## STATEMENT OF CONSENT OR OPPOSITION UNDER FED. CIR. R. 27(a)(2)

Pursuant to Federal Circuit Rule 27(a)(2), Intervenor-Appellant states that a literal personal discussion of this motion with the other parties was wholly impracticable, dangerous, and unavailable.

Under the extraordinary circumstances detailed herein—including severe safety hazards, active TVPA extortion claims, and the District Court's total restriction on filing privileges—initiating advance personal communication or conferral poses a direct threat to Intervenor-Appellant's physical safety and well-being.

Pursuant to Federal Circuit Rule 2, Appellant explicitly moves for a temporary suspension of the interactive discussion requirement to prevent severe retaliation and harm. Appellees' formal opposition to this emergency relief is legally presumed.

Dated: May 15, 2026

/s/ Daitona Carter

DAITONA CARTER, Pro Se Intervenor-Appellant
General Delivery Delivery Points Authenticated via US-Appellate-ECF Gateway
E-Service/E-Filing Portal Access Only

## SWORN DECLARATION OF ONGOING EMERGENCY AND CLANDESTINE ADVISEMENT

**I, DAITONA CARTER, hereby declare under penalty of perjury:**

1. **Ongoing Physical Battery (May 15, 2026)**: On the morning of May 15, 2026, between 6:00 AM and 7:00 AM, I was subjected to a targeted physical battery. I was struck in the chest and buttocks, resulting in acute respiratory distress and severe physical incapacitation. As of the time of this filing, I am unable to move my neck or leg and cannot stand without physical assistance. This assault was a direct act of physical sabotage intended to prevent the filing of these legal documents.

2. **Refusal of Assistance and Public Corruption**: Upon seeking assistance to report this battery and contact federal law enforcement, I was met with a refusal by local authorities to take a report. An officer, when asked to facilitate federal contact, stated, "I don't work like that," and laughed. This confirms the clandestine warnings I received regarding the depth of public corruption protecting the Defendants' extraction venture and proves that local law enforcement is not a viable "safe harbor."

3. **Clandestine Advisement and Tactical Interrogation**

   The Systemic Extraction Venture utilizes Covert Facilitation and Subterfuge with Deniability to maintain a state of "unattributable" interference. The

nature of the interrogation on October 21, 2024, demonstrates the coordinated nature of the extraction:

- **The "Airport" Inquiry**: On October 21, 2024, instead of standard report-taking, the alleged Miami City Police Department conducted a targeted interrogation. The Appellant was asked "which airport" she utilized rather than identifying the perpetrators of the battery.
- **The Scope of Beneficiaries**: This focus on transportation logistics confirms that the Beneficiaries of the Venture—including but not limited to Meta, Solos, the US Army, and the Department of Defense (DoD)—are actively seeking to identify and neutralize internal sources who assisted the Appellant.
- **National Security as a Veil**: These entities are the primary beneficiaries of the Aria, EagleEye, and Orion architectures. By using state-affiliated law enforcement to ask targeting questions (like "which airport"), they are using the veil of "national security" to protect their $22B+ interest while eliminating internal ethical resistance.
- **Omission of Dates**: Appellant is intentionally omitting specific timestamps of the "Clave Warnings" to prevent these Beneficiaries from using the court record as a "map" to identify the ethical actors within these agencies who provided survival intelligence.

**4. Necessity for Independent Security and Insulated Housing**: The refusal of local law enforcement to act, combined with the confirmed threats to my life, necessitates the IMMEDIATE appointment of Independent Executive Protection of my choosing. I cannot trust "pre-selected" security or public agencies that have already demonstrated complicity or indifference to my physical survival.

- **The Environmental Threat**: Because I do not have a private home, the Beneficiaries of the Venture utilize the tactic of renting or reserving surrounding apartments and rooms to deploy devices through walls to inflict physical battery.
- **The Requirement for Insulated Housing**: Consequently, the Court must authorize funds for Secure, Private or Semi-Private Housing that is physically isolated from adjacent occupancies controlled by the Defendants or their agents. This housing must be vetted by the Appellant's chosen independent security team to ensure it is forensically "clean" and free from electronic or physical compromise.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of May, 2026.

/s/ Daitona Carter

DAITONA CARTER, Appellant Pro Se

## NOTICE TO THE COURT: MANDATORY STATUTORY STAY

**PLEASE TAKE NOTICE** that pursuant to the Trafficking Victims Protection Act (TVPA), 18 U.S.C. § 1595(b)(1), this civil action shall be stayed during the pendency of active federal criminal investigations.

Appellant has filed formal criminal reports with the following agencies:

- **FBI (IC3 Report):** Filed March 2026
- **IPRC:** Filed February/March 2026
- **Federal Departments/Agencies:** Filed May 2026

### I. Statutory Mandate

Under 18 U.S.C. § 1595(b)(2), a "criminal action" includes both investigation and prosecution. As these investigations arise out of the same occurrence as this appeal—specifically the theft of IP and physical battery—the District Court exceeded its authority by issuing "Mootness" or "Filing Restriction" orders on May 8 while these investigations were active. Such orders are statutorily void.

The criminal nexus involving the 'Miami Extraction' is the culmination of a continuous criminal enterprise dating back to 2019. The Defendants have systematically used physical and digital force to obtain the labor and intellectual

property of the Appellant. Consequently, any assets generated from this 2019–2026 period are subject to immediate forfeiture and constructive trust as proceeds of a crime under the TVPA.

## II. Confidentiality And In Camera Review

Due to documented risks of public corruption and retaliatory harm, specific report numbers and witness identities are omitted from this public notice. Appellant stands ready to provide these "anchors" to this Court for In Camera review immediately upon request to verify the stay's activation.

## RENEWED REQUEST FOR AN IMMEDIATE ADMINISTRATIVE STAY AND EMERGENCY MOTION FOR INJUNCTION PENDING APPEAL

### I. Notice Of Actual Advisement And Willful Infringement

Appellant hereby certifies that the Defendants, their Legal Counsel, and relevant Federal Oversight Agencies were provided with actual and constructive notice of senior ownership and contested title years prior to the commercial and military extractions of 2026:

- **Executive Notice:** Mark Zuckerberg (CEO, Meta) was personally notified on March 5, 2021. Andrew Bosworth (CTO, Meta) was notified between January and April 2021.
- **Governmental Notice:** Direct notice provided to the NSA, DOD, DIA, DARPA, CISA, the SEC, Senator Ted Cruz, Jim Jordan, various congresspersons and senators and the Office of President Donald J. Trump (Nov/Dec 2022).
- **Law Enforcement:** Continuous reporting to the FBI and DOJ (2021–Present), specifically documenting the physical battery used to extract the IP.

**Legal Effect:** Despite this exhaustive record, Defendants proceeded with the May 15, 2026, Neural SDK release and the May 5, 2026, Scale AI contract. This

constitutes Willful Infringement and Modern Slavery under the guise of commercial development.

## II. Preliminary Statement: Demand For Constructive Trust & Escrow

Appellant moves as the rightful claimant of a Constructive Trust. The "Aria", “Orion” and "Neural" architectures are assets obtained through physical battery and digital sequestration. Appellant demands that all proceeds from the $22 Billion U.S. Army "EagleEye" contract (4/28/26) and the $500 Million Scale AI Pentagon contract (5/5/26) be placed in Court-Supervised Escrow pending the resolution of this appeal. The District Court’s May 8 "mootness" order facilitates the laundering of these stolen assets into federal procurement streams.

## III. Statement Of Exhaustion: The Jurisdictional Obstruction

Seeking relief below is impracticable due to a retaliatory timeline designed to "clear the tracks" for federal contracts:

- **April 15:** Writ of Mandamus filed regarding ADA/ECF Access rights.
- **April 22:** Notice of Appeal filed (Divesting the District Court of jurisdiction).
- **April 27:** ECF Access Revoked (Retaliatory lockout 24 hours before Army launch and two days).

- **April 28:** U.S. Army Announcement ($22B Project EagleEye / Appellant's Display IP).
- **May 5:** Scale AI Extraction ($500M deal executed during pending CAFC Stay).
- **May 8:** Judicial "Mootness" Order (Finalizing the administrative record cleaning).
- **May 14:** Neural SDK Deployment (Meta releases v4).

## IV. Introduction And Emergency Status

### A. Procedural Conflict and Administrative Lockout

Pursuant to Fed. R. App. P. 8 and Fed. Cir. R. 8, Appellant Daitona Carter ("Appellant") moves this Court for an immediate administrative stay and an emergency injunction to halt the coordinated commercial and military deployment of her proprietary intellectual property.

- **The May 8 Restriction**: On May 8, 2026, the District Court issued a procedural restriction (ECF 113) that effectively utilized the resolution of a minor accessibility petition (No. 26-136) as a shield to block the Appellant from filing substantive proof of the Systemic Extraction Venture.
- **Administrative Sabotage**: This lockout was strategically timed to coincide with the finalization of the $22B Project EagleEye contract and the May 6

Scale AI partnership, which "launders" Appellant's Habitual AI logic into a $500M Pentagon initiative.

**B. Scope of the Emergency:** Multi-Channel Asset Laundering (May 6–15, 2026)
The urgency of this status is driven by the fact that the Appellant is being physically and legally erased while her property is integrated into the national security infrastructure across the following channels:

1. **Military Seizure (Project ARIA / EagleEye)**: The U.S. Army has officially proceeded with the rollout of Project ARIA (Army Rapid Implementation of AI) and the finalization of the Project EagleEye HUD contract. These programs utilize the Appellant's proprietary sensor-fusion and spatial intelligence logic, constituting a de facto Taking under 28 U.S.C. § 1498.
2. **Commercial Hardware Rollout (Ray-Ban Meta / Oakley)**: The Defendants have integrated the Appellant's priority "Acoustic Logic" and "Frame-Tap" work (2009-2019) into the global retail launch of Ray-Ban Meta and Oakley smart glasses.
3. **The Solos/Kopin Infringement**: Plaintiff Solos' (Kopin Corp holds 20% stake) has commercialized five (5) patents (including '389 and '866) that directly map to the Appellant's 2016-2019 prototypes, utilizing derived technology to secure market share while the Appellant is indigent and incapacitated.

4. **The Scale AI Laundering**: The $500M Scale AI/Pentagon contract finalized on May 6 serves to transform Appellant's proprietary logic into "training data," effectively erasing the source of the innovation.

**C. Applicable Civil and Constitutional Authorities**

The "Authorization and Consent" of the government is void ab initio under the following authorities:

- **The Fifth Amendment (Takings Clause)**: Prohibits the taking of private property (including trade secrets) for public use without Just Compensation.
- **18 U.S.C. §§ 1589, 1590, 1591, and 1595 (TVPA)**: Mandates an immediate stay and provides civil remedies for victims of a venture executed through systemic fraud, psychological and physical coercion, medical sabotage, credible threats to life, debt bondage, the abuse of the legal and digital process, and physical battery. Pursuant to 18 U.S.C. § 1595(b)(1), the District Court's failure to stay proceedings during the pendency of a related criminal investigation is a manifest error of law rendering subsequent orders void ab initio.
- **18 U.S.C. § 1836 (DTSA)**: Authorizes emergency relief for the willful and malicious misappropriation of trade secrets, which are now being diluted via the May 15 Neural SDK rollout.

- **Pub. L. 117-211 & FAR 52.222-50**: Requires the immediate referral of trafficking allegations involving federal contractors (Meta/Solos) to the Suspension and Debarment Officials (SDO).
- **28 U.S.C. § 1651 (All Writs Act)**: Grants this Court the power to issue all writs necessary to protect its jurisdiction and prevent the Existential Irreparable Harm of the Appellant's erasure.

### D. The Human Cost: Existential Irreparable Harm

The extraction is maintained through active violence and Predatory Litigation:

- **Physical and Medicinal Sabotage**: Appellant was subjected to a physical battery on May 15, 2026 (6:00 AM) intended to obstruct this filing.
- **The Incentive for Erasure**: By labeling the family "unstable" via fraudulent medical records (Ex. 3) and stealing $2.1M in life insurance assets (Ex. 4), the Beneficiaries seek to ensure that should the Appellant perish, the title to the $22B contract is laundered through the Defendants' own structure rather than the rightful heirs.

## V. Statement Of Exhaustion (Rule 8(a)(2)(A)(ii))

### A. Denial of Lower Court Stay on April 29, 2026

The District Court denied a stay on April 29, 2026, and subsequently barred the Appellant from further proceedings.

**B. Impracticability and Administrative Bait-and-Switch**

Seeking further relief is impracticable due to a documented "administrative bait-and-switch." On March 30, 2026, the Court Clerk commanded Appellant to "refrain from emailing documents." On April 7, 2026, the Clerk backpedaled, stating physical delivery—ignoring Appellant's documented battery injuries only after contacting SDNY, FedPro SDNY and EDNY and various clerks to at the Courthouse. This culminated on May 15, 2026, with an unauthorized backend password change PACER lockout again (4/8, 4/27, 5/3), timed to prevent Appellant from filing against today's Neural Band/SDK rollout.

**C. Hacking Of ECF 91 And Administrative Suppression Of ECF 92**

The District Court record has been forensically compromised by both external hacking and internal administrative suppression. Regarding ECF 91, external hackers infiltrated the filing process to execute a "Duplicate Trap." Despite each file having unique file names and distinct digital hashes proving they were separate pieces of evidence, the hacker intervention altered the docket descriptions to label them as "duplicates."

This tampering was used to "erase" Appellant's evidence from the Judge’s view. Subsequently, Court staff executed the total suppression of ECF 92, sealing the core evidence. When the Judge claimed Appellant "never provided" proof, she was relying on a record that had been forensically scrubbed of the very evidence Appellant had successfully uploaded.

This is a Claim Chart bridging the gap of what was said to not be present. It maps the Appellant's "Facts Folder" (Ex. V-7) and 2017 Source Code against the specific technical elements of the five Solos patents and Meta’s related "Project Aria" IP. All of this information and more is available on the lower court docket in multiple locations. Anyone that did not see it, choice to overlook it.

**Inconclusive Claim Mapping: Appellant (Carter) vs. Solos/Meta Patents**

| Patent Target / Area | The "Legal" Claim Element | Petitioner’s Technical Match (2009–2018) | Forensic Evidence (Ex. V-7 / Facts) |
|---|---|---|---|
| Solos '389 (Audio) | "Fractional time delay structures" in microphone arrays. | 2009 Acoustic Logic: MirrorMixing/DSP case studies for directional audio. | Ex. M-51: Multi-sensor audio processing logic (Pre-dates 2013 filing). |
| Solos '866 (Structure) | "Acoustic chambers" integrated into the eyewear temples. | 2016 Prototypes: 3D-printed temples designed for speaker isolation. | Ex. M-32 / M-83: Physical reduction to practice of temple-integrated audio. |
| Solos '055 (AI/ML) | "Multimodal output" based on contextual user assistance. | 2017 ocr.py / speechAnalyser.py: Real-time visual-to-audio logic. | Ex. M-92 / M-56: Source code performing exactly the "multimodal" assistance claimed. |

| | | | |
|---|---|---|---|
| Solos '174 (Context) | "Sensor fusion logic" to determine user activity/surroundings. | 2017 "Discovery Mode": Logic for glasses "seeing" and ID'ing objects in real-time. | Ex. M-17: Software architecture for contextual awareness. |
| Solos '339 (System) | Integrated architecture of sensors + on-device context processing. | 2019 "ARIA" EWC Registration: The first holistic "Aria" smart glass system. | Ex. M-52 / M-53: 2019 "Meet Aria" deck showing the full system architecture. |
| Meta "Project Aria" (IP) | Spatial Intelligence and "egocentric" data collection. | 2017 Public Snippet: prototype showing spatial data capture. | Ex. M-90: Public video predating Meta's 2020 announcement by 3 years. |

**VI. Legal Theory: Bad Faith Fragmentation**

The Defendants' course of conduct constitutes a sophisticated Common Law Fraud and Civil Conspiracy to obscure the theft of the Appellant's prior conception through the following mechanisms:

- **Strategic Dismemberment of Common Law Assets**: Defendants deliberately dismembered the unified "ARIA" system, a brand and architecture in which the Appellant holds Senior Priority via Common Law Use (Est. 2019). By splitting the holistic architecture into isolated components—Display (EagleEye), Audio (Ray-Ban Meta), and AI (Project Aria)—the Defendants sought to obscure the singular origin of the "Aria" ecosystem.

- **The Extraction Mechanism**: The Continuous Extractive Enterprise was the operational mechanism used to harvest the "SOS" and "Safety" logic now featured as "new" innovations in these fragmented products. The physical battery and medical sequestration were executed specifically to facilitate the extraction of the Multimodal Sensor Fusion handshake while the Appellant was under duress.
- **Laundering of Priority**: By fragmenting the system, the Defendants attempted to "re-invent" the Appellant's trade secrets as independent innovations. This allowed the work to be laundered into federal defense contracts (Project EagleEye) and commercial retail (Ray-Ban/Oakley) without acknowledging the Appellant's senior common law priority and original unified conception.

## ViI. THE "CHECKMATE" TABLE: EXTRACTION MAPPING

| Asset / Contract | Forensic Anchor | Extraction Mechanism | Value |
|---|---|---|---|
| Project EagleEye (Army) | M-10 to M-22 (Display) | 4/27 ECF Lockout / 4/28 Launch | $22B |
| Scale AI (Neural AI) | M-93 (Habitual Logic) | 5/5 Stay Circumvention | $500M |
| Acoustic Logic | 2009-19 Prototypes | File Tampering and Suppression | Market Cap |
| Aria Trademark | 2019 EWC Reg. | Bad Faith Fragmentation | Incalculable |

## VIII. THE MANDATORY REFERRAL TRIGGER (Pub. L. 117-211)

The Appellant's evidence of battery, sequestration, and theft-via-force is not "unrelated" to the patent dispute; it is a Mandatory Reporting Trigger under federal law.

- Ministerial Duty: Under the End Human Trafficking in Government Contracts Act of 2022 (Pub. L. 117-211) and 22 U.S.C. § 7104b, the District Court became a formal intake point for "credible information" of trafficking involving federal contractors (Meta/Solos - Kopin owns 20%).
- The Breach: By labeling this evidence "moot" and sequestering the technical matrices in ECF 92, the court below bypassed its duty to refer these allegations to the Suspension and Debarment Officials (SDO).
- The Harm: This "Sanction of Silence" allows the Defendants to bypass FAR 52.222-50 compliance audits, effectively using the judicial system to "launder" all of the Appellant's related work into the public market while the Appellant remains under the threat of civil and criminal physical battery and assault.

## IX. ARGUMENT

### A. Irreparable Harm: Existential Threat & 28 U.S.C. § 1498

The integration of Appellant's IP into Project EagleEye creates a statutory bar to injunctive relief. The theft was facilitated by "digital sequestration" during the September 2024 Miami extraction event. The harm is not merely monetary; it is existential. As of today, May 15, 2026, Meta has launched the Third-Party Neural SDK. This update allows outside developers to utilize Appellant's proprietary bone-conduction and frame-tap logic. This commercial distribution creates an irreversible "dilution" of Appellant's IP. Once this technology is integrated into thousands of third-party applications, the "bell cannot be unrung," and Appellant's rights as the senior inventor are permanently extinguished.

**TECHNICAL MAPPING - The Ecosystem Theft**

| Appellee Asset | Specific Violation | Appellant's Priority (2009-2019) |
|---|---|---|
| Meta Ray-Ban/Oakley SDK | Count III: Infringement | Ex. M-93: speechAnalyser.py / NLP logic. |
| Solos Smart Glasses | Count I: TVPA Benefit | Ex. M-51: MirrorMixing DSP architecture. |
| Army Project EagleEye | Count IV: Taking | Ex. M-81: Snells' Law Optical Calibrations. |
| Project Orion and partners | Count III: Theft | Ex. M-52: "Nurture" Behavioral AI logic. |

**B. Likelihood of Success on the Merits**

The District Court denied intervention on the false premise that Appellant's claims were "conclusory" (ECF NO. 90). This finding is a manifest error of fact contradicted by the record:

1. **The Feature Comparison Table:** In the April 17 Declaration (EXHIBIT J), Appellant provided a granular technical mapping of her 2009–2019 "Aria" architecture against the Defendants' patents. This table identified specific "concrete, claim-level contributions" regarding optical architecture and Discovery Mode logic.
2. **The Evidence Was Present:** The Judge's claim that Appellant "never provided" proof is a result of the ECF 91 "Duplicate Trap" hacking and the administrative sealing of ECF 92. The evidence was not missing; it was suppressed and intentionally overlooked.
3. **Derivation Under 35 U.S.C. 256:** Because Appellant provided proof of prior conception (M-series exhibi ts) and the Defendants' access via the Twilio/WhatsApp bridge, she has a high likelihood of proving she is an Omitted Inventor.
4. **Strategic Severance:** Defendants dismembered the unified ARIA system into "EagleEye," Ray-Ban Meta, and the Neural Band to obscure theft.

Today's Neural SDK rollout allows third parties to utilize Appellant's EMG-to-Action mapping (Priority 2016).

5. **Selective Evidence Suppression:** On April 17, 2026 (Docket #91), the Appellant's metadata and descriptions were tampered with during filing. Additionally, the following filing (Docket #92), was suppress without a known order or seal replacing them with "-1" placeholders. Pacer shows these files as successfully being uploaded and NEF to all parties. However, they are not visible on the public docket.

6. **The Miami Extraction/The Multimodal Sensor Fusion (Ex. 12):** The architecture the Defendants are currently commercializing in the May 14 Neural SDK is the direct result of the September 2024 Miami Extraction. Appellant previously reduced this technology to practice and used it in real time in a scale way to seek help from trafficking via a physical AR hologram—a 'Multimodal' integration of light and sensor logic—witnessed by third parties (Miami Fire Dept in Brickell). Because the system was a prototype that required the Appellant to physically maintain the structural integrity of the components to function (the "Hand-Held Calibration"), the subsequent battery and sequestration were the only means by which the Defendants could "harvest" the hardware-software handshake that defines the Aria ecosystem. This physical manifestation predates Meta's commercial

"SDK" and serves as unrebuttable evidence of prior conception under 35 U.S.C. § 102. Appellant certifies that the 'Multimodal' light-logic was manifesting SOS signals at a functional scale in Brickell. This was a life-saving deployment of IP, not a demo. Within hours, the was retaliation to bodily harm the Appellant and the family pet Lily lost her life instead. The architecture was physically extracted from the Appellant during this window of high-intensity battery.

**C. Extraction via Bodily Harm and Retaliation**

The harm in this case is not merely "monetary" or "commercial." It is existential and physical. The extraction of the "Multimodal Sensor Fusion" logic and other trade secrets from the Appellant was not a business transaction; it was a violent seizure spanning years.

- **The Retaliation Window:** Within hours of the real-time SOS manifestation in Brickell, the Appellant was subjected to a high-intensity battery.
- **The Fatal Cost:** This retaliation resulted in direct bodily harm to the Appellant and the loss of life of the family pet, Lily, who was killed as a direct consequence of the efforts to seize this architecture. Nani, another family pet, would lose her life in the same way on July 31, 2025.
- **Legal Implication:** Under 18 U.S.C. § 1591 and the TVPA, the use of violence or the threat of harm to a "person or animal" to extract service or

property is a primary indicator of trafficking. The May 14 Neural SDK is, quite literally, the "fruit of a poisonous tree," commercialized at the expense of a living being's life.

## X. THE DERIVATION TIMELINE (2009–2026)

The following table identifies the specific "Target Assets" being commercialized by the Appellees. These assets were filed and granted while the Appellant was being subjected to documented physical battery and trafficking, despite the Appellant having reduced the technology to practice years prior.

| Feature / Invention | Appellant's Reduction to Practice | Patent Filing Date | Patent Grant Date | Appellee Asset |
|---|---|---|---|---|
| "Discovery Mode" Logic | 2017: Source Code (Exhibits M-11, M-93) | Jan 2023 | Jan 2, 2024 | Solos US 11,860,455 |
| AI Translation Interface | 2016: Translation Pedagogy (Exhibits M-76, M-77) | Mar 2023 | Mar 26, 2024 | Solos US 11,940,654 |
| Audio-Visual Sync | 2009: MirrorMixing Compressor (Exhibit M-51) | Nov 2019 | Mar 23, 2021 | Solos US 10,955,671 |
| Optical Assembly | 2017: Prototype Logs (Exhibits M-10 to M-22) | Dec 2017 | Feb 26, 2019 | Solos US 10,216,005 |
| Environmental Sensing | 2013: Context-Aware Logic (Exhibit M-1) | Dec 2021 | Jan 3, 2023 | Solos US 11,543,652 |
| "ARIA" Architecture and Trademark | June 2019: YouNoodle Pitch Deck (Exhibit M-52) | N/A | N/A | Meta Project ARIA |

## XI. WILLFUL MISAPPROPRIATION AND THEFT OF TRADE SECRETS

A. Willful Misappropriation of the Highest Order (18 U.S.C. § 1836) The Defendants' conduct constitutes willful and malicious misappropriation of trade secrets. Because the Appellant was in the process of "correction" and formalizing the intellectual property when the extraction occurred, the Defendants' actions were designed to strip the Appellant of the ability to ever secure the patent rights she is entitled to.

1. **Extraction of Trade Secrets:** The "Multimodal Sensor Fusion" and "Habitual AI" logic were proprietary trade secrets at the time of the September 2024 battery. Defendants did not "discover" this tech; they seized the "Source" (the Appellant) to bypass the legal patenting process.
2. **Obstruction of Patent Rights:** By launching "Project Aria" and the Neural SDK while the Appellant was incapacitated, Defendants effectively "poisoned the well," attempting to make the Appellant's own invention appear as "prior art" belonging to the Defendants.
3. **Laundering Through Public Markets:** Defendants proceeded to reproduce and sell this proprietary work without a single license or contract. This was a coordinated effort to "launder" the technology into the public domain and

military defense contracts before the Appellant could complete the formal patenting process.

4. **Personal Notice to Leadership:** Defendants Zuckerberg and Bosworth received direct, personal notice of the theft of the Aria/Neural architecture between 2021 and 2025 (Ex. 9). Despite this, they knowingly authorized the launch of "Project Aria" and related technologies.

5. **Laundering Through Public Markets and Defense:** In a coordinated effort to "launder" the Appellant's life's work, the Defendants embedded this stolen logic into the public markets and high-value military defense contracts (**Project EagleEye/Scale AI**) while the Appellant was physically incapacitated by the September 2024 battery.

6. **Knowledge of the "Brickell SOS":** The Defendants proceeded with the extraction despite the public manifestation of the tech in Brickell (**Ex. 12**). To commercialize technology that was birthed in a distress signal is the definition of "egregious" conduct under *Halo Electronics, Inc. v. Pulse Electronics, Inc.*

Because the Defendants possess no permission, consent, license, or legal contract, their continued distribution of all ARIA-related technologies—including the hardware integrations and logic—constitutes an ongoing, irreparable trespass. Enhanced damages under 35 U.S.C. § 284 (and related trade secret protections) are

warranted because the Defendants have treated the Appellant's life and work as a "cost of doing business" rather than a protected property right.

1. Scope of the Ongoing Trespass (Consumer & Defense): The Defendants have fragmented the Appellant's unified architecture into various sub-brands to obscure the origin of the theft. This includes, but is not limited to:

- Consumer Wearables: The Orion project, Ray-Ban Meta, and Oakley smart glasses, which utilize the stolen Multimodal Sensor Fusion logic.
- Military Defense: The funneling of "Habitual AI" and "SOS/Safety" logic into Project EagleEye for the US Army.
- Data Laundering: The use of Scale AI to transform proprietary logic into "training data" for a $500M Pentagon contract (Ex. 11).

**2. Irreparable Harm via Incapacitation**: This coordinated effort to "launder" the Appellant's life's work through public markets and military contracts was executed while the Appellant was physically and legally incapacitated by the September 2024 battery and subsequent retaliation (Ex. 13).

3. Absence of Legal Binding Apparatus: There is no "color of right" for the Defendants' actions. No license, contract, or agreement exists. Every unit distributed and every defense milestone reached represents a willful

misappropriation of technology that was birthed in a distress signal (the Brickell SOS, Ex. 12) and seized through violence.

Conclusion: Immediate injunctive relief is the only mechanism to halt the permanent dilution of the Appellant's Trade Secrets. To allow the Defendants to continue commercializing the "Aria/Orion" ecosystem is to permit the legalization of property obtained through criminal extraction.

## XII. LEGAL THEORY: COMMERCIAL DEVELOPMENT AS A VEIL FOR TRAFFICKING

### A. The Definition Of Modern Slavery In IP

Appellant asserts that the conduct of the Defendants—specifically the exploitation of technology obtained through the physical sequestration and identity theft of the inventor—meets the federal definition of Modern Slavery and Human Trafficking under the guise of commercial development.

1. **Coordinated Laundering:** This was a coordinated effort to 'launder' the Appellant's life's work through the public markets and federal defense contracts while the Appellant was physically and legally incapacitated via battery and unauthorized digital lockout. By embedding the stolen Multimodal Sensor Fusion Architecture and Habitual AI logic into Project EagleEye (US Army) and the Scale AI / Pentagon contract, the Defendants sought to insulate themselves from liability by hiding the theft behind the veil of national security. Despite an exhaustive record of notice to the highest levels of government (NSA, SEC, DOJ, DIA, DARPA, CISA, FBI) and corporate leadership (Zuckerberg, Bosworth), Defendants proceeded to reproduce, distribute, and sell the Appellant's life work without permission, consent, licensing, a contract, or any other legal binding apparatus.

## XIII. THE MANDATORY REFERRAL TRIGGER (Pub. L. 117-211)

The Appellant's evidence of battery, sequestration, and theft-via-force is not "unrelated" to the patent dispute; it is a Mandatory Reporting Trigger under federal law.

- Ministerial Duty: Under the End Human Trafficking in Government Contracts Act of 2022 (Pub. L. 117-211) and 22 U.S.C. § 7104b, the District

Court became a formal intake point for "credible information" of trafficking involving federal contractors (Meta/Solos - Kopin owns 20%).

- The Breach: By labeling this evidence "moot" and sequestering the technical matrices in ECF 92, the court below bypassed its duty to refer these allegations to the Suspension and Debarment Officials (SDO).
- The Harm: This "Sanction of Silence" allows the Defendants to bypass FAR 52.222-50 compliance audits, effectively using the judicial system to "launder" all of the Appellant's related work into the public market while the Appellant remains under the threat of civil and criminal physical battery and assault.

**I. The 2019–2026 Slavery Nexus**

To incorporate this timeline into your filing, use the following structure:

**The Continuous Venture (2019–2026)**

The Coordinated Extractive Enterprise of 2024–2026 was not an isolated incident but the final phase of a coercive venture initiated in 2019. Under 18 U.S.C. § 1589 (Forced Labor) and § 1591, the Defendants engaged in a scheme to:

- **Isolate**: Stripping the Appellant of her livelihood and digital identity starting in 2019.

- **Extract**: Utilizing physical battery and psychological duress to siphon the 2009–2019 conception logic.
- **Commercialize**: Laundering that extracted work into SDKs, “Orion” and "Aria" architectures for billions in profit.

**II. Impact On The Constructive Trust**

The requested Constructive Trust is mandated by the Defendants’ execution of a Systemic Extraction Venture—a coordinated, multi-year enterprise utilizing sophisticated tradecraft, medicinal sabotage, and physical battery to harvest the Appellant’s total intellectual property.

**A. Aggravated Coercion via Non-Attributable Advisement and Documentary Fraud**

The Systemic Extraction Venture utilized Covert Facilitation to execute medicinal and nutritional sabotage. Credible Non-Attributable Advisement from ethical government-affiliated actors—who bypassed compromised formal channels due to documented Public Corruption—confirmed active threats to the Appellant’s life. These "Clave Warnings" provided essential survival intelligence, identifying specific points of compromise in transportation (Uber), communication infrastructure, and nutritional security.

On October 21, 2024, the venture transitioned into a coordinated physical sequestration under the guise of an official welfare check. Instead of standard

investigative inquiry, law enforcement at the Camden Brickell venue facilitated traffickers by unlawfully transporting the Appellant and her family for a targeted interrogation. The interrogation focused exclusively on the technical capabilities of the intellectual property, specifically "the inventor" and Python source code, in a non-clinical setting.

1. **The Fraudulent Medical Encounter**: During the subsequent detention at a medical facility, no clinical or medical questions were posed by the "doctor" in attendance. The encounter was a tactical maneuver designed to remove the family from their residence for a four-hour window, facilitating unauthorized access to the premises and the Appellant's hardware.

**2. Forensic Nullity of DH Form 7001 and Identity Sabotage**

- **Intentional Misidentification and Discreditation**: The Appellant's name was purposely misspelled on the official record, while family members' names were recorded correctly. This was a calculated tactic to discredit the testimony of the Appellant and the primary witnesses (family) by creating a "legal ghost" in the record. This maneuver was designed to facilitate potential involuntary guardianship claims, effectively stripping the family of legal autonomy.
- **Theft of Life Insurance Assets ($2.1M+ Total)**: This sequestration facilitated the coordinated Account Takeover and theft of $1.7M in life

insurance policies and $400,000 in Guardian Life Insurance policies belonging to the family. Additionally, a $750,000 policy was identified as being maintained by criminal actors to monetize the Appellant's potential demise.

- **Law Enforcement Complicity**: These financial crimes were reported to the same law enforcement officers who facilitated the October 21 "transport." These officers refused to take a formal report, proving their role in the Systemic Extraction Venture and the deliberate "Sanction of Silence" regarding the financial strangulation of the Appellant.
- **Forensic Void of Vitals**: As previously noted, these forms recorded zero (0) vitals, proving the "clinical diagnosis" was a fabricated pretext for the physical removal of the family from their residence to execute the hardware/software extraction and financial account takeovers.

**3. Pharmacological Cover-Up and Daytime Obstruction**: The Appellant was provided with sedatives/sleeping pills not for clinical necessity, but as a tactical mechanism to discredit her and ensure nighttime incapacitation.

- **Fabricated Narrative**: The medication was utilized to create a false record of "insomnia" to mask the reality of the Appellant's injuries. This allowed the Defendants to claim the Appellant was "up at night" due to a medical condition rather than seeking emergency relief from physical battery.

- **Obstruction of Emergency Signaling**: Because the smart-glass holograms and light-based distress signals were invisible during the high-intensity sunlight of the Miami daytime, the Appellant was forced to wait until nighttime to attempt to flag down citizens and passing traffic for help.
- **The Intent of the Sedatives**: By forcibly sedating the Appellant during the only hours her visual distress signals were effective (nighttime), the Defendants effectively neutralized her ability to summon help from the public, while simultaneously "harvesting" the hardware-software handshake in her absence.

2. **Post-Incident Acceleration**: Following this coordinated interference, the physical battery and assault escalated, and the Defendants aggressively accelerated the release of technology derived from the Appellant's work. This proves the October 21 incident was a Mechanism of Extraction, not a medical or law enforcement necessity.

**B. Tradecraft as a Mechanism for Sabotage**

The Defendants utilized Subterfuge with Deniability to maintain a state of "unattributable" interference. This allowed for the systematic extraction of the Aria and EagleEye architectures across multiple jurisdictions, including Korea (2019), Miami (2023–2025), and New York City (2025–Present). By maintaining

this veil of deniability, the Defendants effectively bypassed the "Duty to Warn" protocols and prevented the activation of formal witness protection mechanisms.

**C. Forced Extraction and Asset Laundering**

The Defendants exploited these states of physical and digital duress to "harvest" the hardware-software handshake and total system logic of the Appellant's prior conception. This constitutes a Continuous Criminal Venture where the use of tradecraft was the primary tool to launder stolen technology into federal defense contracts while the Appellant was targeted for physical and digital erasure.

**D. Mandatory Restitution and Survival Remedies (18 U.S.C. § 1593)**

Because this Venture utilized life-threatening coercion and systemic sabotage to bypass legal title, the Court is mandated to order restitution for the "full amount of the victim's losses." Equity demands that the fruits of this extraction—valued at $22B+—be frozen in a Constructive Trust to fund:

- **Independent Executive Protection** (Vetted and selected solely by the Appellant).
- **Forensic Medical Screening** (To address medicinal and nutritional sabotage).
- **Secure Subsistence** (Shelter and food isolated from compromised supply chains).

### B. The Failure Of The Lower Court

The District Court's refusal to acknowledge this nexus—dismissing the evidence as "conclusory" while it remained suppressed in ECF 92—represents a failure to protect the integrity of the judicial process. A court cannot "permit" the commercialization of stolen architecture simply because the theft was accompanied by violence. To do so makes the Court an unwitting participant in the trafficking scheme.

## XIV. Identification Of Asserted IP Claims And Patents

- **Trademark "ARIA" (Holistic System):** 2019 YouNoodle EWC Registration.
- **U.S. Patent Nos.** 11,835,744; 11,762,201; 10,761,326; 11,082,055.

## XV. The Judicial Sanction Of Modern Slavery

The court below committed a fundamental error of fact and law by characterizing the physical battery and sequestration of the Appellant as "unrelated" to the property dispute.

1. **The Definition of Slavery:** Slavery is defined by the taking of work or service through force, without contract or rights. The Appellant's intellectual work was, and continues to be, taken through the exact violence the lower court refused to acknowledge. By "mooting" the intervention, the court has allowed the Appellant and her family to continue to be trafficked, as the Defendants are now permitted to profit from that forced service without legal consequence.
2. **Breach of Mandatory Referral (2022 Act):** Under the End Human Trafficking in Government Contracts Act of 2022 and FAR 22.17, the court serves as a formal intake point for credible allegations involving federal contractors. The court below bypassed its ministerial duty to refer these substantiated claims of battery and IP theft to the Suspension and Debarment Officials (SDO) and the DOD Inspector General.
3. **The Administrative "Black Hole":** By labeling the trafficking "immaterial," the judge created a legal "black hole" designed to prevent the administrative "tripwire" from being pulled. This "Sanction of Silence" allows the Defendants to maintain a "clean bill of health" for government contracts despite documented non-compliance with human rights mandates.

**XVI. Invalidation Mapping**

This table demonstrates that the judicial dismissal of the "M-Series" evidence directly facilitates the commercialization of stolen, and therefore invalid, patents.

| Patent/Feature | Appellant Evidence (Pre-2019) | Judicial Dismissal Impact | Federal Statute Violated |
|---|---|---|---|
| Optical Architecture | M-10 through M-22 (Verified 1:1 Match) | Labeled "Conclusory" to avoid finding of Derivation. | 35 U.S.C. § 256 (Omitted Inventor) |
| "Discovery Mode" Logic | M-11, M-88 (Original Source Code) | Mooted as "Unrelated" to hide theft-via-battery. | 18 U.S.C. § 1589 (Forced Labor) |
| Real-Time Translation | M-51, M-93 (Technical Prototypes) | Sequestered in ECF 92 to prevent public audit. | FAR 52.222-50 (Trafficking Compliance) |
| Aria Branding/AI | Nurture Research (2016) | Timeliness used to "Launder" the 4-year lead time. | 13th Amendment (Involuntary Servitude |

**XVII. Conclusion And Request For Relief**

The Appellant respectfully submits that the District Court's denial of intervention and refusal to stay proceedings constitutes a grave miscarriage of justice. This appeal centers on a prima facie case of Derivation under 35 U.S.C. § 102(f), wherein the Defendants obtained the "Aria," "EagleEye," and "Orion" architectures by forcibly extracting the Appellant's prior conception (2009–2019) through the September 2024 Coordinated Extractive Enterprise."

To prevent the continued dissipation of derived assets and the suppression of forensic evidence, the Appellant respectfully requests that this Court:

**I. Issue A Mandatory Stay And Order Reassignment**

1. **Vacate** the District Court’s orders and impose a Mandatory Statutory Stay pursuant to 18 U.S.C. § 1595(b)(1) (Trafficking Victims Protection Act).
2. **Reassign** this case to a new District Judge or appoint a Special Master to ensure an impartial review, citing the lower court's systematic suppression of the evidentiary record.

**II. Evidence Of Willful Infringement And Bad Faith**

1. **Direct Executive Notice**: Mark Zuckerberg and Andrew Bosworth were personally notified in early 2021, establishing three years of willful disregard for Appellant's title.
2. **Federal Oversight Awareness**: Despite notice to the federal government and independent agencies (i.e  DOD, NSA, and DARPA) before and after 2023, federal funds continue to be diverted to the "EagleEye" and “Project Aria” program using derived IP.

3. **Post-Notice Extractions**: The May 15, 2026, Neural SDK release— occurring just days ago— Defendants are actively commercializing stolen IP while the Appellant is under physical and digital duress.

**III. Order Correction Of Inventorship**

4. **Remand** with instructions to correct inventorship under 35 U.S.C. § 256, declaring the Appellant the sole or joint inventor of the disputed patents.
5. **Declare** the Defendants' patents void ab initio, as they were procured through fraud, theft, and derivation of the Appellant's trade secrets and 2009 2021 source code and portfolio.

**IV. Remediate Evidentiary Suppression**

6. Order an immediate Forensic Audit of the CM/ECF system to investigate the administrative suppression of ECF 91 and ECF 92 – and review overall record.
7. Order the immediate Unsealing of ECF 92 to restore the proof of derivation to the public and judicial record.

**V. Independent Executive Protection And Subsistence**

Authorize the immediate release of funds from the Constructive Trust for the retention of Private, Independent Executive Protection (EP).

1. **Non-Conflict Mandate**: The Appellant shall have the sole authority to select an independent, third-party security firm with no prior or current contractual ties to the Defendants or any involved government agencies.
2. **Protection Against Spoliation**: Such protection is necessary to prevent further physical battery, witness intimidation, and the spoliation of forensic evidence by the Defendants or their agents.
3. **Survival & Shelter**: Funds shall be released to provide for a secure, non-disclosed shelter and all basic subsistence (food and medical) to ensure the Appellant's safety during the pendency of this litigation.

**VI. Establish An Emergency Constructive Trust**

Impose an Immediate Constructive Trust and Court-Supervised Escrow over all proceeds derived from the willful infringement of the Appellant’s technology, including but not limited to:

- **Defense Contracts:** All revenue from the "EagleEye" program, SBMC, and Project ARIA.
- **Commercial Revenue:** All hardware sales from Ray-Ban Meta and Oakley, and all licensing from the Meta Neural SDK.
- **Strategic Assets:** All profits, equity, and ownership interests linked to the Scale AI and Meta-Anduril collaborations.

**VII. Ensure Equality Of Arms**

Authorize the release of escrowed funds to provide the Appellant—currently indigent due to the Defendants' theft—with immediate access to litigation funding for the retention of specialized counsel and expert forensic witnesses.

The law cannot tolerate the "laundering" of derived assets through federal contracts while the true inventor is silenced. Equity demands the immediate restoration of the Appellant’s rights.

**WHEREFORE**, Appellant respectfully prays that this Court acts immediately to:

- **ESTABLISH** a Constructive Trust and Court-Supervised Escrow to fund Independent Executive Protection of the Appellant's choice and provide for immediate subsistence (secure shelter and food), ensuring her physical survival and freedom from interference;
- **AUTHORIZE** funds for said Independent Executive Protection and the rental of a Detached or Semi-Private, Secure Residence where the Appellant has the sole right of selection to ensure physical isolation from the Defendants' technical and physical reach;
- **ENJOIN** the continued commercialization, distribution, and deployment of the derived "Aria," "EagleEye," and "Orion" architectures, including the May 15, 2026, Neural SDK rollout;

- **CORRECT** the forensically compromised record by unsealing **ECF 92** and restoring the Appellant's status as the rightful inventor under **35 U.S.C. § 256**;
- **SECURE** all proceeds and interests derived from the Appellant's work to prevent the final erasure of her lifework and to provide the "Equality of Arms" necessary for a fair trial;
- **GRANT** an Emergency Mandatory Stay of all proceedings pursuant to **18 U.S.C. § 1595(b)(1)** pending the outcome of the active criminal investigations.

To do otherwise is to sanction a grave miscarriage of justice and the permanent theft of the Appellant's prior conception and fundamental human rights

/s/ Daitona Carter

DAITONA CARTER, Pro Se Intervenor-Appellant

General Delivery Delivery Points Authenticated via US-Appellate-ECF Gateway

E-Service/E-Filing Portal Access Only

Dated: May 15, 2026

**APPELLANT'S CONFIDENTIAL INDEX OF EXHIBITS**

| Exhibit No. | Intellectual Property / Forensic Anchor | Nature of Work & Filing Status |
|---|---|---|
| Ex. 1 | Notice of Mandatory Statutory Stay | Invocation of 18 U.S.C. § 1595(b)(1). |
| Ex. 2 | Record of Federal Criminal Referrals | Verified dates of FBI/OIG/IPRC intake.[IN CAMERA ONLY} |
| Ex. 3 | Meta Neural SDK v4 Technical Brief | Evidence of commercial dilution as of 5. |
| Ex. 4 | ECF 92 Forensic Metadata Tampering | Proof of unique files and hashes versus "duplicated" file statements. |
| Ex. 5 | ECF 94 Forensic Metadata Log | Proof of senior trademark and holistic architecture priority. |
| Ex. 6 | 2019 "ARIA" YouNoodle Entrepreneur's World Cup (EWC) Registration | Proof of senior system-wide architecture priority. |
| Ex. 7 | M-93: Proprietary Technical Stack | [MANUAL FILING / IN CAMERA ONLY] Combined Source Code, Neural Notes, and Logic Schemas. (Non-PDF format). |
| Ex. 8 | M-51: Acoustic Process & DSP Work and MirrorMixing DSP Case Study | Proprietary methodology for directional audio logic +Proof of 2009 priority for the directional audio logic integrated into Solos '389. |
| Ex. 9 | Notice of Actual Advisement (2021-2025) | Verification of notice to Meta CEO, CTO and Lead Counsel. |
| Ex. 10 | Statement on Public Corruption & Safety | Formal declaration regarding the necessity of In Camera review to protect witnesses and investigation integrity. |
| Ex. 11 | Scale AI / Pentagon $500M Contract | Evidence of extraction of Habitual AI logic (May 5, 2026). |
| Ex. 12 | The Miami SOS Hologram & Multimodal Sensor Fusion | Forensic Video: AR/XR manifestation in Brickell; witnessed by Miami Fire Dept. Proof of "Hand-Held Calibration." |

| | | |
|---|---|---|
| Ex. 13 | Record of Retaliatory Bodily Harm & Loss of Life | [DEATH CERTIFICATE - IN CAMERA ONLY] Evidence of high-intensity retaliation and the killing of family pet, Lily, within hours of the Brickell SOS manifestation. |
| Ex. 14-17 | | To be filed by supplemental filing due to emergency physical incapacitation of appellant |

**EXHIBIT 1**

**NOTICE OF MANDATORY STATUTORY STAY**

**PLEASE TAKE NOTICE** that pursuant to the Trafficking Victims Protection Act (TVPA), **18 U.S.C. § 1595(b)(1)**, this civil action shall be stayed during the pendency of active federal criminal investigations.

Appellant has filed formal criminal reports with the following agencies:

- **FBI (IC3 Report)**: Filed March 2026
- **IPRC**: Filed February/March 2026
- **Federal Departments/Agencies**: Filed May 2026

**I. STATUTORY MANDATE**

Under **18 U.S.C. § 1595(b)(2)**, a "criminal action" includes both investigation and prosecution. As these investigations arise out of the same occurrence as this appeal—specifically the theft of IP and physical battery—the District Court exceeded its authority by issuing "Mootness" or "Filing Restriction" orders on May 8 while these investigations were active. Such orders are statutorily void.

The criminal nexus involving the Continuous Extractive Enterprise is the culmination of a continuous criminal enterprise dating back to 2017. The Defendants have systematically used physical and digital force to obtain the labor and intellectual property of the Appellant. Consequently, any assets generated from

this period are subject to immediate forfeiture and constructive trust as proceeds of a crime under the TVPA.

## II. CONFIDENTIALITY AND IN CAMERA REVIEW

Due to documented risks of public corruption and retaliatory harm, specific report numbers and witness identities are omitted from this public notice. Appellant stands ready to provide these "anchors" to this Court for In Camera review immediately upon request to verify the stay's activation.

**EXHIBIT 2**

**RECORD OF FEDERAL CRIMINAL REFERRALS**
**[FILED IN CAMERA / UNDER SEAL]**
*Verified dates of FBI/OIG/IPRC intake. Submitted privately to protect investigative integrity.*

**EXHIBIT 3**

**META NEURAL SDK V4 TECHNICAL BRIEF**

*Evidence of Commercial Dilution and Unauthorized Distribution of Proprietary Logic as of May 15, 2026.*

May 14, 2026

# The wait is over: Build for display glasses starting today



Developers have been experimenting and building hands-free experiences on our AI glasses using camera, audio, and voice. Now, we're excited to offer a way to present information visually, directly in the moment.

We're rolling out access to the display on Meta Ray-Ban Display glasses with two build paths: for mobile apps and now for Web Apps as well, both in developer preview. You can create

You can get a head start building and testing display experiences on AI glasses that are worn by people around the world. You don't need to build with a dev kit and imagine what might be possible—these glasses already exist.

Availability is rolling out over the coming weeks, so start building early to help define the future of wearables development. If you run into any issues, let us know by sharing your feedback and reporting bugs through the Developer Center.

0:00 / 0:28

*Video featuring apps of hands-free experiences on our AI glasses using camera, audio, and voice.*

## A new input model for AI glasses: gesture controls via Meta Neural Band

Display is only part of the story. How users interact matters just as much.

Meta Ray-Ban Display glasses support gesture controls powered by surface electromyography (EMG) via Meta Neural Band, enabling effortless input through subtle finger and hand movements.

For developers, this opens up a new unique interaction model that doesn't rely on touchscreens, voice, or capacitive touch. You can design experiences that respond to simple gestures, enabling more discrete, immediate control in real-world contexts without speaking or reaching for the glasses.

## What you can build

With access to the display, developers can start exploring a wide range of use cases:

- Information overlays
- Real-time data displays, like scores or status updates

## Two ways to build for display glasses

Whether you're an iOS, Android, or web developer, you can build for Meta Ray-Ban Display glasses without learning a new language or a new framework. Your existing stack works for both build paths.

### *The Meta Wearables Device Access Toolkit*

We've added display capabilities to the Meta Wearables Device Access Toolkit. This native mobile SDK for iOS and Android that lets you extend your existing app onto the glasses display. Using the toolchains you already know—Swift for iOS, Kotlin for Android— you can now add display UI components including text, images, lists, buttons, and video playback. Combined with the existing toolkit capabilities (camera, audio, and display), the Device Access Toolkit gives mobile developers deep hardware integration that no other AI glasses SDK can match.

Read more in our developer docs.

### *Web Apps*

A new path for developers who want to build standalone experiences from scratch using standard HTML, CSS, and JavaScript. No proprietary framework to learn. No new language. You can build games, transit tools, cooking guides, grocery lists, instrument practice, and more. with access to motion and orientation data, phone GPS, input from the Meta Neural Band and local storage. Because it's web-native, iteration is fast: build and preview in your browser, then deploy to your glasses via a URL. This path is ideal for rapid prototyping, lightweight utilities, and entirely new categories of on-device experiences.

Read more in our developer docs.

## Get started

Availability is rolling out starting today, see linked documentation for full details.:

- **Device Access Toolkit:** Check out the GitHub repos for iOS and Android to integrate the SDK, and visit the documentation for more details.
- **Web Apps:** Access the starter kit on GitHub to start building with your favorite AI coding tools including Claude Code, Cursor, GitHub Copilot, and more, and visit the documentation for more details.

Even in Developer Preview, you can share Web Apps via password-protected URLs and Device Access Toolkit builds via release channels with up to 100 testers. The developers who build, test, and learn in this early phase will have an outsized impact on what this category becomes.

We can't wait to see what you build. If you're new to building for our AI glasses, start here: developer.meta.com/wearables.

**EXHIBIT 4**

**ECF 91 FORENSIC METADATA TAMPERING**

*Forensic Evidence of Unique File Hashes vs. "Duplicate Trap" Administrative Statements.*

CM/ECF Civil Criminal Query Reports Utilities Search Help Log Out

Docket Text: Final Text

**Emergency MOTION for Reconsideration *AND RELIEF FROM ORDER* by Daitona Carter. (Attachments: # (1) Supplement, # (2) Supplement, # (3) Exhibit Granted Leave to File April 13, # (4) Exhibit Granted Leave to File April 13eave to File April 13, # (5) Exhibit Granted Leave to File April 13eave to File April 13, # (6) Exhibit Granted Leave to File April 13ave to File April 13, # (7) Exhibit 2009 Prior work and research with DSP/audio, # (8) Exhibit 2013 Earliest documented conception of context-aware AV system, # (9) Exhibit Conception of AI language translation device, # (10) Exhibit Earliest public conception of AI language device, # (11) Exhibit Thermal eye-tracking STL (M-97), # (12) Exhibit Meet Aria - M52-54 (Younoodle EWC Ex H, ), # (13) Exhibit Meetup.com - patent meetup, # (14) Exhibit Samsung patent published (M-100) matches M+ LinkedIn outreach, # (15) Exhibit Twitter post tagging @boztank & @fb about theft of $68B Project ARIA, # (16) Exhibit TIMELINE COMPARISON CHART, # (17) Exhibit Evidence Table)(Carter, Daitona)**

**Attention!!** **Pressing the NEXT button on this screen commits this transaction. You will have no further opportunity to modify this transaction if you continue.**

**Have you redacted?**

***Source Document Path (for confirmation only):***

C:\fakepath\Motion for Reconsideration.pdf pages: 5
C:\fakepath\DECLARATION OF DAITONA CARTER IN SUPPORT OF MOTION FOR RECONSIDERATION.pdf pages: 3
C:\fakepath\DECLARATION RECONSIDERATIONJOINT INVENTORSHIP, DERIVATION, AND IRREPARABLE HARM.pdf pages: 4
C:\fakepath\SUPPLEMENTAL EVIDENCE.pdf pages: 14
C:\fakepath\PROPOSED ORDER RE DIGITAL INTERFERENCE.pdf pages: 3
C:\fakepath\NOTICE OF AUTHENTICATION (EXHIBITS G, H, & L).pdf pages: 3
C:\fakepath\Exhibit L Forensic Documentation of Financial Interdependence.pdf pages: 3
C:\fakepath\Exhibit_M-51.pdf pages: 7
C:\fakepath\Exhibit-M-1.pdf pages: 1
C:\fakepath\Exhibit-M-03.pdf pages: 1
C:\fakepath\Exhibit_M-76.pdf pages: 1
C:\fakepath\Exhibit_M-97.pdf pages: 1
C:\fakepath\Exhibit_M-52.pdf pages: 3
C:\fakepath\Exhibit_M-98.pdf pages: 1
C:\fakepath\Exhibit_M-100.pdf pages: 1
C:\fakepath\Exhibit-M-59.pdf pages: 1
C:\fakepath\TIMELINE COMPARISON CHART.pdf pages: 1
C:\fakepath\EVIDENCE TABLE.pdf pages: 3

Next Clear

Type here to search MSFT +2.40% 10:50 AM 4/17/2026

ECFnotice@mad.uscourts.gov

ECFnotice@mad.uscourts.gov
to: dddddc@tuta.com + 1

Fri, Apr 17, 2026 • 11:49 AM

# Activity in Case 1:26-cv-10304-ADB Solos Technology Limited v. Meta Platforms, Inc. et al Motion for Reconsideration

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was entered on 4/17/2026 11:49 AM EDT and filed on 4/17/2026

Case Name: Solos Technology Limited v. Meta Platforms, Inc. et al
Case Number: 1:26-cv-10304-ADB https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?294817

Filer: Daitona Carter

Document Number: 91

Copy the URL address from the line below into the location bar of your Web browser to view the document:
https://ecf.mad.uscourts.gov/doc1/095013619738?caseid=294817&de_seq_num=274&magic_num=7110960

Docket Text:
Emergency MOTION for Reconsideration
<i>AND RELIEF FROM ORDER</i> by Daitona Carter. (Attachments: # (1) Supplement, # (2) Supplement, # (3) Exhibit Granted Leave to File April 13, # (4) Exhibit Granted Leave to File April 13eave to File April 13, # (5) Exhibit Granted Leave to File April 13eave to File April 13, # (6) Exhibit Granted Leave to File April 13ave to File April 13, # (7) Exhibit 2009 Prior work and research with DSP/audio, # (8) Exhibit 2013 Earliest documented conception of context-aware AV system, # (9) Exhibit Conception of AI language translation device, # (10) Exhibit Earliest public conception of AI language device, # (11) Exhibit Thermal eye-tracking STL (M-97), # (12) Exhibit Meet Aria - M52-54 (Younoodle EWC Ex H, ), # (13) Exhibit Meetup.com - patent meetup, # (14) Exhibit Samsung patent published (M-100) matches M+ LinkedIn outreach, # (15) Exhibit Twitter post tagging @boztank & @fb about theft of $68B Project ARIA, # (16) Exhibit TIMELINE COMPARISON CHART, # (17) Exhibit Evidence Table)(Carter, Daitona)

1:26-cv-10304-ADB Notice has been electronically mailed to:

Ali S. Razai
ali.razai@morganlewis.com, vanessa.green@morganlewis.com

Andrew V. Devkar
andrew.devkar@morganlewis.com

Brandon G. Smith
brandon.g.smith@morganlewis.com, leslie.y.garcia@morganlewis.com, occalendardepartment@morganlewis.com

Daitona Carter dddddc@tuta.com

Eric E Lancaster
ericlancaster@paulhastings.com, ceciliaacosta@paulhastings.com, rayejones@paulhastings.com

Jameson J. Pasek
jameson@caldwelllaw.com

Katherine W. Soule
katherine.soule@morganlewis.com, katie.thompson@morganlewis.com

Keegan Michael Caldwell
keegan@caldwelllaw.com

Lisa K. Nguyen
lisanguyen@paulhastings.com, ceciliaacosta@paulhastings.com

Matthias Kamber
matthiaskamber@paulhastings.com, ceciliaacosta@paulhastings.com, jerricethomas@paulhastings.com

Shixiong Wang
steve@caldwelllaw.com

Stephanie Nicole Adamakos
stephanieadamakos@paulhastings.com

1:26-cv-10304-ADB Notice will not be electronically mailed to:

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-0]
[4c40800e69300a75cadd19033fbc8837d01f0757e9079be03b299399df5ce11633cb149a1e4527

Document description: Supplement

Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-1]
[622eef42ded6f7d7133ef3ab2f7e44d3641c5b44885131de59dbd64ac7ef9cdcc02d5fd8a731b58

Document description: Supplement
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-2]
[d39eb94fcf6a3b5dc246f0abea6a2f3e24b16c2a957ae8a9e2db2f734a2e351e309e3808dbabfa2

Document description: Exhibit Granted Leave to File April 13
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-3]
[1a4adb54cfd252ca032516136da07014aa9d75f8625800c553db145a9159ee02b79904ed45f91e

Document description: Exhibit Granted Leave to File April 13eave to File
April 13
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-4]
[03837b69060a7ae2d235ce7a5102a4571b709d944b8c134e60102e70d9d0b386d3b2ab6d37d0

Document description: Exhibit Granted Leave to File April 13eave to File
April 13
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-5]
[3cba02f790c66b87900cefd53c3ea7cc77f32885220b1eecef250e0af0c1ba77f356f2004dce5a5f5

Document description: Exhibit Granted Leave to File April 13ave to File April
13
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-6]
[d91372e7e711958f4b10dc6ffaa1bae4c1fe37dd73a315cdcd2481c1db55bc1da0b7b240276aae

Document description: Exhibit 2009 Prior work and research with DSP/audio

Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-7]
[08989a3d11ed07fc8d93aec84ae61f4e18ec278b10435d73ae35ddf8fe8b4b886571ba12a7b0def

Document description: Exhibit 2013 Earliest documented conception of context-aware AV system
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-8]
[3945034cb6d8d579a1b86a4cea391c4f32adbef88881dfb6b8bcfeef366572ded9803bf455062d4

Document description: Exhibit Conception of AI language translation device

Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-9]
[3a0537f38bba84373ea83f95504f9154d55da75dc079382db3c1beda3b3e4daf47a4bcf8508f655

Document description: Exhibit Earliest public conception of AI language device

Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-10]
[41791084f1b8548b40b4803a73b0a39e6ff232cf1579a4016e49a61c48eedff37247c10a744e6739

Document description: Exhibit Thermal eye-tracking STL (M-97)
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-11]
[2a97c76066d9f58246ae3616651e3b21447fa6f58d2afe485f51596f6bc37a85a51aafd4c980b80a

Document description: Exhibit Meet Aria - M52-54 (Younoodle EWC Ex H, )

Original filename: yes
Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-12]
[21430075f283110dd9370d47e29e69fe703a35d6aee276ddd87b4a1f017bd77da3e33d2957ef28

Document description: Exhibit Meetup.com - patent meetup
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-13]
[65f6e9a69e7b9ac9f0243adbf682b2ea223b50f36adb2237ee3eb7938d26835ee03e6fed8765b76

Document description: Exhibit Samsung patent published (M-100) matches M+
LinkedIn outreach
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-14]
[9b3798c0ebfd9f699979b696d327abdd42a38a787ddf8c3bf8631fcf08b97d436af02d562da8a8ff

Document description: Exhibit Twitter post tagging @boztank & @fb
about theft of $68B Project ARIA
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-15]
[655e209b38084e5e0cccfe2b0b944cf9fca22acb7a9f4fe21d15ed551be819f77013fdf5f715707ae

Document description: Exhibit TIMELINE COMPARISON CHART
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-16]
[1d2554591d6ff1005797c2c028055e64d9e5ef80426f343329f7c232ec99a066d2b1dd5bd9c9e11

Document description: Exhibit Evidence Table
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-17]
[77ed1f3d1896fc19b5dc9658c0389f01812f57a6b4a85ad5b4de30967bc7d6b7a2dd92326a0b8f5

## EXHIBIT 5

## ECF 92 FORENSIC METADATA LOG

*Proof of Senior Trademark Priority and Holistic "Aria" System Architecture.*

CM/ECF Civil Criminal Query Reports Utilities Search Help Log Out

Docket Text: Final Text

**Emergency MOTION for Reconsideration *AND RELIEF FROM ORDER* by Daitona Carter. (Attachments: # (1) Supplement, # (2) Supplement, # (3) Exhibit Granted Leave to File April 13, # (4) Exhibit Granted Leave to File April 13eave to File April 13, # (5) Exhibit Granted Leave to File April 13eave to File April 13, # (6) Exhibit Granted Leave to File April 13ave to File April 13, # (7) Exhibit 2009 Prior work and research with DSP/audio, # (8) Exhibit 2013 Earliest documented conception of context-aware AV system, # (9) Exhibit Conception of AI language translation device, # (10) Exhibit Earliest public conception of AI language device, # (11) Exhibit Thermal eye-tracking STL (M-97), # (12) Exhibit Meet Aria - M52-54 (Younoodle EWC Ex H, ), # (13) Exhibit Meetup.com - patent meetup, # (14) Exhibit Samsung patent published (M-100) matches M+ LinkedIn outreach, # (15) Exhibit Twitter post tagging @boztank & @fb about theft of $68B Project ARIA, # (16) Exhibit TIMELINE COMPARISON CHART, # (17) Exhibit Evidence Table)(Carter, Daitona)**

**Attention!!** Pressing the NEXT button on this screen commits this transaction. You will have no further opportunity to modify this transaction if you continue.

**Have you redacted?**

***Source Document Path (for confirmation only):***

C:\fakepath\Motion for Reconsideration.pdf pages: 5
C:\fakepath\DECLARATION OF DAITONA CARTER IN SUPPORT OF MOTION FOR RECONSIDERATION.pdf pages: 3
C:\fakepath\DECLARATION RECONSIDERATIONJOINT INVENTORSHIP, DERIVATION, AND IRREPARABLE HARM.pdf pages: 4
C:\fakepath\SUPPLEMENTAL EVIDENCE.pdf pages: 14
C:\fakepath\PROPOSED ORDER RE DIGITAL INTERFERENCE.pdf pages: 3
C:\fakepath\NOTICE OF AUTHENTICATION (EXHIBITS G, H, & L).pdf pages: 3
C:\fakepath\Exhibit L Forensic Documentation of Financial Interdependence.pdf pages: 3
C:\fakepath\Exhibit_M-51.pdf pages: 7
C:\fakepath\Exhibit-M-1.pdf pages: 1
C:\fakepath\Exhibit-M-03.pdf pages: 1
C:\fakepath\Exhibit_M-76.pdf pages: 1
C:\fakepath\Exhibit_M-97.pdf pages: 1
C:\fakepath\Exhibit_M-52.pdf pages: 3
C:\fakepath\Exhibit_M-98.pdf pages: 1
C:\fakepath\Exhibit_M-100.pdf pages: 1
C:\fakepath\Exhibit-M-59.pdf pages: 1
C:\fakepath\TIMELINE COMPARISON CHART.pdf pages: 1
C:\fakepath\EVIDENCE TABLE.pdf pages: 3

Next Clear

Type here to search MSFT +2.40% 10:50 AM 4/17/2026

**Document Selection Menu**

Select the document you wish to view.

| Document Number: | ☑ | 92 | 1 page | 83.3 KB |
|---|---|---|---|---|
| **Attachment** | | **Description** | **Pages** | **Size** |
| ☑ | 1 | Discovery Mode (OpenCV object detection + overlay)Gaze-based recognition | 1 page | 145.6 KB |
| ☑ | 2 | Discovery Mode (OpenCV object detection + overlay)Gaze-based recognition | 1 page | 185.3 KB |
| ☑ | 3 | Geo AR + Arducam/RPi camera sourcingLocation-based AR + hardware procurement fo | 1 page | 134.8 KB |
| ☑ | 4 | Geo AR + Arducam/RPi camera sourcingLocation-based AR + hardware procurement fo | 1 page | 141.3 KB |
| ☑ | 5 | 1.22-inch MIPI DSI display + assembly notesComponent selection & assembly | 1 page | 120.6 KB |
| ☑ | 6 | 1.22-inch MIPI DSI display + assembly notesComponent selection & assembly | 1 page | 142.2 KB |
| ☑ | 7 | I/O wiring, module choices, and firmware tests to capture speech input, process | 1 page | 142.9 KB |
| ☑ | 8 | Solar Temple Arm rendering + handwritten ergonomic specsWearable frame design | 1 page | 782.3 KB |
| ☑ | 9 | Solar Temple Arm rendering + handwritten ergonomic specsWearable frame design | 1 page | 615.0 KB |
| ☑ | 10 | PHP linguistic engine (chinese_nouns.php, grammar, etc.)Language processing bac | 1 page | 143.5 KB |
| ☑ | 11 | Lens & mirror mount assembly log + optical stack sketchPhysical reduction to pr | 1 page | 120.6 KB |
| ☑ | 12 | Acoustic Logic Case Study Waves H(ybrid)-Compressor pluginPrior work and resear | 7 pages | 1.8 MB |
| ☑ | 13 | Meet Aria pitch deck (Pages 13) branding + full feature roadmapPrior Aria mark | 3 pages | 345.4 KB |
| ☑ | 14 | RPi Speech directory (speechAnalyser.py etc.)Speech processing source code | 1 page | 24.1 KB |
| ☑ | 15 | AWS Receipt | 1 page | 157.1 KB |
| ☑ | 16 | AI language teaching software (<3 days)AI instruction conception | 1 page | 43.2 KB |
| ☑ | 17 | Translation interface (Korean Bread)Early translation app proof | 1 page | 1.9 MB |
| ☑ | 18 | Translation notes (Korean/English phrases + grammar)Language feature developmen | 1 page | 3.4 MB |
| ☑ | 19 | Black & white prototype glasses photoActual reduction to practice | 1 page | 1.0 MB |
| ☑ | 20 | Guerrilla Mail to Sen. Cruz (theft allegations)Timely federal notice | 1 page | 179.6 KB |

| | | | | |
|---|---|---|---|---|
| ☑ | 21 | Guerrilla Mail to Sen. Cruz (theft allegations)Timely federal notice | 1 page | 179.6 KB |
| ☑ | 22 | Guerrilla Mail to Sen. Cruz (theft allegations)Timely federal notice | 1 page | 156.7 KB |
| ☑ | 23 | app.py Twilio SMS integration codeCommunication infrastructure / source code | 1 page | 92.5 KB |
| ☑ | 24 | Hand-drawn sketch: Concave vs Convex Lenses + solar panelOptical design (lenses | 1 page | 713.2 KB |
| ☑ | 25 | Reflects M82- Samsung U.S. Patent 10,866,417 B2 see-through display apparatusTe | 1 page | 67.5 KB |
| ☑ | 26 | "Tech Lab 'Blog' ~ Public Notes for AR/VR Development + Women� | 2 pages | 282.4 KB |
| ☑ | 27 | KCASH (@SEEMYBIAS.official on Instagram for sister brand KPOP.Life) connec | 1 page | 155.8 KB |
| ☑ | 28 | How to add Ads to videos without distorted (ASR-driven contextual ad insertion) | 1 page | 249.3 KB |
| ☑ | 29 | Nurture by Breaking Barriers NLP real-time translation wearableConception of AI | 1 page | 247.0 KB |
| ☑ | 30 | Real World Learning - Building the algo | 1 page | 1.1 MB |
| ☑ | 31 | October 4, 2017 (Build a frame 3x thickness Use maker lab)Prototype design note | 1 page | 111.2 KB |
| ☑ | 32 | LinkedIn analytics screenshot showing post engagement metrics and viewer demogr | 1 page | 100.7 KB |
| ☑ | 33 | Prescription intergration from day one - and-drawn sketch comparing concave vs. | 1 page | 713.2 KB |
| ☑ | 34 | Photograph of hacksaw tool used by movant during physical prototyping and cutti | 1 page | 934.0 KB |
| ☑ | 35 | Reflection and refraction notes (Snells Law)Optical physics conception | 1 page | 118.9 KB |
| ☑ | 36 | LinkedIn profile JeongSu Dennis HAN, Ph.D., Sensor Specialist at Samsung Electr | 1 page | 41.1 KB |
| ☑ | 37 | Screenshot (Junhee Lee profile)Profile Date: October 21, 2017Profile of Junhee | 1 page | 60.6 KB |
| ☑ | 38 | Electromagnetic integration in movants smart glasses/head-worn AR/VR system. | 1 page | 782.3 KB |
| ☑ | 39 | Black & white prototype glasses photoActual reduction to practice | 2 pages | 158.9 KB |
| ☑ | 40 | Black & white prototype glasses photoActual reduction to practice | 1 page | 1.0 MB |
| ☑ | 41 | Thief taunting "Facebook Era" - DuckDuckGo search daitona carter pub | 1 page | 397.5 KB |
| ☑ | 42 | Post/message to Mark Zuckerberg (@zuck) about the projectPre-litigation as | 1 page | 14.0 KB |
| ☑ | 43 | Smart Glasses Bookmarks / Links.txt (OpenCV, RPi)Software/hardware planning | 1 page | 185.3 KB |
| ☑ | 44 | Prototype frames description + glasses photo (wont make you look like a doucheb | 1 page | 303.2 KB |

| | | | | |
|---|---|---|---|---|
| ☑ | 45 | Text message: trying to cut glass. Knife wont work. I need laser. + goggles pho | 1 page | 102.9 KB |
| ☑ | 46 | Meetup: LEARN THE STEPS TO PATENT, PITCH, PRODUCE & FUNDINGPublic commercializa | 1 page | 56.8 KB |
| ☑ | 47 | Meetup: LEARN THE STEPS TO PATENT, PITCH, PRODUCE & FUNDINGPublic commercializa | 1 page | 75.8 KB |
| ☑ | 48 | ThermalEyetap_STL_Files.zip (3D-printable thermal eye-tracking)Gaze/thermal int | 1 page | 92.5 KB |
| ☑ | 49 | Object Detection and Recognition (YouTube skeletal mapping)Computer vision / ob | 1 page | 201.9 KB |
| ☑ | 50 | Object Detection and Recognition (YouTube skeletal mapping)Computer vision / ob | 1 page | 143.5 KB |
| ☑ | 51 | pythonOCRimageToText (ocr.py + test images)Optical character recognition source | 1 page | 51.0 KB |
| ☑ | 52 | Screenshot of Korean language learning table (vocabulary and phrases); supporti | 1 page | 100.7 KB |
| ☑ | 53 | Black & white prototype glasses photoActual reduction to practice | 1 page | 68.4 KB |
| ☑ | 54 | Hand-drawn whiteboard eye diagramOptical engineering sketch - Samsung Patent | 1 page | 3.4 MB |
| ☑ | 55 | DLP NIRscan Nano Optical Architecture diagramDetailed optical system design | 1 page | 3.4 MB |
| ☑ | 56 | Translation notes (Korean/English phrases + grammar)Language feature developmen | 1 page | 5.9 MB |
| ☑ | 57 | LinkedIn post: AI parents (will teach new language) + full project listEarliest | 1 page | 3.4 MB |
| ☑ | 58 | Korean Real World Learning spreadsheet (vocabulary phrases)Translation feature | 1 page | 4.4 MB |
| ☑ | 59 | Blog Entry 9 Snells Law, lens design, optics videoOptical engineering + public | 1 page | 204.1 KB |
| ☑ | 60 | LinkedIn outreach to ODG (Ralph Osterhout) & NAVER CorpDiligence & industry col | 1 page | 1.1 MB |
| ☑ | 61 | Blog Entry 9 Snells Law, lens design, optics videoOptical engineering + public | 1 page | 229.5 KB |
| ☑ | 62 | Notes on adding microphone to device using Jasper project for voice interface i | 1 page | 185.2 KB |
| ☑ | 63 | Gmail to FBI/SEC/DOJ/CIA/etc. (multi-agency notice)Formal misappropriation noti | 1 page | 50.8 KB |
| ☑ | 64 | LinkedIn post with prototype video + lab notes linkPublic disclosure of functio | 1 page | 77.6 KB |
| ☑ | 65 | Guerrilla Mail to Sen. Cruz (theft allegations)Timely federal notice | 1 page | 100.7 KB |

View Selected or Download Selected 76 pages 43.2 MB

ECFnotice@mad.uscourts.gov

ECFnotice@mad.uscourts.gov
to: dddddc@tuta.com + 1

Fri, Apr 17, 2026 • 5:23 PM

# Activity in Case 1:26-cv-10304-ADB Solos Technology Limited v. Meta Platforms, Inc. et al Notice (Other)

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was entered on 4/17/2026 5:21 PM EDT and filed on 4/17/2026

Case Name: Solos Technology Limited v. Meta Platforms, Inc. et al
Case Number: 1:26-cv-10304-ADB https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?294817

Filer: Daitona Carter

Document Number: 92

Copy the URL address from the line below into the location bar of your Web browser to view the document:
https://ecf.mad.uscourts.gov/doc1/095013621426?caseid=294817&de_seq_num=276&magic_num=69355889

Docket Text:
-1

1:26-cv-10304-ADB Notice has been electronically mailed to:

Ali S. Razai
ali.razai@morganlewis.com, vanessa.green@morganlewis.com

Andrew V. Devkar
andrew.devkar@morganlewis.com

Brandon G. Smith
brandon.g.smith@morganlewis.com, leslie.y.garcia@morganlewis.com, occalendardepartment@morganlewis.com

Daitona Carter dddddc@tuta.com

Eric E Lancaster
ericlancaster@paulhastings.com, ceciliaacosta@paulhastings.com, rayejones@paulhastings.com

Jameson J. Pasek
jameson@caldwelllaw.com

Katherine W. Soule
katherine.soule@morganlewis.com, katie.thompson@morganlewis.com

Keegan Michael Caldwell
keegan@caldwelllaw.com

Lisa K. Nguyen
lisanguyen@paulhastings.com, ceciliaacosta@paulhastings.com

Matthias Kamber
matthiaskamber@paulhastings.com, ceciliaacosta@paulhastings.com, jerricethomas@paulhastings.com

Shixiong Wang
steve@caldwelllaw.com

Stephanie Nicole Adamakos
stephanieadamakos@paulhastings.com

1:26-cv-10304-ADB Notice will not be electronically mailed to:

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-0]
[77ea482ec7e55717c156b32512f407e157cd653ee214178c4803d3f7200eece189634d2e6660a9

Document description: Discovery Mode (OpenCV object detection + overlay)Gaze-based recognition
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-1]
[7973f955434f7a3fe7a478e6c5fbe56b808f19d7830441b68ee248acc4abf565a1efdf170ce83fedb

Document description: Discovery Mode (OpenCV object detection + overlay)Gaze-based recognition
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-2]
[877b7c2bfb8bf6491486e3500d2c04794ffa98b92bd7c61ed0b32019ad2477a759dbd00ba8317c

Document description: Geo AR + Arducam/RPi camera sourcingLocation-based AR + hardware procurement for "Ad sales and Shopping"
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-3]
[d47bf83f6859059e1c68ab8e449e93ae3a7efb4220d1a4fa747336a82b4244bd4d58a66ca976abc

Document description: Geo AR + Arducam/RPi camera sourcingLocation-based AR + hardware procurement for "Ad sales and Shopping"
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-4]
[7bb85bbf2767e90d0d0766b6d894f52ccc93d9a8af05567eaf7c77cc7264543a43df16a7e726a4a

Document description: 1.22-inch MIPI DSI display + assembly notesComponent selection & assembly
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-5]
[b659f8a6fdab15efa9fb3884e4636f7bbc45b65f33de773f5418f2289b794baeb36d89549c5742fc

Document description: 1.22-inch MIPI DSI display + assembly notesComponent selection & assembly
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-6]
[0ea0f674399e050baf94b1588ed32227f8c76612db7b7690af0732012461af41116c0362dfe2e08

Document description: I/O wiring, module choices, and firmware tests to capture speech input, process/translate it, and output translated speech.

Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-7]
[3ed099a8a26ba81a58a44d526dd6bc25029fe64ab49a4ffa9e21941671f3bd7311c665d5bfe83aa

Document description: Solar Temple Arm rendering + handwritten ergonomic specsWearable frame design

Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-8]
[cd16c7bd886a32784540f968736f6e68f45beb44eeffb8b558e7c4505217d417e649aae3e86793a

Document description: Solar Temple Arm rendering + handwritten ergonomic specsWearable frame design
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-9]
[3706e6192951189fc273c9715689cc0397424c4a40e9cb50ad8a92c39c86f2fd610bca36f3c61968

Document description: PHP linguistic engine (chinese_nouns.php, grammar, etc.)Language processing backend
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-10]
[6e0c83907dd9be8ad5dac9723ab8885c8c503c97cd5ed9b8cce875b84e48b92cc96d297fe926f6

Document description: Lens & mirror mount assembly log + optical stack sketchPhysical reduction to practice
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-11]
[3c20ac501719094af8ce336489b2fb4424af8b11c8b5061b6eac504a01f66be84f327bebf30c4dce

Document description: Acoustic Logic Case Study Waves H(ybrid)-Compressor pluginPrior work and research with DSP/audio
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-12]
[117666ef46a5ddb92c51bda46590421e66e01c5495d69494fec537f6bde6ac835b2b5c928de3b0

Document description: Meet Aria pitch deck (Pages 13) branding + full feature roadmapPrior Aria mark + features predating Meta (M-52-M54)
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-13]

[e053603068dfb6def571a9b9747cecd7686efc57870ea54d6745b0cd02fe04ad2e6488cfeac9432(

Document description: RPi Speech directory (speechAnalyser.py etc.)Speech processing source code
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-14]
[8746106bc60fba78fb600d16531cfb7825984d98a6b0caa7f7723fff58634dd5a4a5546df7a4fc53(

Document description: AWS Receipt
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-15]
[316d07abe8455d4b2701091582b7ea30ffeb86b4ac303b0b019ec58d43cc5a317e12d19a54c463

Document description: AI language teaching software (<3 days)AI instruction conception
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-16]
[dea1422147add4010962e2e593b6409141952800b8fb1c1a510914a824525b416b29d9da82e59

Document description: Translation interface (Korean Bread)Early translation app proof
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-17]
[4ca7093e0e13fbef193cfc38675a5496f99ac5c6b93466b7346e4cd717ac6f6b50898e4f4bc972bd

Document description: Translation notes (Korean/English phrases + grammar)Language feature development
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-18]
[8875bb374aabb352fd0efe0b6d32f273ee2c803dbee8474068cba722d3793fc600c801de28f7950

Document description: Black & white prototype glasses photoActual reduction to practice

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-19]

[3c9c2ee409b3b6a5620815d52ff5ad7676756f7a3bf625c3c3dd7e5e1fc9b2699225cef0808eb21f

Document description: Guerrilla Mail to Sen. Cruz (theft allegations)Timely federal notice

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-20]

[c4794ef0d7c15b107a87c393f673bacbdb833f254dc97f52688988776e72b9db1f5f4fda9ec46fb8

Document description: Guerrilla Mail to Sen. Cruz (theft allegations)Timely federal notice

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-21]

[5da0620563d83a60e996613ff9ddf01ef8809e123e2c012049cbfcdfe087adce72a662b3f61313fe7

Document description: Guerrilla Mail to Sen. Cruz (theft allegations)Timely federal notice

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-22]

[79732e6858a81e9c9db87728b3bb8b976130aaade0c64001111683aa5a21d79893a570d4aa7ed

Document description: app.py Twilio SMS integration codeCommunication infrastructure / source code

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-23]

[61a1bb1f0bd3372306e3b08179253d4d1f6b501bba544ae734f299231d93b754e0f9f25bf7473ff

Document description: Hand-drawn sketch: Concave vs Convex Lenses + solar panelOptical design (lenses + power)

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-24]

[d3ea422f3fc465ff7fa6cdb537fd0504a022006aa5be38abd9456ab6ba72e554625e54a3e87de1bl

Document description: Reflects M82- Samsung U.S. Patent 10,866,417 B2 see-through display apparatusTemporal overlap + alleged copying of Movants Oct 2017 LinkedIn prototype post
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-25]
[c6eb55c345503af8fe72482ec22fb8c642bb7fff0701c2c906f5557702032460973835eed31c5682f

Document description: "Tech Lab 'Blog' ~ Public Notes for AR/VR Development + Women's Retail Product + Ed Tech Device" published Jul 27, 2017; author Daitona Carter; public post summarizing lab/blog notes and development intentions for AR/VR and related device concepts.
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-26]
[7d1fafefb92879d101d8b5070fcf46343789648eae0d0bd784ea999ec977e8d81e2451270cc1465

Document description: KCASH (@SEEMYBIAS.official on Instagram for sister brand KPOP.Life) connected with LinkedIn connection acceptance BACKYOUNG HEO (CEO, Bithumb Korea)Industry outreach / visibility
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-27]
[2eea8acd0c0036ee07ab83c98cdf0c1aa70ae417a5a977da90aafa8c2371101d8128413df6f680b(

Document description: How to add Ads to videos without distorted (ASR-driven contextual ad insertion)Earliest documented conception of context-aware AV system
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-28]
[6c5bc94058ba0949599721b4ef7c116d802733117e278db881bf0b11465498e8f5f1b640692338l

Document description: Nurture by Breaking Barriers NLP real-time translation wearableConception of AI language translation device
Original filename: yes

Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-29]
[96bda900e77b45af79a2a4af32db8b96775b0bce51a9b0a395e6cf564ce02400430644f214e3e6b

Document description: Real World Learning - Building the algo
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-30]
[de5ebc0c73d0a6f3a572f7be4361f6b1033038291c01269bf384bdcec550dbefb70984a81b01204

Document description: October 4, 2017 (Build a frame 3x thickness Use maker lab)Prototype design notes for 3x-thickness wearable frame using maker-lab fabrication for movants smart AR/VR glasses system.
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-31]
[cb0a7486544d5ba37a46abee4250331d9e16a333562eb4bfd5530204de7432cf3f6216b2469884

Document description: LinkedIn analytics screenshot showing post engagement metrics and viewer demographics for a prototype announcement (date: Oct 08, 2017); evidences industry attention and public disclosure.
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-32]
[a7f4ed5a65822a5fc238844a8381126e6d562b2a85e97177113ac662d4f1c235ee353fa7b85cbb3

Document description: Prescription intergration from day one - and-drawn sketch comparing concave vs. convex lenses, with annotations for bisector, solar panel, and frame elements for the smart wearable glasses prototype.

Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-33]
[24deb9d9167109b782397e3fcf83ba27e8154482924f92f06e1140fe31a7c75f55c5dbc7301e560a

Document description: Photograph of hacksaw tool used by movant during physical prototyping and cutting of materials for smart wearable frames and components.
(Matching video available)

Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-34]
[ca59c51cd8985b262dc62f1643c0b157ce9cdf0435130325ab5f7607ac0eac162c86f99ee11b9857

Document description: Reflection and refraction notes (Snells Law)Optical physics conception
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-35]
[36902e82b8212065b83195a5f82a504e157be2b43f2eee299b2f1fda464f277aa65632f2a9b9e51

Document description: LinkedIn profile JeongSu Dennis HAN, Ph.D., Sensor Specialist at Samsung ElectronicsThird-party engagement / potential access

Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-36]
[5f3303ade2534e3181b1bb77b7ce8f991c50eea193220716b964595d64e8e324e1af526ea3c5eb

Document description: Screenshot (Junhee Lee profile)Profile Date: October 21, 2017Profile of Junhee Lee, CEO of The Alpha Labs Inc., mentioning development of optics and smart glasses; evidence of movants industry networking in smart glasses field.
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-37]
[72745f505cf4ab630d929ac672ed1588c99a6326b93f266f619b72d56035ef80dd4c643fbd67546

Document description: Electromagnetic integration in movants smart glasses/head-worn AR/VR system.
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-38]
[06637db2e4670e15c5e99a488450c236a63b5f2b4de9fb9bc0b59034ef440c6796c321f9d6cffa77

Document description: Black & white prototype glasses photoActual reduction to practice

Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-39]
[054ebff5c2d49512153b2d397650053f4e2f4c81cc67ddd6a08983dfb5e541692f604c93f1f8ff7f53

Document description: Black & white prototype glasses photoActual reduction to practice
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-40]
[52a28e2dcfbdf9bb5a4037cd52078afbfe41e04865559a41db9dc7e2884c1412c090effc0da75f59

Document description: Thief taunting "Facebook Era" - DuckDuckGo search daitona carter public slidesOnline visibility & public disclosure of Movant's property
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-41]
[1240b63a937bdf7d17ba765e9cf8f025d8bb9d070c2a7a8b0e2f93cf5e64e647b7fdb4f574eb34fe

Document description: Post/message to Mark Zuckerberg (@zuck) about the projectPre-litigation assertion of rights
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-42]
[274a9c2d502eace641135b1ef9e5996eab417f1c6904039d08126816d418f2c9c2a049687b925dk

Document description: Smart Glasses Bookmarks / Links.txt (OpenCV, RPi)Software/hardware
planning
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-43]
[64db7ef7465e771cc81a850958d0c25601243cf24fe79304738cc5a314e5f4773ae41196c083695k

Document description: Prototype frames description + glasses photo (wont make you look like a douchebag)Standalone wearable design + photo
Original filename: yes

Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-44]
[175e7a0808683e96f28f7bb8ef709c3313a65d916cb76c965f3ba2562a84c56b50959636385cf73

Document description: Text message: trying to cut glass. Knife wont work. I need laser. + goggles photoPhysical experimentation
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-45]
[a3328be0a8f85a680f1ada00040fa9d1b9cfefdd4e72c804048c4fee5d8d10d5a7a1b918d1a8004

Document description: Meetup: LEARN THE STEPS TO PATENT, PITCH, PRODUCE & FUNDINGPublic commercialization & patent diligence - Harassed by "Raymond" via Meetup.com and Twilio
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-46]
[bea14a97fb00276c27c6c8fd6f8653a86e2bf20cbbeb5d59acf961cb8899431865e61d141f2091f2

Document description: Meetup: LEARN THE STEPS TO PATENT, PITCH, PRODUCE & FUNDINGPublic commercialization & patent diligence - Harassed by "Raymond" via Meetup.com and Twilio
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-47]
[a2fb528dc4841f8990150f7d96c0d6a1059f14193431c0535df1e805dfc16975cc62304a4d46a813

Document description: ThermalEyetap_STL_Files.zip (3D-printable thermal eye-tracking)Gaze/thermal interaction prototype
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-48]
[b1c3208eea2161b2f42b254c9330d7e4c26a3184754ad33072a3d680eb0aed8e5cf5e4e8b26c2c

Document description: Object Detection and Recognition (YouTube skeletal mapping)Computer vision / object recognition conception
Original filename: yes
Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-49]
[2c23c28c2ff56a990a5accc141b1cb3828ef4415c97a17a8459a0e9a7b6b85dcc1fbc588fe9130bak

Document description: Object Detection and Recognition (YouTube skeletal mapping)Computer vision / object recognition conception
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-50]
[abe8ffc8339e77a655bbb6ebaded8daea8a775c414bf30889c04762085985bb461d850c253a1b2

Document description: pythonOCRimageToText (ocr.py + test images)Optical character recognition source code
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-51]
[88893aca29f29e7382ca9ec65365a5111fd9b408d0073008ad4f65178e074c8ed71a374c9725b1c

Document description: Screenshot of Korean language learning table (vocabulary and phrases); supporting tool for movants AI parents wearable language-teaching device.
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-52]
[5184f575382f99115678e975729ef5d4a0c8746cc1265987203a8f9124460b1bee46e7611882c87

Document description: Black & white prototype glasses photoActual reduction to practice
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-53]
[db50922c43cb6fc4306119dc174496c978ac9e2dc6689265f381ab28a4eec1258a914860e0ad907

Document description: Hand-drawn whiteboard eye diagramOptical engineering sketch - Samsung Patent
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-54]
[619a7776e53fe9085855e16429b11062082b3494bfdd83dc1507e43a82f338d534ef2efc4a30a73

Document description: DLP NIRscan Nano Optical Architecture diagramDetailed optical system design
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-55]
[a1e23fcbb2025c2c44821726ab61647b139d15aca4770a67b2db96a4aa2c4c408dc3e646b30e9c

Document description: Translation notes (Korean/English phrases + grammar)Language feature development
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-56]
[01b700535693308e45eb01eeee654a9184916149f01c7d0d01ef25f4551b52322e89a8469639c6

Document description: LinkedIn post: AI parents (will teach new language) + full project listEarliest public conception of AI language device
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-57]
[8f1022ea0c4d6950cfe433a43d265763d95c9a26269c450706c31a1f0d7f30a263dea0ce22c21cf5

Document description: Korean Real World Learning spreadsheet (vocabulary phrases)Translation feature development
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-58]
[b6e9a2576c40b716c6be03433bd02b07d1a2f6d2fa57f4507490bc8f60d6e5f91110fe6f370a20ac

Document description: Blog Entry 9 Snells Law, lens design, optics videoOptical engineering + public disclosure (Sample of posts found on FTC v META restricted Linkedin.com/in/daitonacarter
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-59]
[45756a4eb4811b9859e5f2367b78f6052b8cb29deda81f69694f816c9774ea288b97e8646fd08f1

Document description: LinkedIn outreach to ODG (Ralph Osterhout) & NAVER

CorpDiligence & industry collaboration
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-60]
[60dd1f91532758f75be23cd768171c22155bdf215e594c90dc4f5985e6290a5c8b60a33af6506f2

Document description: Blog Entry 9 Snells Law, lens design, optics videoOptical engineering + public disclosure
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-61]
[ce024bdf60eebb4aacde4d07f7375e751d640bebecbd08c03649eff26631bd8fb94d427b543dd1

Document description: Notes on adding microphone to device using Jasper project for voice interface in movants smart wearable AI language and AR/VR system.
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-62]
[5f6af8b1e544d3a2f2b545ae895d7ea166fdd6fbbabe5c242ab2a5d7cfb33b365783b34d3705d7

Document description: Gmail to FBI/SEC/DOJ/CIA/etc. (multi-agency notice)Formal misappropriation notice
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-63]
[1f388bc00dbac931abdd646ba25a10a6664f5ac604154935de9aa07333ea52530facc2a23b84e6f

Document description: LinkedIn post with prototype video + lab notes linkPublic disclosure of functional prototype
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-64]
[882f956962c210f641963acf19f80b18bca65b98680e0bf7ab5f679dc17ba584fb369273479b7287

Document description: Guerrilla Mail to Sen. Cruz (theft allegations)Timely federal notice
Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-65]
[a610f1606b4a06ccc95101c9486f7dada9b1dc908457e3fd5ab96120fc033a51e4777c152e11b50

**EXHIBIT 6**

**2019 "ARIA" YOUNOODLE EWC REGISTRATION**
*Verification of System-Wide Architecture Priority and Global Entrepreneurship World Cup Standing.*

mail.google.com/mail/mu/mp/

Upgrade to a smarter Gmail
Secure, fast & organized email
OPEN

'youno...

Daitona Carter (카터 데이토나):

Congratulations. Your application -- [redacted]"Aria" -- has been successfully submitted to Entrepreneurship World Cup on June 15, 2019[redacted] am (UTC).

You are now officially entered into your country's Entrepreneurship World Cup competition where you will be competing for national prizes and a shot to represent your country at the Global Finals in November at the Misk Global Forum during Global Entrepreneurship Week.

To view your application, follow the secure link below:
http://platform.younoodle.com/client/entry-rounds/entrepreneurship_world_cup/entries/
[redacted]/checklist

*Note: Your application documents are private, secure, and can only be accessed by the relevant program judges and organizers.*

Good luck!

***Top Tips:***

*For any questions regarding the process of Entrepreneurship*

**EXHIBIT 7**

**M-93: PROPRIETARY TECHNICAL STACK**
**[MANUAL FILING / IN CAMERA ONLY]**
*Combined Source Code, Neural Notes, and Logic Schemas. Submitted via secure physical media.*


MEET ARIA
Smart Devices for Smarter People

# Features

### Real-time Translation

Audio and visual input/out of text and images.

### Maps/Walking Guide

Turn by turn directions and mass transit directions.

### Productivity Tools

Digital Personal Assistant; call and message alerts, reminders, fitness tracking and more.

### Cinematic Mode

Personal entertainment system, using can view content and play audio without disturbing others.

# Business Model

## Open Business Model

An open Business Model will allow Skypad Tech to work with external business partners for extensive research, development, and innovation without detailed planning, thus allowing us to build new product ideas.

**2020** | **2022** | **2024**

## Licensing

Licensing will be used to generate revenue so we can partake in additional R&D activities. Benefits include but is not limited to ownership of the intellectual property, technology will reach the market faster/more markets and no finance the commercialization process.



## Retail

Offer consumer electronics

# EXHIBIT 8

## M-51: ACOUSTIC PROCESS & MIRRORMIXING DSP CASE STUDY

*Proprietary Methodology for Directional Audio Logic; Proof of 2009 Priority for Logic Integrated into Solos '389.*

# MirrorMixing Case Study

Case Study performed by Daitona Carter www.daitonacarter.com

## Waves H(ybrid)-Compressor Plugin

It has been a while since I posted my last post and I almost forgot to publish the following about the new Waves H-Compressor, H stands for Hybrid. Which I had a little to do with.

Taken from the Waves website:

> *"**H-Comp** is a brand new dynamics processor that combines the modeled behavior of transformers, tubes, and transistors, together with the power and precision that only a plug-in can provide. The result is a compressor with capabilities that engineers could only dream about back in the day. H-Comp lends a whole new meaning to the concept of THD: Total Harmonic Distinction."*

The idea for this plugin came along about a year ago when I was talking to Gilad Keren the co-
founder of Waves. He referred me to his head developer Amir Vinci. We started talking about the concept he was working on and my concept of creating a more musical compressor resulting in the H-Compressor.

**Various issues we resolved in the design were;**

- Parallel Compression (Dry/ Wet)
- Pre-Delay Attack (Punch)
- and my concept to implement more musical release times (Release)

**Parallel Compression:**

Sponsors

Endorsement Links

- Focusrite Audio Engineering, Ltd.
- KRK Systems, L.l.c.
- Novation DMS, Ltd.
- Ableton, AG
- TL Audio, Ltd.
- Full Armour Clothing, L.l.c.
- Sonnox Oxford Plugins, Ltd.

Categories

- 1 (3)
- 1231 (3)
- 2231 (3)
- 231 (3)
- 3 dimensional (3)
- about (1)
- addictive (3)
- advanced (3)
- aitken (3)
- america (3)
- analyzer (6)
- antares (3)
- anti piracy (3)
- ardour (3)
- assistant (6)
- attack (3)

Parallel Compression is achieved in the compressor by mixing the dry signal (un-compressed) with the wet (compressed) signal using the Dry/ Wet pot.

**Pre-Delay Attack:**
Pre-Delay Attack is a technique I some times apply to create additional "punch" to a kick drum and or snare drum. You achieve this by making a dupe of the original track and slightly delay this with 4 to 10ms, using this as the trigger to the original track. This is now implemented in the plugin as the "Punch"-pot.

**Free, Host & Whole Note Based Release Times:**

This is my very own concept to create a more musical compressor starting of with release times. Its the reverse trick of using a delay calculator as release time calculator as explained many times before on my blog. This is now included for the first time in an actual device, in this case a plugin.

The plugin is definitely some thing to look at for!
http://www.waves.com/Content.aspx?id=9111

Yours truly,

The Surgeon ;-)

at 12:40 AM
Labels: audio engineering, entertainment, mixing, music, waves

## No comments:

## Post a Comment

To leave a comment, click the button below to sign in with Google.

SIGN IN WITH GOOGLE

Home Older Post

Subscribe to: Post Comments (Atom)

audio engineering (90)
augspurgers (3)
auto tune (3)
automation (6)
barack obama (3)
bargain (3)
beat making (3)
beatboxing (3)
beyonce (6)
billboard (3)
bob (3)
bogard (3)
brandy (3)
britney spears (6)
broadcast (3)
bryan (3)
buss compressor (3)
chart (3)
chris brown (3)
clients (1)
college (6)
compression (9)
console (6)
contact (1)
copy protection (3)
cox (3)
dancer (6)
darkchild (3)
david (3)
DAW (6)
dbx (3)
decay (3)
defjam (3)
digidesign (3)
divi baby (3)
dorrough (3)
dq (3)
drums (3)

dx (3)
dynamics (3)
editing (3)
education (3)
effect (3)
efx (3)
electronics (3)
engineering (48)
entertainment (159)
entertainment preparation (3)
entertertainment (3)
entertianment (3)
equalization (9)
equipment (12)
erika (3)
evan (3)
evo (3)
Faders (3)
Flying (3)
focusrite (6)
free (3)
free online music primer course solid state logic 4000 (2)
frequency (9)
fundamental (3)
fx384 (3)
giles (3)
girl group (3)
group (3)
Guidelines (3)
harmonics (3)
help (16)
horn (3)
hotel (3)
icon (1)
ikonix (3)
imaging (3)
industry (3)
internships (6)

jerkins (3)
k west (3)
katz (3)
keri hilson (3)
keyboard (3)
kidd (3)
killa kela (3)
level (6)
liquid mix (6)
Logic Pro (3)
london (3)
los angeles (3)
loudness (6)
m/s technique (9)
magic (6)
major label (9)
mastering (21)
mc divinity (3)
metering (3)
michael (3)
missing (3)
mix (3)
mix engineer (3)
mixing (162)
monitoring (3)
mono (3)
multi (3)
multi platinum (3)
music (192)
new (6)
news (3)
norwood (3)
ns10m (3)
number one (3)
nuri (3)
of (3)
official (3)
over compression (3)

- Penny (3)
- PG (3)
- phase (3)
- physics (3)
- pink (3)
- platinum (3)
- plugins (3)
- pop (6)
- presets (6)
- president (3)
- Pro Tools (16)
- pro tools 8 (3)
- producer (9)
- producing (6)
- production (114)
- programming (3)
- publishing (6)
- quines (3)
- radio (6)
- recording (36)
- records (3)
- reduced price (3)
- releases (3)
- remixes (6)
- rnb (6)
- rodney (3)
- rtas (3)
- samples (3)
- schools (9)
- science (3)
- scrambler (3)
- search (9)
- Sequencer (3)
- sequencers (3)
- shell (3)
- shortcuts (3)
- side chain (3)
- singer (6)

- snapshot (3)
- software (3)
- solid state logic (6)
- songs (3)
- songwriter (6)
- sony bmg entertainment (6)
- sound field (3)
- stand alone (3)
- starting (3)
- stereo (6)
- stock (3)
- studios (3)
- surgeon (3)
- t-pain (3)
- talent (6)
- thank you (3)
- the (3)
- the grinehouse (6)
- the writing camp (3)
- timbaland (3)
- tips (9)
- tips and tricks (6)
- top 40 (6)
- track freeze (3)
- tracking (6)
- transients (3)
- tricks (6)
- uk (3)
- united states of america (3)
- universal (3)
- university (3)
- update (3)
- victoria (3)
- videos (1)
- vocal (3)
- vst (3)
- war (6)
- waterman (3)

- waves (20)
- womanizer (3)
- work (3)
- works (3)

**Blog Archive**


- ▼ 2009 (41)
  - ▼ May (3)
    - Waves H(ybrid)-Compressor Plugin
    - Waves H(ybrid)-Compressor Plugin
    - Pro Tools Snap Automation V2: ICON
  - ► April (2)
  - ► March (21)
  - ► February (6)
  - ► January (9)
- ► 2008 (181)
- ► 2007 (1)


Awesome Inc. theme. Powered by Blogger.

**EXHIBIT 9**

**NOTICE OF ACTUAL ADVISEMENT (2021–2025)**

*Verification of Direct Notice provided to Meta CEO, CTO, and others.*

← **Post**



**THEDIGITALGIRL, Inc. | Daitona Carter "카터 데이토나)" |**
@thedigitalgirl

@elonmusk lets collab or pls hire me @facebook stole my $86B #projectARIA + I'm blklisted from everything + deleted my social media + removed my biz sites. I'm still being harassed w helicopters + intrusions. Thx to @MarkZuckerman and @boztank I need $7MM/yr for security too.




3:34 AM · Mar 25, 2021

1 1

Mar 04, 2021 • 9:28

**Mark @zuck**

@zuck at this point everyone knows Facebook stole A... aka the AR smart glasses from me. The @fbi @nsauger @...gov @latimes @cnbc @washingtonpost @realdonaldtrump @joebiden @potus Bill Gates, my neighbors, Hollywood and thousands of random people across industries, professions and countries. I didn't need my wrongly deleted LinkedIn, Twitter Facebook or Instagram to tell my story.

That said let's look at it like this. I'm giving you/your organization the opportunity to do the right thing. Yes there is both a paper and digital trail of intrusions, espionage, harassment and so on. There are also competitors waiting to expose you and your employees for trash. How the hell do you steal from any black person in 2020??? Very bold but cancel culture is alive a well. You see what Apple did to FB after I went off on them about giving FB access to compromise me right? You see what the SEC chairman did when I went off about billionaires trying to stop me from making my capital - projected $800MM in 16 weeks? I have a list of American policies I single handedly changed while sitting in my living room. Let me add it took me less than 90days. I may not be a billionaire yet but I know see all done against me and others. I was just waiting for "you" to strongarm me. Anyways... I'm giving you the opportunity to offer me what I want. Don't misinterpret this as a threat because it's not. This is merely an invite for you to discuss the $86B project your organization stole from me. Also keep in mind. I don't think MSK and associated VCs would be too happy about being listed as co-defendants in a case that involves a lot more than someone hacking a computer. We are talking breaking into properties, viewing and having access to a minor's "pics" if you know what I mean, following me around the world, physical attacks and so on. So do you wanna squash the beef? Think about it as an trader/investor and a shareholder. I am the future. Anything I put out will sell because its new tech that solves problems, I'm a woman, black, Asian, Amerindian, a millennial , smart, attractive and I have the God given gift to garner attention that's why IG deliberated buried all my accounts, my LinkedIn was deleted and Google removed all positive search results for my name including my website, my biz profiles were hacked and my credit report manipulated. There is years of evidence against everyone involved. Just let me know.

PS the United States needs me on many levels. Socially, economically, politically and spiritually because the nation owes the ancestors. I will intro new tech that other nations will need not just a pair of glasses. Think exports. For US by US, America. Besides who does your PR? Come one man.. do you not know how to save your jacked up image and bring joy into your life?



WONT HE ...



Mark Zuc...




2021 🏗



MyFace

# Mark @zuck

@zuck at this point everyone knows Facebook stole Av.. aka the AR smart glasses from me. The @fbi @nsausgov @dhsgov @latimes @cnbc @washingtonpost @realdonaldtrump @joebiden @potus Bill Gates, my neighbors, Hollywood and thousands of random people across industries, professions and countries. I didn't need my wrongly deleted LinkedIn, Twitter, Facebook or Instagram to tell my story.

That said let's look at it like this. I'm giving you/your organization the opportunity to do the right thing. Yes there is both a paper and digital trail of intrusions, espionage, harassment and so on. There are also competitors waiting to expose you and your employees for trash. How the hell do you steal from any black person in 2020??? Very bold but cancel culture is alive a well. You see what Apple did to FB after I went off on them about giving FB access to compromise me right? You see what the SEC dchairman did when I went off about billionaires trying to stop me from making my capital - projected $800MM in 16 weeks? I have a list of American policies I single handedly changed while sitting in my living room. Let me add it took me less than 90days. I may not be a billionaire yet but I know see all done against me and others. I was just waiting for "you" to strongarm me. Anyways... I'm giving you the opportunity to offer me what I want. Don't misinterpret this as a threat because it's not. This is merely an invite for you to discuss the $86B project your organization stole from me. Also keep in mind. I don't think MISK and associated VCs would be too happy about being listed as co-defendents in a case that involves a lot more than someone hacking a computer. We are talking breaking into properties,

co-defendents in a case that involves a lot more than someone hacking a computer. We are talking breaking into properties, viewing and having access to a minor's "pics" if you know what I mean, following me around the world, physical attacks and so on. So do you wanna squash the beef? Think about it as an trader/investor and a shareholder. I am the future. Anything I put out will sell because its new tech that solves problems, I'm a woman, black, Asian, Amerindian, a millennial , smart, attractive and I have the God given gift to garner attention that's why IG deliberated buried all my accounts, my LinkedIn was deleted and Google removed all positive search results for my name including my website, my biz profiles were hacked and my credit report manipulated. There is years of evidence against everyone involved. Just let me know.

PS the United States needs me on many levels. Socially, economically, politically and spiritually because the nation owes the ancestors. I will intro new tech that other nations will need not just a pair of glasses. Think exports. For US by US, America. Besides who does your PR? Come one man.. do you not know how to save your jacked up image and bring joy into your life?

# Mark @zuck

@zuck at this point everyone knows Facebook stole AR aka the AR smart glasses from me. The @fbi @nsausgov @dhsgov @latimes @cnbc @washingtonpost @realdonaldtrump @joebiden @potus Bill Gates, my neighbors, Hollywood and thousands of random people across industries, professions and countries. I didn't need my wrongly deleted LinkedIn, Twitter, Facebook or Instagram to tell my story.

That said let's look at it like this. I'm giving you/your organization the opportunity to do the right thing. Yes there is both a paper and digital trail of intrusions, espionage, harassment and so on. There are also competitors waiting to expose you and your employees for trash. How the hell do you steal from any black person in 2020??? Very bold but cancel culture is alive a well. You see what Apple did to FB after I went off on them about giving FB access to compromise me right? You see what the SEC dchairman did when I went off about billionaires trying to stop me from making my capital - projected $800MM in 16 weeks? I have a list of American policies I single handedly changed while sitting in my living room. Let me add it took me less than 90days. I may not be a billionaire yet but I know see all done against me and others. I was just waiting for "you" to strongarm me. Anyways... I'm giving you the opportunity to offer me what I want. Don't misinterpret this as a threat because it's not. This is merely an invite for you to discuss the $86B project your organization stole from me. Also keep in mind. I don't think MISK and associated VCs would be too happy about being listed as co-defendents in a case that involves a lot more than someone hacking a computer. We are talking breaking into properties, viewing and having access to a minor's "pics" if you know what I mean, following me around the world, physical attacks and so on. So do you wanna squash the beef? Think about it as an trader/investor and a shareholder. I am the future. Anything I put out will sell because its new tech that solves problems, I'm a woman, black, Asian, Amerindian, a millennial , smart, attractive and I have the God given gift to garner attention that's why IG deliberated buried all my accounts, my LinkedIn was deleted and Google removed all positive search results for my name including my website, my biz profiles were hacked and my credit report manipulated. There is years of evidence against everyone involved. Just let me know.

**PS the United States needs me on many levels. Socially, economically, politically and spiritually because the nation owes the ancestors. I will intro new tech that other nations will need not just a pair of glasses. Think exports. For US by US, America. Besides who does your PR? Come one man.. do you not know how to save your jacked up image and bring joy into your life?**



**@daitona | Daitona Carter** @DAITONA 24 Feb 2025

@marcorubio @TheJusticeDept
@PamBondi @SecDef
@DNIGabbard @JohnRatcliffe
@SpeakerJohnson
@Jim_Jordan @RepMikeRogersAL
@EliseStefanik @SenJohnThune
@ChuckGrassley @SenTomCotton @MarkWarner @RepJasmine
@MarshaBlackburn @RepMaxineWaters @AOC @RepDonaldsPress
@TishJames I'm being tortured & need help at 50 SW 10th Miami Fl (followed me form NYC) previous SOS attempts failed. Please act to ensure my safety. #help #HelpMe Feb 24, 2025 9:45AM

1 1 15



**@daitona | Daitona Carter** @DAITONA 27 Nov 2024

@PamBondi @TulsiGabbard @realDonaldTrump (@DonaldJTrumpJr ) If anyone can help the people are upstairs right now in Apt 1217 ....then I'm joking? IRS ---> 33-6420882 (10/14/24) all details. CCTV possible around 7AM. Increased pain causing thing at 7:17AM.

1 31

Load more



**@daitona | Daitona Carter**
@DAITONA
If I'm dead I WAS KILLED (my face @thedigitalgirl). META ROBBED ME for Project Aria /Orion w FED emplys/affiliates. I'm being tortured. therealdaitona not me.

Archived IG @daeeyuy
daitonacarter.com
Joined December 2008

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 903 | 43 | 21 | 648 |

229 Photos and videos

writing your check. You can lose your pension.

72

**@daitona | Daitona Carter** @DAITONA 1 Jan 2025

Okay, I'm not done. So this is PART OF what the #raybanmeta knew "VIDEO" feature is supposed to mimic. Right @meta? Keep in mind @ray_ban I did this more than 7 years ago and I have all the injury photos to match. Notice how prototype 1.5 uses KPOP music from @bts_bighit (song DNA for reference.) Again, this is why I am being tortured everyday.







81

XCancel (donate)



**@daitona | Daitona Carter**
@DAITONA

If I'm dead I WAS KILLED (my face @thedigitalgirl). META ROBBED ME for Project Aria /Orion w FED emplys/affiliates. I'm being tortured. therealdaitona not me.

Archived IG @daeeyuy
daitonacarter.com
Joined December 2008

| Tweets | Following | Followers | Likes |
| --- | --- | --- | --- |
| 903 | 43 | 21 | 648 |

229 Photos and videos



**@daitona | Daitona Carter** @DAITONA — 1 Jan 2025

Hey @ray_ban and @meta (@RealityLabs), looks familiar right? Sorry... you'll have to look at it sideways kinda like how I now look at your companies. Yeah it's part of what one would call a "trade secret", so I bet you didn't know Ray Ban, I had plans of using you or @WarbyParker. More to come because of millennials are petty as hell. Plus this is what I'm being killed for.




46

← **Post**

**@daitona | Daitona Carter**
@DAITONA

@AAGSlater my current situation may or not not be related to the OTHER FTC trial. You can hover over my head and see who did what to me. The feds knew before I knew, but when I found out, YES I REPORTED IT TO FEDERAL LAW ENFORCEMENT and former FTC chair @linamkhan both through official means and by email in 2021. No one contacted me but instead the FTC moved forward with a case against "the other tech company" in which stole what would be 1% of a $8T market plus other damages if I got justice. I can't get justice due to constant obstruction - means of communication has been tapped, tampered with and so on. People on the phone are not who they are and various family residences have been broken into several times (after the learning of theft). If we ship or need to receive mail via @USPS @FEDEX @UPS it is always OPEN and at times things are stolen. I have been poisoned, dox, harassed, bulled, mock, hacked endless + more and now I am being PHYSICALLY TORTURED at 50 SW 10th Street Miami and no one will do anything. So called local authorities have even taken it one step forward allowing the killers to taunt me and threaten my life and over health if I contact the police again. GOD is keeping me alive and the only reason I can message you on X, well read a post or two and you will see, why that's probably the case. Please protect any federal or former federal agents/officers that know what's happening to me. Check and see if a consulting company has deleted any of my many complaints. I NEED HELP! Here is what I asked of others recently and now you: since 2021 and escalated to physical tortured. Look at the TIMING of your need to make this video! Now they probably going to suppress me more and hurt me more because I have the "balls" to say it on X.)

@TishJames
@JamesUthmeierFL
@GovKathyHochul
@ManhattanDA
@JasmineForUS
@Jim_Jordan
@RepThomasMassie
@AOC
@JusticeATR
@DOJCivil
@AFergusonFTC

@abaantitrust
@AntitrustEdu
State AGs can issue ROs. Please help me get one. I face interference when seeking help to stop torture, not just report META's theft. They block local police too. You can subpoena; I can only do discoveries. I am currently being physically tortured In FL at 50 SW 10th St, Miami (persons USING units 1017, 1217, nearby units, bldgs and Citizen M hotel) along with other crimes against my family and pets (they killed one), business and me. In NY: NYC. A list of all the crimes they have committed.

CC @theonlyjasonlee @NickCannon @tisatellss @SabbySabs2 @troitorain @breakfastclubam @firstpost @rihanna @MeekMill @stephenasmith @reesewaters @ClaytonMorris @verge @EFF @torproject

If I have typos - I'm being hurt at the moment and I'm doing the best I can do right now.

7:58 AM · Apr 19, 2025 · **50** Views

1

**EXHIBIT 10**

**STATEMENT ON PUBLIC CORRUPTION & SAFETY**
**[FILED IN CAMERA / UNDER SEAL]**
*Formal declaration regarding necessity of In Camera review to protect witnesses and physical safety.*

**EXHIBIT 11**

**SCALE AI / PENTAGON $500M CONTRACT**

*Evidence of Extraction and Laundering of Habitual AI Logic into Federal Training Datasets.*




← BLOG GOVERNMENT

# Scale AI Expands Pentagon AI Partnership to $500 Million

BY KATHRYN HARRIS · MAY 6, 2026 · 4 MIN READ COPY LINK

Today, we are proud to announce that the U.S. Department of War's (DoW) Chief Digital and Artificial Intelligence Office (CDAO) has expanded its enterprise agreement with Scale AI, increasing the total potential value from $100 million to $500 million.

This five-fold ceiling increase follows the rapid uptake of our Production Other Transaction Authority (OTA) agreement since its original award in September 2025. Demand across the Department exceeded the original ceiling, with DoW components leveraging the vehicle to initiate Project Agreements spanning computer vision, generative AI decision-support, and data operations. It reflects the Pentagon's confidence in Scale as a primary AI infrastructure partner and signals the accelerating demand for AI capabilities across the force.

scale

Book Demo

The CDAO Production OTA is specifically designed to bypass the fragmented, multi-year acquisition cycles that have historically slowed innovation. Unlike standard procurement vehicles, the OTA allows any DoW component to route funding to the centralized contracting authority and initiate its own Project Agreement — covering any Scale product, service, or capability — without requiring a new competitive solicitation. This flexibility has been a key driver of adoption since the agreement's original award, and the expansion ensures the vehicle can support the full breadth of the Department's AI ambitions.

Key advantages for Department of War components include:

- Pre-negotiated, volume-based pricing that is substantially more favorable than independent negotiations.
- CDAO co-funding for a portion of the work, further reducing the effective cost to initiating organizations.
- Streamlined Project Agreements that require no new competitive solicitation, allowing teams to move at mission speed.

The agreement has already seen significant uptake across the Services. Customers operating under the CDAO OTA include components from the Army, Navy, and Marine Corps, as well as defense agencies and OSW offices — reflecting demand that spans both the operational and institutional elements of the Department.

Under the agreement, DoW components can access Scale's full AI platform:

- Scale Data Engine: Scale's machine learning operations (MLOps) platform to build, test, and deploy computer vision models, powered by expert-labeled, AI-ready data from [Scale's AI Center in St. Louis](https://scale.com/stl). Scale's annotators are trained specifically for defense-domain tasks, from labeling EO/IR and SAR imagery for autonomy programs to generating ground truth for aided target recognition and sensor fusion.
- Scale GenAI Platform (SGP): An end-to-end platform for government builders to fine-tune, test, evaluate, and deploy generative AI models safely and securely on classified networks.

- Engineering Capability Development Sprints: Discrete, time-bound, deliverable-based data and software efforts tailored to specific mission requirements.

All capabilities are available across NIPR, SIPR, and JWICS networks.

## Advancing the Department of War AI Strategy

This expansion directly supports the Department of War AI Strategy and its focus on building a robust data foundation and creating an agile, iterative pipeline for AI deployment at the tactical edge. Our partnership is designed to deliver on both priorities:

1. Robust Data Foundations: Transforming raw, sensitive data into AI-ready assets via our Data Engine.
2. Agile Pipelines: Deploying state-of-the-art models in months rather than years, enabling operational AI at the tactical edge.

As we move from small-scale pilots to enterprise-wide deployment, our platform is also designed to help the Department operationalize its Responsible AI principles — ensuring that as we scale these capabilities, they remain reliable, auditable, and trusted by the warfighter. The infrastructure decisions made today will shape U.S. military operational capabilities for the decade ahead. We are honored to deepen our partnership with the CDAO to deliver reliable AI for the Department's most critical missions.

Get Started

DoW components interested in initiating a Project Agreement under the CDAO Production OTA are encouraged to reach out directly to Scale's Head of Defense: Kathryn Harris (kathryn.harris@scale.com).



PRODUCTS

Scale Data Engine
Scale GenAI Platform
Scale Donovan

SOLUTIONS

Enterprise
Insurance
Healthcare
US Public Sector
Global Public Sector

COMPANY

About
Careers
Security
Terms
Privacy
Modern Slavery Statement

RESOURCES

Blog
Contact Us
Events
Documentation

Book Demo

Diffusion Models
Guide To AI For ECommerce
Computer Vision Applications
Large Language Models

# Reliable AI for the world's most important decisions

MANAGE YOUR COOKIE PREFERENCES
TERMS OF USE & PRIVACY POLICY
COPYRIGHT © 2026 SCALE AI, INC. ALL RIGHTS RESERVED

**EXHIBIT 12**

**THE BRICKELL SOS: MULTIMODAL SENSOR FUSION MANIFESTATION**

*Forensic Keyframes of AR/XR Holographic Distress Signal; "Hand-Held Calibration."*

- **Platform:** Twitter (X)
- **Date of Manifestation:** [Insert Date], 2024
- **Location:** Miami, FL
- **Witnesses:** Miami Fire Department (Reference:Provided In-Camera)
- **Description:** This video documents the physical reduction to practice of the "Multimodal Sensor Fusion" logic. Appellant is seen physically holding the hardware components to maintain the light-logic handshake. This SOS hologram is the direct precursor to the "Safety" features extracted during the September 2024 battery.
- **URL:** (REPOST) https://x.com/DAITONA/status/1872948083027526074#m

  Actual Account used for safety - https://x.com/SosAccountmiami/status/1837436954729754762#m

**EXHIBIT 13**

**RECORD OF RETALIATORY BODILY HARM & LOSS OF LIFE**
**[FILED IN CAMERA / UNDER SEAL]**
*Evidence of high-intensity retaliation, including the killing of family pet (Lily).*

**EXHIBIT 14**

**PROPOSED ORDER FOR INDEPENDENT EXECUTIVE PROTECTION [TO BE FILED BY SUPPLEMENTAL FILING]**

*Notice: Placeholder for security parameters and detached housing requirements, omitted due to emergency physical incapacitation.*

**EXHIBIT 15-17**

*Notice: Placeholder omitted due to emergency physical incapacitation.*

Caetlin McManus

Caetlin McManus <Caetlin_McManus@mad.uscourts.gov>
to: dddddc@tuta.com

Mon, Mar 30, 2026 • 3:03 PM

# 1:26-cv-10304-ADB Solos Technology Limited v. Meta Platforms, Inc. et al

Good afternoon,

Given your statement of hardship I have made an exception and docketed the Motion to Intervene and related filings that were received Friday and one from Saturday which was not in the earlier email (motion for leave to file electronically). Please review the docket entries below. Please refrain from emailing more documents to the Court until your motion to intervene has been ruled upon and, if intervention is allowed, your motion to e-file will also be ruled upon.

Thank you,

Caet

| | | |
|---|---|---|
| 03/27/2026 | 58 | MOTION to Intervene by Daitona Carter. (Attachments: # 1 Proposed Complaint in Intervention, # 2 Text of Proposed Order)(CAM) (Additional attachment(s) added on 3/30/2026: # 3 Statement of Interest) (CAM). (Additional attachment(s) added on 3/30/2026: # 4 Supplemental notice of Prior Formal Claims of Ownership) (CAM). (Entered: 03/30/2026) |
| 03/27/2026 | 59 | MOTION for Protective Order and Leave to File Redacted Documents ( MOTION to Seal) ( Responses due by 4/10/2026) by Daitona Carter. (Attachments: # 1 Text of Proposed Order)(CAM) (Entered: 03/30/2026) |
| 03/27/2026 | 60 | MOTION for Protective Order for Witness Protection and Technical Safegaurds by Daitona Carter.(CAM) (Entered: 03/30/2026) |
| 03/27/2026 | 61 | MOTION for Judicial Notice by Daitona Carter. (Attachments: # 1 Notice of Evidence of Coordinated Witness Intimidation)(CAM) (Entered: 03/30/2026) |
| 03/27/2026 | 62 | MOTION for *in Camera* Review by Daitona Carter.(CAM) (Entered: 03/30/2026) |
| 03/27/2026 | 63 | *SEALED* MOTION for Temporary Restraining Order and Request for Witness Protection by Daitona Carter.(CAM) (Entered: 03/30/2026) |
| 03/27/2026 | 64 | *SEALED* AFFIDAVIT of Daitona Carter regarding Filing Obstructions by Daitona Carter. (CAM) (Entered: 03/30/2026) |
| 03/30/2026 | 65 | Emergency MOTION for ADA Accommodation and Leave to file electronically Pro Se by Daitona Carter.(CAM) (Entered: 03/30/2026) |

**Caetlin McManus**

*Docket Clerk to*

**The Honorable Allison D. Burroughs**

Office of the Clerk

U.S. District Court, District of Massachusetts

One Courthouse Way, Suite 2300

Boston, MA 02210

(617) 748-9041

DAITONA CARTER

DAITONA CARTER <dddddc@tuta.com>
to: myreceipts_federal@tuta.com + 2
Mon, Mar 30, 2026 • 4:08 PM

# Re: 1:26-cv-10304-ADB Solos Technology Limited v. Meta Platforms, Inc. et al

Ms. McManus,

Thank you for your assistance and for making the hardship exception to docket these filings. I have reviewed the entries.

I acknowledge your instruction to refrain from further emailing and will wait for the Court's ruling on the Motion to Intervene and the Motion to E-File.

Respectfully,

Daitona Carter

Mar 30, 2026, 15:03 by Caetlin_McManus@mad.uscourts.gov:

> •••

DAITONA CARTER Mon, Mar 30 • 4:08 PM

@daitona | Daitona Carter @DAITONA 6 Dec 2024

This is getting out of hand. I am not saying any names but in 2021 I asked the Biden Admin for an innovation consulting gig since I was robbed. Then a few weeks ago I "tweeted" @elonmusk @VivekGRamaswamy #DOGE @realDonaldTrump and @DonaldJTrumpJr about the same gig. Why? "Meta and Fed Employees/Affiliates Robbed Me." On Nov 16, 2024, I wrote but did not send my letter to Trump. Well you all can probably figure out who keeps stealing my technology and everything I write and copying everything I do! I won't blame "him" directly but someone is beyond a fan. These people are weird and obsessed! I found my household conversations (in private conversations) being feed to the internet via backlinks to allegedly a gaming site in China. @Kash_Patel @RonWyden @RandPaul @Jim_Jordan @paulatkinsx @gailslater I hope you can put an end to this. I'm am tried of being digitally victimized AND I am still being physically hurt, as you will see from my entire account that had to turn SOS. @TuckerCarlson @redactednews one of you said "Own nothing, have nothing..." I think. Now it is sure looking like it. I can't write a hypothetical pitch for a job because stupid will steal that too. #doh #truthsocial



1 56

@daitona | Daitona Carter @DAITONA 27 Nov 2024

Subject: A Vision for Innovation Leadership in America

Dear President Trump and Esteemed Leaders,

As we navigate the complexities of the 21st century, the United States stands at a pivotal moment where innovation can drive our economy, enhance national security, and improve the quality of life for all Americans. I am reaching out to propose a transformative initiative that leverages my extensive experience in technology and innovation, particularly through my work on Project Aria and Orion.

@daitona

The Challenge: In an era marked by rapid technological advancements, we face significant challenges, including economic inequality, climate change, and fierce global competition. To effectively address these issues, we need a cohesive strategy that prioritizes innovation across all sectors.

The Vision: I propose the establishment of a dedicated Office of Innovation Oversight within the federal government. This office would serve as a central hub for coordinating innovation efforts across agencies, fostering public-private partnerships, and ensuring that our policies are aligned with the needs of the future.

Key Objectives:

1. Foster Collaboration: Create a platform for collaboration between government, academia, and the private sector to drive research and development in critical areas such as clean energy, healthcare technology, and artificial intelligence.
2. Support Startups and Entrepreneurs: Implement policies that provide funding, resources, and mentorship for startups, particularly those led by underrepresented groups, to ensure a diverse and inclusive innovation ecosystem.
3. Enhance Workforce Development: Invest in education and training programs that equip our workforce with the skills needed for the jobs of tomorrow, ensuring that all Americans can participate in and benefit from our innovation economy.
4. Promote Sustainable Practices: Encourage innovation that prioritizes sustainability and environmental stewardship, positioning the U.S. as a leader in green technology and climate solutions.
5. Streamline Regulations: Review and reform regulatory frameworks to reduce barriers to innovation while maintaining necessary safeguards for public health and safety.

@daltona

My Expertise: Having created Project Aria and Orion, I possess a deep understanding of cutting-edge technologies and their potential to transform industries. Despite facing challenges, including the appropriation of my work by Meta and federal employees, I have continued to refine my skills and knowledge in innovation management, strategic budgeting, and technology development. I am already budgeting into the national budget due to my talents, demonstrating my commitment to driving impactful change.

@daitona

The Call to Action: By embracing this vision, we can create a robust framework for innovation that not only drives economic growth but also addresses the pressing challenges of our time. I invite you to join me in championing this initiative, leveraging my expertise and experience to ensure that America remains at the forefront of global innovation.

@daitona

Together, we can build a brighter future for all Americans—one that is defined by opportunity, creativity, and progress.

Thank you for considering this vision for a more innovative and prosperous America.

@daitona

Sincerely,

- Search Results in SDHC (

Search Results

doc

Sort | View | Search options | Close search | Preview

innovpitch
Date modified: 11/16/2024 11:54 AM
Size: 28.7 KB

innovpitch
Date modified: 11/16/2024 11:54 AM
Size: 28.7 KB

Date modified: 11/16/2024 3:27 AM
Size: 5.28 KB

D:\Dub\Office\BnB
Size: 36.4 KB

Download

Having created Project Aria and Orion, I possess a deep understanding of cutting-edge technologies and their potential to transform industries. I am already budgeting into the national budget due to my talents, demonstrating my commitment to driving impactful change.



**@daitona | Daitona Carter** @DAITONA 24 Feb 2025

@marcorubio @TheJusticeDept
@PamBondi @SecDef
@DNIGabbard @JohnRatcliffe
@SpeakerJohnson
@Jim_Jordan @RepMikeRogersAL
@EliseStefanik @SenJohnThune
@ChuckGrassley @SenTomCotton @MarkWarner @RepJasmine
@MarshaBlackburn @RepMaxineWaters @AOC @RepDonaldsPress
@TishJames I'm being tortured & need help at 50 SW 10th Miami Fl (followed me form NYC) previous SOS attempts failed. Please act to ensure my safety. #help #HelpMe Feb 24, 2025 9:45AM

1 1 15

---



**@daitona | Daitona Carter** @DAITONA 27 Nov 2024

@PamBondi @TulsiGabbard @realDonaldTrump (@DonaldJTrumpJr ) If anyone can help the people are upstairs right now in Apt 1217 ....then I'm joking? IRS ---> 33-6420882 (10/14/24) all details. CCTV possible around 7AM. Increased pain causing thing at 7:17AM.

1 31

---

Load more



**@daitona | Daitona Carter**
@DAITONA
If I'm dead I WAS KILLED (my face @thedigitalgirl). META ROBBED ME for Project Aria /Orion w FED emplys/affiliates. I'm being tortured. therealdaitona not me.

Archived IG @daeeyuy
daitonacarter.com
Joined December 2008

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 903 | 43 | 21 | 648 |

229 Photos and videos

writing your check. You can lose your pension.

72

**@daitona | Daitona Carter** @DAITONA 1 Jan 2025

Okay, I'm not done. So this is PART OF what the #raybanmeta knew "VIDEO" feature is supposed to mimic. Right @meta? Keep in mind @ray_ban I did this more than 7 years ago and I have all the injury photos to match. Notice how prototype 1.5 uses KPOP music from @bts_bighit (song DNA for reference.) Again, this is why I am being tortured everyday.







81

XCancel (donate)



**@daitona | Daitona Carter**
@DAITONA

If I'm dead I WAS KILLED (my face @thedigitalgirl). META ROBBED ME for Project Aria /Orion w FED emplys/affiliates. I'm being tortured. therealdaitona not me.

Archived IG @daeeyuy
daitonacarter.com
Joined December 2008

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 903 | 43 | 21 | 648 |

229 Photos and videos



**@daitona | Daitona Carter** @DAITONA — 1 Jan 2025

Hey @ray_ban and @meta (@RealityLabs), looks familiar right? Sorry... you'll have to look at it sideways kinda like how I now look at your companies. Yeah it's part of what one would call a "trade secret", so I bet you didn't know Ray Ban, I had plans of using you or @WarbyParker. More to come because of millennials are petty as hell. Plus this is what I'm being killed for.




46

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2026, I caused the foregoing Renewed Emergency Motion and all accompanying Enclosures/Certificates to be filed with the Clerk of the Court for the U.S. Court of Appeals for the Federal Circuit via the CM/ECF system, which will send notice of such filing to all registered users and counsel of record.

I further certify that for any party or counsel not reachable via CM/ECF due to technical obstruction or account restrictions, service was completed via Federal Express (FedEx) to:

- Counsel for Meta Platforms, Inc. (Paul Hastings)
- Counsel for Ray-Ban/Oakley, Inc./Luxottica of America, Inc. /EssilorLuxottica USA, Inc (Morgan, Lewis & Bockius LLP)

Under penalty of perjury, I declare that I am filing this under extreme physical duress following a targeted battery on this morning so the Plaintiff counsel will not call it a litigation choice, May 15, 2026, intended to obstruct the legal process.

Dated: May 15, 2026

/s/ Daitona Carter

DAITONA CARTER, Pro Se Intervenor-Appellant

General Delivery Delivery Points Authenticated via US-Appellate-ECF Gateway
E-Service/E-Filing Portal Access Only

26-1721

**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

---

SOLOS TECHNOLOGY LIMITED,
Plaintiff-Appellee

v.

META PLATFORMS, INC.,META PLATFORMS TECHNOLOGIES, LLC, OAKLEY, INC.,LUXOTTICA OF AMERICA, INC., ESSILORLUXOTTICA, USA, LLC,

Defendants

DAITONA CARTER,
Movant-Appellant

---

Appeal from the United States District Court for the Masschusetts in No. 1:26cv–1034–ADB, Judge Allison D. Burroughs.

---

**DAITONA CARTER'S EMERGENCY MOTION FOR CORRECTION OF STRUCTURAL DOCKETING ERRORS, EXPEDITED PANEL ASSIGNMENT, SHOW CAUSE ORDER ON DOCUMENT 19, AND IMMEDIATE PRESERVATION ORDER**

---

DAITONA CARTER, movant-appellant, respectfully moves this Court under Federal Rule of Appellate Procedure 27 and Federal Circuit Rule 27 for an emergency order correcting a series of cumulative, compounding clerk-level administrative failures. Absent immediate intervention, these errors will structurally insulate the true parties in interest, divest this Court of an enforceable

remedy, and permanently destroy the underlying financial audit trail required to trace the disputed commercialization proceeds.

**I. STATEMENT OF THE CUMULATIVE FAILURES**

The Clerk's Office has committed five distinct, severe administrative omissions in this appeal. While individual clerical errors are routinely corrected *sua sponte*, their cumulative effect operates as a systemic breakdown of the appellate process, resulting in an ongoing deprivation of due process under the Fifth Amendment.

**Failure 1 — Non-Processing of Appellees to the Record**

The five named defendants—the actual entities commercializing the proprietary technology at issue—have not been formally processed as parties to this appeal. No appearances have been entered on the consolidated appellate ledger, and no service pathways have been validated. They remain complete strangers to the active appellate record.

**Failure 2 — Facial Caption Non-Compliance (Fed. Cir. R. 12(b)(2))**

The named defendants remain listed under their lower-court designation of "Defendant" rather than the mandatory appellate designation of "**Appellee**." Under Federal Circuit Rule 12(b)(2) "Rules of Practice," any party with an adverse interest who is not a cross-appellant *must* be deemed an appellee. This is an issue

of explicit jurisdictional and remedial consequence: non-parties are not bound by this Court's eventual mandates.

**Failure 3 — De-escalated Docketing of Emergency Mandamus (No. 26-153)**

On August 18, 2026, Movant filed an explicit Emergency Petition for Writ of Mandamus. The Clerk’s Office erroneously designated the case as a routine, non-expedited "**Miscellaneous Case**," omitting the emergency flag, stripping out expedited processing protocols, and withholding panel assignment. Despite the explicit filing of a Notice of Correction (Doc. 3) and a refiled petition (Doc. 6) on August 24, 2026, the emergency designation has been ignored for **34 days**.

**Failure 4 — 129-Day Administrative Inaction on Constructive Trust (Doc. 19)**

On May 15, 2026, Movant moved for a Constructive Trust and Escrow Framework (Doc. 19) to sequester technology-derived revenue streams. The clerk's electronic infrastructure omitted the mandatory docket number, verification header, and official entry date, leaving the document improperly indexed. This back-end processing failure is explicitly verified by the system's conflicting metadata behavior: the live web browser tab exposes the original local laptop filename ("INJ.pdf"), yet the document generates a standardized court filename only upon localized download. Concurrently, the companion Omnibus filing (ECF 19) was subjected to systemic editorial corruption, including the unauthorized insertion of

an anomalous character ("52") into the plaintiff's corporate nomenclature and structural formatting anomalies specifically designed to defeat automated federal judicial indexing. Furthermore, this interim equitable request has sat unreviewed, unassigned, and completely undisposed of for **129 days**, presenting an existential threat to asset preservation. Consequently, the administration of these distinct equitable remedies has been hopelessly entangled, necessitating that the constructive trust and escrow matter be formally severed from the corrupted omnibus filing and maintained as a standalone, independent record.

**Failure 5 — Total Omission of Parallel PTAB IPR Notice (Doc. 34)**

On July 20, 2026, Movant formally filed a Notice of Related Case Information (Doc. 34) detailing active, parallel Inter Partes Review (IPR) proceedings before the Patent Trial and Appeal Board (PTAB). The Clerk's Office has failed to route this notice for case sequencing or active management. The administrative obscurity has been weaponized by opposing counsel and corporate affiliates in parallel proceedings before the Patent Trial and Appeal Board (*IPR2026-00376*, *IPR2026-00412*, *IPR2026-00413, IPR2026-00420*). By exploiting the caption and absence of a verified docket stamp on the May 15 constructive trust filing, Appellees and co-conspirators have certified "No Related Matters" and "No Real Parties in Interest," perpetrating a direct fraud upon administrative tribunals while active equitable res claims remain jurisdictionally

anchored before this Court. Under *Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, administrative concealment that compromises the integrity of the judicial record warrants immediate, unsparing correction.Consequently, the PTAB may issue a final written decision while this appeal is pending, unconstitutionally mooting or complicating the statutory inventorship claims asserted under 35 U.S.C. § 256.

## II. THE COMPREHENSIVE DUE PROCESS VIOLATION

A single typographical error can be cured without consequence. The administrative anomalies here, however, have crossed the threshold into structural error. They operate in tandem to strip Movant of an effective, enforceable remedy, violating the bedrock constitutional guarantees articulated in *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306, 312–13 (1950) and *Board of Regents v. Roth*, 408 U.S. 564, 572–73 (1972).

- Clerk Error: No Appellees Listed —— Court Mandate Insulated from True Commercializing Parties
- Clerk Error: Mandamus/PTAB Paused —— PTAB IPR Petitions acceptance continue and are not reviewed despite USPTO Director petition misrerouted to PTAB panel. Nor are is the notice and petitions heard or stayed, which can moot 35 U.S.C. § 256 Claims

- Clerk Error: Trust Motion Stalled — Stephen Feinberg Reforms Eradicate Forensic Audit Trail at the Department of Defense/War

If the defendants are not formally added as Appellees (Failures 1 & 2), this Court's ultimate ruling may be legally toothless against them. Concurrently, if the constructive trust remains unruled (Failure 4) while the Mandamus and PTAB notices languish unassigned (Failures 3 & 5), parallel administrative engines will alter the legal and accounting landscape before this Court can act. This is a severe, compounding deprivation of the right to be heard at a meaningful time and in a meaningful manner.

## III. THE FEINBERG DIRECTIVES DEMAND EMERGENCY RELIEF

The administrative stagnation has collided with an unprecedented, rapid regulatory restructuring within the defense-industrial base, elevating this matter to a critical emergency.

1. **The August 18, 2026 Memo**: Deputy Secretary of Defense Steve Feinberg issued a binding directive requiring the Department of Defense (DoD) to draw cost data through automated APIs directly from contractor Enterprise Resource Planning (ERP) and financial transaction platforms for all agreements valued at ≥ $10M.

2. **The September 14, 2026 Memo**: A subsequent directive—*Fostering One Strong Industrial Base*—explicitly orders the DoD to phase out government-unique **Cost Accounting Standards (CAS)** and switch to standard commercial **Generally Accepted Accounting Principles (GAAP)**.

**The Accounting Conflict & Asset Commingling**

1. **CAS (The Status Quo)**: Requires strict, government-specific cost segregation, structural tracking, and granular accounting paths. It provides the necessary forensic blueprint to trace, isolate, and capture the exact proceeds generated by the proprietary technology at issue.

2. **GAAP (The Feinberg Mandate)**: Eliminates government-unique cost-element isolation in favor of standardized corporate reporting. GAAP does not require, nor does it maintain, the segmented financial tracking necessary to satisfy a forensic accounting audit.

The implementation clock from the September 14 directive is actively running. Once these corporate targets fully convert their accounting systems from CAS to GAAP, the underlying financial data streams will be permanently commingled. No future tracing order or retrospective damages award will be capable of reconstructing the erased cost trails. The threat of irreparable injury is immediate, absolute, and structural.

## IV. RELIEF REQUESTED

To preserve its own Article III jurisdiction and protect the integrity of these proceedings, Movant-Appellant requests that this Court immediately issue an omnibus order directing the following:

1. **Mandatory Docket Realignment**: Order the Clerk to process all five named defendants as Appellees in Appeal No. 26-1721 and correct the caption to conform with Fed. Cir. R. 12(b)(2).

2. **Emergency Re-Docketing**: Direct the Clerk to immediately apply an Emergency Flag to Petition No. 26-153 and assign the matter to an active merits panel for expedited resolution.

3. **Document Standardization:** Apply the standard CAFC document header, formal entry verification stamp, and retroactive docket indexing to the May 15, 2026 filing.

4. **Administrative Confirmation:** Issue an administrative confirmation ensuring full searchability across the federal judiciary to neutralize ongoing collateral manipulation.

5. **Severance of Trust and Escrow:** Separate the Motion for Constructive Trust and Escrow (Doc. 19) from the omnibus filing,

pulling it out into an independent, standalone record to prevent further administrative delay or blending of distinct legal remedies.

6. **Show Cause on Document 19**: Issue an order directing the Clerk's Office or opposing parties to show cause why the Motion for Constructive Trust and Escrow (Doc. 19) has remained completely unaddressed for **129 days**.

7. **Interim Financial Preservation Order**: Issue an emergency preservation order requiring the targets to maintain all historical and active CAS cost-segregation records, data structures, and audit paths in their current format, explicitly staying any GAAP conversion as to the specific contracts at issue pending the final disposition of Document 19.

8. **Appellate Sequencing and Case Management**: Order the integration of the parallel PTAB status information (Doc. 34) into the Court's scheduling calendar to avoid an administrative forfeiture of the inventorship claim under 35 U.S.C. § 256.

9. **Expedited Panel Assignment**: Order an immediate, expedited panel assignment on the collective merits of this appeal under Fed. Cir. R. 27.

## V. RELEVANT CHRONOLOGY & RUNNING DEADLINES

| Date / Milestone | Docket / Regulatory | Days Elapsed / Status |
|---|---|---|
| May 15, 2026 | Movant files Motion for Constructive Trust and Escrow (Doc. 19). | Day 0 (Awaiting judicial routing) |
| July 20, 2026 | Notice of Related Parallel PTAB IPR Proceedings filed (Doc. 34). | Day 66 (No judicial acknowledgment) |
| August 18, 2026 | Emergency Mandamus Petition filed (26-153); Stephen Feinberg API Data Extraction Memo issued for DoD/Pentagon. | Day 95 (Docketed as routine "Miscellaneous") |
| August 24, 2026 | Notice of Docketing Correction and Emergency Refiling filed (Docs. 3, 6). | Day 101 (Uncorrected by Clerk) |
| September 14, 2026 | Feinberg GAAP Transition Mandate issued (Fostering One Strong Industrial Base). | Day 122 (Transition clock initiated) |
| September 21, 2026 | Present Emergency Omnibus Motion filed. | Day 129 of Inaction on Doc. 19 |

| Date / Milestone | Docket / Regulatory | Days Elapsed / Status |
|---|---|---|
| ~October 14, 2026 | 30-Day Feinberg Transition Window Closes; System-Wide CAS Phaseout Begins. | Irreparable Harm Realized (Est.) |

## VI. CONCLUSION & LEGAL BASES

This Motion is firmly rooted in **Federal Rule of Appellate Procedure 27(a)(1)**, Federal Circuit Rules 12(b)(2) and 27, the Fifth Amendment Due Process Clause, and this Court's historical, inherent authority to oversee its docket. Under the traditional equitable standards governing emergency relief, irreparable harm is the "essential first consideration." *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 16 (2008).

If the accounting records are modified and the parties remain un-joined, any subsequent decree issued by this Court will be rendered completely hollow. The confluence of clerical inaction and systemic defense-contracting standardizations represents an ongoing constitutional injury that requires immediate, decisive judicial correction.

Dated: September 21, 2026

Respectfully submitted,

s/ Daitona Carter
Daitona Carter, Pro Se
General Delivery, Main Post Office
2 Massachusetts Ave NE
Washington, DC 20002
legal@daitonacarter.com

**CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 27(d)(1)(E) and 27(d)(2), I hereby certify that this Emergency Motion complies with the type-volume limitation rules of this Court.

1. Exclusive of the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f), the body of this Emergency Motion contains 1754 words, as calculated by the word count function of the word processing software used to prepare this document.

2. This Motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using ONLYOffice in 14-point Times New Roman font.

Dated: September 21, 2026

Respectfully submitted,

/s/ Daitona Carter
Daitona Carter, Pro Se
General Delivery, Main Post Office
2 Massachusetts Ave NE
Washington, DC 20002
legal@daitonacarter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2026, a true and correct copy of the foregoing Emergency Motion For Correction Of Structural Docketing Errors, Expedited Panel Assignment, Show Cause Order On Document 19, And Immediate Preservation Order was served via the Court's CM/ECF electronic filing system, and/or via electronic mail, upon all counsel of record and active parties in the underlying proceedings.

Respectfully submitted,

/s/ Daitona Carter
Daitona Carter, Pro Se
General Delivery, Main Post Office
2 Massachusetts Ave NE
Washington, DC 20002
legal@daitonacarter.com

**EXHIBIT D**

**SBMC Phase 2 Announcement — Anduril (Aug 17, 2026)**

*170 prototypes; testing Jan–Feb 2027*

**Source:** DefenseScoop

**URL:** https://defensescoop.com/2026/08/17/anduril-tech-soldier-borne-mission-command-program/

**Accessed:** September 22, 2026

*This document is submitted as Exhibit D in support of Plaintiff's Emergency Motion for Temporary Restraining Order, Carter v. Feinberg, et al., No. 26-cv- [___] (D.D.C.)*

TECH

# Anduril redesigns tech for Army's Soldier Borne Mission Command program

An Anduril executive provided an update on the SBMC effort.

BY JON HARPER • AUGUST 17, 2026

Listen to this article 7:42 Learn more.




During the first Continuous Operational Learning and Test (COLT) mission at Camp Beauregard, LA, a Soldier from Sioux Company (Multi-Purpose Company), 3rd Brigade, 10th Mountain Division, leveraged the Soldier Borne Mission Command Surrogate (SBMC-S) system to communicate with fellow Soldiers. (U.S. Army photo by Zach Montanaro, PEO Soldier Public Affairs)

Subscribe to our daily newsletter.

SUBSCRIBE

Defense tech maker Anduril, one of the primary performers on the Army's Soldier Borne Mission Command program, recently made headsets available to the Army for testing and is gearing up for the next phase of the prototyping effort, according to a top executive.

The SBMC project aims to develop soldier-worn heads-up displays equipped with augmented reality, night vision, AI, and command-and-control capabilities that can connect with other systems such as drones, among other features. The initiative was launched in the wake of struggles with the Army's Integrated Visual Augmentation System (IVAS) program, which sought to provide similar technology for troops to enhance their battlefield capabilities and boost training but received negative feedback from soldiers who tested the equipment. Service members complained about the weight and form factor of IVAS devices and reported experiencing nausea while using them.

In 2025, Anduril took over the ill-fated IVAS program from Microsoft shortly before the Army pivoted to the new SBMC effort.

Last year, the Army awarded hundreds of millions of dollars in contracts to industry teams to rapidly prototype technology for the SBMC program. Anduril, Rivet and Elbit Systems of America were tapped to provide solutions for the initiative. Anduril is also doing adjacent work for the Army on the software side.

Anduril is now "moving from phase one to phase two," Quay Barnett, the company's general manager of warfighter systems, told reporters during a roundtable Monday to provide updates on the effort.

"We've already delivered phase one systems," he said. "Two weeks ago, we had testing with the 75th Ranger Regiment at our Seattle test site, so out in the field in field-like conditions, getting feedback, getting iteration for them, so that we can incorporate that into our phase two design and make those updates iteratively and rapidly with end users."

Anduril later clarified that those phase-one systems remain Anduril-owned and were not formal contractual deliveries. The preferred phase-two configuration will be "the formal deliverable," a company communications official told DefenseScoop in an email Monday night.

Subscribe to our daily newsletter.

SUBSCRIBE

“Basically, you have the heads-up display glasses. These are partnerships we did with Meta and with Oakley’s Standard Issue … brand in order to get the right form factor. And then we built a sensor bar that has the night vision, the low light thermals, and all of the kind of imaging that you would use for low visibility conditions. The way this works is this bar actually comes down over top of the glasses for nighttime use and stays stowed during daytime use,” Barnett explained.

“We fundamentally believe that this was a good starting point to validate all of the systems, and to validate the architecture, and to validate our heads-up display, but we don’t believe that this is the right solution for nighttime use,” he added.

For phase two, the government has approved Anduril’s pursuit of a new design that includes a digital interface, according to Barnett, who served in the special operations community during his military career.

“There’s some weight savings, there’s some form factor advantages of having it closer to the eye, and then there’s some pretty massive performance advantages of having 4K displays in the eye that expand the field of view about 70% from current night vision systems. Because it is a digital night vision system, it also means you can bring all of those same overlays that you would get from a daytime HUD into that night experience,” he told reporters.

Additionally, some new camera systems will be incorporated into the phase two equipment, he suggested.

The company is also using its own internal R&D money to develop capabilities that could be folded into SBMC.

“As we think about our internal investment, we’re doing things like voice activation, we’re doing things like additional sensors that we think warfighters will need that are not spec’d into the program. We think there’s a lot that can be done with the frontier models being body worn that brings a lot more capability than what was originally scoped into the program,” Barnett said.

For SBMC phase one, the number of hardware systems that Anduril initially provided is in the “low hundreds.” For phase two, the company will deliver “several hundred” systems that have the modified design, and testing of that equipment is slated to begin in late January or early February, Barnett said.

Subscribe to our daily newsletter.

SUBSCRIBE

of systems will ultimately be delivered," they said.

Barnett told DefenseScoop that advanced software capabilities will also be integrated next year.

Anduril is awaiting approval from the Army to provide quotes from Army Rangers detailing their feedback on its phase-one prototypes, according to the company.

Barnett noted that the company put a lot of focus on developing a form factor and user interface that provide a better user experience than the old IVAS technology that troops didn't like.

"One of the things we worked on very hard when we did bring forth the software, we completely refactored the entire kind of controller and interface. So where in the past … the buttons were not good, we physically changed to more of like a dial and a depress system. We have functionality like short hold, [which] means I get quick situational information. Long holds of the same button now bring me into expanded, you know, views with more detail. All of that, you know, quick release [and] it goes away. You know, tactical kind of kill mode where like [it] just goes to my … kind of organic field of view," Barnett told DefenseScoop.

"I think we took some of the specific functions from like 21 button clicks down into two, you know, to get kind of deep inside menu and settings and things. So we put a lot of focus on that from our user interface."

He continued: "From a weight standpoint, I mean, you're wearing glasses; we did a lot of work around like how we did our retention system" and partnered closely with Oakley to ensure good weight distribution.

The full heads-up display weighs about 110 grams, according to Barnett.

Anduril has already built out its manufacturing capacity so that it can produce thousands of SBMC systems, he noted.

A downselect and production award for the program could come in fiscal 2028, Barnett said.

It's unclear what the total dollar value of the SBMC program will be. The IVAS program was

Subscribe to our daily newsletter.

SUBSCRIBE

*Updated on Aug. 17, 2026, at 10:30 PM: This story has been updated to include a clarification from Anduril that the phase-one prototypes made available for Army testing were Anduril-owned and were not formal contractual deliveries. It has also been updated to clarify that Anduril is awaiting Army approval to provide direct quotes from Army Rangers about their user experience with phase-one prototype systems.*

---




## Written by Jon Harper

Jon Harper is Editor-in-Chief of DefenseScoop. He leads an award-winning team of journalists in providing breaking news and in-depth analysis on military technology and the ways in which it is shaping how the Defense Department operates and modernizes. You can also follow him on X: @Jon_Harper_


## In This Story

ARMY   ARTIFICIAL INTELLIGENCE (AI)   ANDURIL   SENSORS

COMMAND AND CONTROL   AUGMENTED REALITY

INTEGRATED VISUAL AUGMENTATION SYSTEM   IVAS   SBMC

SOLDIER BORNE MISSION COMMAND   NIGHT VISION

## More Scoops



**Army's TITAN platform moving into production phase with $192M delivery award for Palantir, Anduril**

Under the latest delivery announcement, the Army expects to receive eight TITAN platforms over the next 18 months.


Subscribe to our daily newsletter.

SUBSCRIBE

**EXHIBIT E**

**2009 Public Disclosure — mirrormixing2.blogspot.com**

**Source:** CAFC eCFS (Appendix)

*As filed in the record of CAFC Appeal No. 26-1721.*

*Submitted as Exhibit E in support of Plaintiff's Emergency Motion for Temporary Restraining Order, Carter v. Feinberg, et al., No. 26-cv- [___] (D.D.C.)*

# MirrorMixing Case Study

Case Study performed by Daitona Carter www.daitonacarter.com

## Waves H(ybrid)-Compressor Plugin

It has been a while since I posted my last post and I almost forgot to publish the following about the new Waves H-Compressor, H stands for Hybrid. Which I had a little to do with.

Taken from the Waves website:

> *"**H-Comp** is a brand new dynamics processor that combines the modeled behavior of transformers, tubes, and transistors, together with the power and precision that only a plug-in can provide. The result is a compressor with capabilities that engineers could only dream about back in the day. H-Comp lends a whole new meaning to the concept of THD: Total Harmonic Distinction."*

The idea for this plugin came along about a year ago when I was talking to Gilad Keren the co-
founder of Waves. He referred me to his head developer Amir Vinci. We started talking about the concept he was working on and my concept of creating a more musical compressor resulting in the H-Compressor.

**Various issues we resolved in the design were;**

- Parallel Compression (Dry/ Wet)
- Pre-Delay Attack (Punch)
- and my concept to implement more musical release times (Release)

**Parallel Compression:**

Sponsors

**Endorsement Links**
Focusrite Audio Engineering, Ltd.
KRK Systems, L.l.c.
Novation DMS, Ltd.
Ableton, AG
TL Audio, Ltd.
Full Armour Clothing, L.l.c.
Sonnox Oxford Plugins, Ltd.

**Categories**
1 (3)
1231 (3)
2231 (3)
231 (3)
3 dimensional (3)
about (1)
addictive (3)
advanced (3)
aitken (3)
america (3)
analyzer (6)
antares (3)
anti piracy (3)
ardour (3)
assistant (6)
attack (3)

Parallel Compression is achieved in the compressor by mixing the dry signal (un-compressed) with the wet (compressed) signal using the Dry/ Wet pot.

**Pre-Delay Attack:**
Pre-Delay Attack is a technique I some times apply to create additional "punch" to a kick drum and or snare drum. You achieve this by making a dupe of the original track and slightly delay this with 4 to 10ms, using this as the trigger to the original track. This is now implemented in the plugin as the "Punch"-pot.

**Free, Host & Whole Note Based Release Times:**



This is my very own concept to create a more musical compressor starting of with release times. Its the reverse trick of using a delay calculator as release time calculator as explained many times before on my blog. This is now included for the first time in an actual device, in this case a plugin.

The plugin is definitely some thing to look at for!
http://www.waves.com/Content.aspx?id=9111

Yours truly,

The Surgeon ;-)

at 12:40 AM
Labels: audio engineering, entertainment, mixing, music, waves

## No comments:

## Post a Comment

To leave a comment, click the button below to sign in with Google.

SIGN IN WITH GOOGLE

Home Older Post

Subscribe to: Post Comments (Atom)

- audio engineering (90)
- augspurgers (3)
- auto tune (3)
- automation (6)
- barack obama (3)
- bargain (3)
- beat making (3)
- beatboxing (3)
- beyonce (6)
- billboard (3)
- bob (3)
- bogard (3)
- brandy (3)
- britney spears (6)
- broadcast (3)
- bryan (3)
- buss compressor (3)
- chart (3)
- chris brown (3)
- clients (1)
- college (6)
- compression (9)
- console (6)
- contact (1)
- copy protection (3)
- cox (3)
- dancer (6)
- darkchild (3)
- david (3)
- DAW (6)
- dbx (3)
- decay (3)
- defjam (3)
- digidesign (3)
- divi baby (3)
- dorrough (3)
- dq (3)
- drums (3)

- dx (3)
- dynamics (3)
- editing (3)
- education (3)
- effect (3)
- efx (3)
- electronics (3)
- engineering (48)
- entertainment (159)
- entertainment preparation (3)
- entertertainment (3)
- entertianment (3)
- equalization (9)
- equipment (12)
- erika (3)
- evan (3)
- evo (3)
- Faders (3)
- Flying (3)
- focusrite (6)
- free (3)
- free online music primer course solid state logic 4000 (2)
- frequency (9)
- fundamental (3)
- fx384 (3)
- giles (3)
- girl group (3)
- group (3)
- Guidelines (3)
- harmonics (3)
- help (16)
- horn (3)
- hotel (3)
- icon (1)
- ikonix (3)
- imaging (3)
- industry (3)
- internships (6)

- jerkins (3)
- k west (3)
- katz (3)
- keri hilson (3)
- keyboard (3)
- kidd (3)
- killa kela (3)
- level (6)
- liquid mix (6)
- Logic Pro (3)
- london (3)
- los angeles (3)
- loudness (6)
- m/s technique (9)
- magic (6)
- major label (9)
- mastering (21)
- mc divinity (3)
- metering (3)
- michael (3)
- missing (3)
- mix (3)
- mix engineer (3)
- mixing (162)
- monitoring (3)
- mono (3)
- multi (3)
- multi platinum (3)
- music (192)
- new (6)
- news (3)
- norwood (3)
- ns10m (3)
- number one (3)
- nuri (3)
- of (3)
- official (3)
- over compression (3)

Penny (3)

PG (3)

phase (3)

physics (3)

pink (3)

platinum (3)

plugins (3)

pop (6)

presets (6)

president (3)

Pro Tools (16)

pro tools 8 (3)

producer (9)

producing (6)

production (114)

programming (3)

publishing (6)

quines (3)

radio (6)

recording (36)

records (3)

reduced price (3)

releases (3)

remixes (6)

rnb (6)

rodney (3)

rtas (3)

samples (3)

schools (9)

science (3)

scrambler (3)

search (9)

Sequencer (3)

sequencers (3)

shell (3)

shortcuts (3)

side chain (3)

singer (6)

snapshot (3)
software (3)
solid state logic (6)
songs (3)
songwriter (6)
sony bmg entertainment (6)
sound field (3)
stand alone (3)
starting (3)
stereo (6)
stock (3)
studios (3)
surgeon (3)
t-pain (3)
talent (6)
thank you (3)
the (3)
the grinehouse (6)
the writing camp (3)
timbaland (3)
tips (9)
tips and tricks (6)
top 40 (6)
track freeze (3)
tracking (6)
transients (3)
tricks (6)
uk (3)
united states of america (3)
universal (3)
university (3)
update (3)
victoria (3)
videos (1)
vocal (3)
vst (3)
war (6)
waterman (3)

waves (20)

womanizer (3)

work (3)

works (3)

**Blog Archive**

- ▼ 2009 (41)
  - ▼ May (3)
    - Waves H(ybrid)-Compressor Plugin
    - Waves H(ybrid)-Compressor Plugin
    - Pro Tools Snap Automation V2: ICON
  - ► April (2)
  - ► March (21)
  - ► February (6)
  - ► January (9)
- ► 2008 (181)
- ► 2007 (1)

Awesome Inc. theme. Powered by Blogger.

**EXHIBIT F**

**Solos v. Meta, 1:26-cv-10304 (D. Mass.)**

*Asserted Patents: 10,306,389; 10,651,866; 11,082,055; 11,871,174; 12,216,339*

**Source:** CourtListener

**URL:** https://www.courtlistener.com/docket/72181665/solos-technology-limited-v-meta-platforms-inc/

**Accessed:** September 22, 2026

*This document is submitted as Exhibit F in support of Plaintiff's Emergency Motion for Temporary Restraining Order, Carter v. Feinberg, et al., No. 26-cv- [___] (D.D.C.)*

🚀 **CourtListener is now available in ChatGPT!** Now through **October 1**, API rate limits are doubled for everyone — research case law, verify citations, and track dockets right inside ChatGPT. Set it up (https://wiki.free.law/c/courtlistener/help/api/mcp/using-the-courtlistener-mcp-in-claude-chatgpt-and-other-ai-assistants) in minutes.

Read the Announcement (https://free.law/2026/09/17/grounded-legal-research-in-chatgpt/)

# Solos Technology Limited v. Meta Platforms, Inc. (1:26-cv-10304)

## District Court, D. Massachusetts

Tags ▾ | Get Alerts (/alert/docket/toggle/) ▾

View on PACER (https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?294817) ▾

Last Updated: Sept. 11, 2026, 2:49 p.m.

Assigned To: Allison Dale Burroughs (/person/477/allison-dale-burroughs/)

Citation: Solos Technology Limited v. Meta Platforms, Inc., 1:26-cv-10304, (D. Mass.)

Date Filed: Jan. 23, 2026

Date of Last Known Filing: Sept. 11, 2026

Cause: 15:1126 Patent Infringement (/?type=r&cause=%2215%3A1126+Patent+Infringement%22)

Nature of Suit: 830 Patent (/?type=r&nature_of_suit=%22830+Patent%22)

Jury Demand: Plaintiff (/?type=r&q=juryDemand%3A%22Plaintiff%22)

Jurisdiction Type: Federal Question

Docket Entries (/docket/72181665/solos-technology-limited-v-meta-platforms-inc/)

Parties and Attorneys (/docket/72181665/parties/solos-technology-limited-v-meta-platforms-inc/)

Authorities (/docket/72181665/authorities/solos-technology-limited-v-meta-platforms-inc/)

Search this docket (/?type=r&q=docket_id%3A72181665)

**Filed**

MM/DD/YYYY

**to**

MM/DD/YYYY

**Documents**

**to**

Asc. Desc.

◂ Prev. Next ▸

Items on this page are sourced from PACER (https://www.pacer.gov) and RECAP (https://free.law/recap/) and may not be up to date. Learn more about our coverage (https://wiki.free.law/c/courtlistener/help/data-coverage/federal-cases-and-

filings).

| | Date Filed | Description | CSV |
|---|---|---|---|
| 1 | Jan 23, 2026 | COMPLAINT for Patent Infringement against All Defendants Filing fee: $ 405, receipt number AMADC-11494122 (Fee Status: Filing Fee paid), filed by Solos Technology Limited. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Civil Cover Sheet, # 13 Category Form)(Pasek, Jameson) (Entered: 01/23/2026) | |
| | | Main Doc (/docket/72181665/1/solos-technology-limited-v-meta-platforms-inc/) | Complaint |
| | | Att 1 (/docket/72181665/1/1/solos-technology-limited-v-meta-platforms-inc/) | Exhibit |
| | | Att 2 | Exhibit |
| | | Att 3 | Exhibit |
| | | Att 4 | Exhibit |
| | | Att 5 | Exhibit |
| | | Att 6 | Exhibit |
| | | Att 7 (/docket/72181665/1/7/solos-technology-limited-v-meta-platforms-inc/) | Exhibit |
| | | Att 8 | Exhibit |
| | | Att 9 | Exhibit |
| | | Att 10 | Exhibit |
| | | Att 11 | Exhibit |
| | | Att 12 | Civil Cover Sheet |
| | | Att 13 | Category Form |
| | Jan 23, 2026 | Notice of Case Assignment | |
| 2 | Jan 23, 2026 | CORPORATE DISCLOSURE STATEMENT by Solos Technology Limited. (Pasek, Jameson) (Entered: 01/23/2026) | |
| | | Main Doc | Corporate Disclosure Statement |
| 3 | Jan 23, 2026 | REPORT ON THE FILING OF AN ACTION REGARDING PATENT OR TRADEMARK. (Pasek, Jameson) (Entered: 01/23/2026) | |

| | | | |
|---|---|---|---|
| | Main Doc | Report on the filing of patent/ trademark case | |
| 4 | Jan 23, 2026 | ELECTRONIC NOTICE of Case Assignment. Judge Indira Talwani assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge M. Page Kelley. (JAM) (Entered: 01/23/2026) | |
| | | Main Doc | |
| 5 | Jan 26, 2026 | Judge Indira Talwani: ORDER entered. ORDER OF RECUSAL. (GAM) (Entered: 01/26/2026) | |
| | | Main Doc | Order Of Recusal |
| | Jan 26, 2026 | Notice of Reassignment | |
| 6 | Jan 26, 2026 | ELECTRONIC NOTICE of Reassignment. Judge Allison D. Burroughs added. Judge Indira Talwani no longer assigned to case. (SP) (Entered: 01/26/2026) | |
| | | Main Doc | |
| 7 | Jan 26, 2026 | Summons Issued as to EssilorLuxottica USA, Inc., Luxottica of America, Inc., Meta Platforms Technologies, LLC, Meta Platforms, Inc., Oakley, Inc.. Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service. (KF) (Entered: 01/26/2026) | |
| | | Main Doc | Summons Issued |
| 8 | Jan 27, 2026 | SUMMONS Returned Executed EssilorLuxottica USA, Inc. served on 1/27/2026, answer due 2/17/2026. (Pasek, Jameson) (Entered: 01/27/2026) | |
| | | Main Doc | Summons Returned Executed |
| 9 | Jan 28, 2026 | SUMMONS Returned Executed Luxottica of America, Inc. served on 1/27/2026, answer due 2/17/2026. (Pasek, Jameson) (Entered: 01/28/2026) | |
| | | Main Doc | Summons Returned Executed |
| 10 | Jan 28, 2026 | SUMMONS Returned Executed Oakley, Inc. served on 1/27/2026, answer due 2/17/2026. (Pasek, Jameson) (Entered: 01/28/2026) | |
| | | Main Doc | Summons Returned Executed |
| 11 | Jan 29, 2026 | SUMMONS Returned Executed Meta Platforms Technologies, LLC served on 1/28/2026, answer due 2/18/2026. (Pasek, Jameson) (Entered: 01/29/2026) | |
| | | Main Doc | Summons Returned Executed |
| 12 | Feb 3, 2026 | SUMMONS Returned Executed Meta Platforms, Inc. served on 2/2/2026, answer due 2/23/2026. (Pasek, Jameson) (Entered: 02/03/2026) | |
| | | Main Doc | Summons Returned Executed |
| 13 | Feb 16, 2026 | NOTICE of Appearance by Katherine W. Soule on behalf of EssilorLuxottica USA, Inc., Luxottica of America, Inc., Oakley, Inc. (Soule, Katherine) (Entered: 02/16/2026) | |
| | | Main Doc | Notice of Appearance |
| 14 | Feb 16, 2026 | Assented to MOTION for Extension of Time to March 3, 2026 to File Answer re 1 Complaint, by EssilorLuxottica USA, Inc., Luxottica of America, Inc., Oakley, Inc..(Soule, Katherine) (Entered: 02/16/2026) | |
| | | Main Doc | Extension of Time to File Answer |

| | | | |
|---|---|---|---|
| 15 | Feb 16, 2026 | MOTION for Extension of Time to 3/25/2026 to File Answer re 1 Complaint, by Meta Platforms Technologies, LLC, Meta Platforms, Inc..(Kamber, Matthias) (Entered: 02/16/2026) | |
| | | Main Doc | Extension of Time to File Answer |
| 16 | Feb 17, 2026 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 14 Motion for Extension of Time to Answer EssilorLuxottica USA, Inc. answer due 3/3/2026; Luxottica of America, Inc. answer due 3/3/2026; Oakley, Inc. answer due 3/3/2026. (KF) (Entered: 02/17/2026) | |
| | | Main Doc | |
| | Feb 17, 2026 | Order on Motion for Extension of Time to Answer | |
| 17 | Feb 17, 2026 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 15 Motion for Extension of Time to Answer Meta Platforms Technologies, LLC answer due 3/25/2026; Meta Platforms, Inc. answer due 3/25/2026. (KF) (Entered: 02/17/2026) | |
| | | Main Doc | |
| 18 | Feb 18, 2026 | MOTION to Disqualify Counsel Morgan Lewis & Bockius LLP by Solos Technology Limited.(Pasek, Jameson) (Entered: 02/18/2026) | |
| | | Main Doc | Disqualify Counsel |
| 19 | Feb 18, 2026 | MEMORANDUM in Support re 18 MOTION to Disqualify Counsel Morgan Lewis & Bockius LLP filed by Solos Technology Limited. (Attachments: # 1 Affidavit) (Pasek, Jameson) (Entered: 02/18/2026) | |
| | | Main Doc | Memorandum in Support of Motion |
| 20 | Feb 18, 2026 | MOTION for Extension of Time to March 25, 2026 to File Answer re 1 Complaint, by EssilorLuxottica USA, Inc., Luxottica of America, Inc., Oakley, Inc..(Soule, Katherine) (Entered: 02/18/2026) | |
| | | Main Doc | Extension of Time to File Answer |
| 21 | Feb 18, 2026 | DECLARATION re 20 MOTION for Extension of Time to March 25, 2026 to File Answer re 1 Complaint, by EssilorLuxottica USA, Inc., Luxottica of America, Inc., Oakley, Inc.. (Attachments: # 1 Exhibit A)(Soule, Katherine) (Entered: 02/18/2026) | |
| | | Main Doc | Declaration |
| 22 | Feb 19, 2026 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered GRANTING 20 Motion for Extension of Time to Answer re 1 Complaint. EssilorLuxottica USA, Inc. answer due 3/25/2026; Luxottica of America, Inc. answer due 3/25/2026; Oakley, Inc. answer due 3/25/2026. (CAM) (Entered: 02/19/2026) | |
| | | Main Doc | |
| | Feb 19, 2026 | Order on Motion for Extension of Time to Answer | |
| 23 | Mar 4, 2026 | Opposition re 18 MOTION to Disqualify Counsel Morgan Lewis & Bockius LLP filed by EssilorLuxottica USA, Inc., Luxottica of America, Inc., Oakley, Inc.. (Ronan, Gary) (Entered: 03/04/2026) | |
| | | Main Doc | Opposition to Motion |
| 24 | Mar 4, 2026 | DECLARATION re 23 Opposition to Motion of John J. Concannon III by EssilorLuxottica USA, Inc., Luxottica of America, Inc., Oakley, Inc.. (Ronan, Gary) (Entered: 03/04/2026) | |
| | | Main Doc | Declaration |

| | | | |
|---|---|---|---|
| 25 | Mar 4, 2026 | DECLARATION re 23 Opposition to Motion of Richard A. Sneider by EssilorLuxottica USA, Inc., Luxottica of America, Inc., Oakley, Inc.. (Ronan, Gary) (Entered: 03/04/2026) | |
| | | Main Doc | Declaration |
| 26 | Mar 4, 2026 | DECLARATION re 23 Opposition to Motion of Anbar Khal by EssilorLuxottica USA, Inc., Luxottica of America, Inc., Oakley, Inc.. (Ronan, Gary) (Entered: 03/04/2026) | |
| | | Main Doc | Declaration |
| 27 | Mar 4, 2026 | DECLARATION re 23 Opposition to Motion of Ali Razai by EssilorLuxottica USA, Inc., Luxottica of America, Inc., Oakley, Inc.. (Ronan, Gary) (Entered: 03/04/2026) | |
| | | Main Doc | Declaration |
| 28 | Mar 5, 2026 | MOTION for Leave to File Reply to Morgan Lewis & Bockius LLP's Opposition to Plaintiff's Motion to Disqualify by Solos Technology Limited.(Pasek, Jameson) (Entered: 03/05/2026) | |
| | | Main Doc | Leave to File Document |
| 29 | Mar 6, 2026 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered GRANTING 28 Motion for Leave to File Reply ; Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (CAM) (Entered: 03/06/2026) | |
| | | Main Doc | |
| | Mar 6, 2026 | Order on Motion for Leave to File Document | |
| 30 | Mar 11, 2026 | NOTICE of Appearance by Gary M Ronan on behalf of Morgan Lewis & Bockius LLP (Ronan, Gary) (Entered: 03/11/2026) | |
| | | Main Doc | Notice of Appearance |
| 31 | Mar 11, 2026 | NOTICE of Appearance by Kathleen M. Ritter on behalf of Morgan Lewis & Bockius LLP (Ritter, Kathleen) (Entered: 03/11/2026) | |
| | | Main Doc | Notice of Appearance |
| 32 | Mar 13, 2026 | ELECTRONIC NOTICE Setting Hearing on Motion 18 MOTION to Disqualify Counsel Morgan Lewis & Bockius LLP : Motion Hearing set for 3/26/2026 09:00 AM in Courtroom 17 (In person only) before Judge Allison D. Burroughs. (KF) (Entered: 03/13/2026) | |
| | | Main Doc | |
| | Mar 13, 2026 | Notice Setting or Resetting Hearing on Motion | |
| 33 | Mar 13, 2026 | REPLY to Response to 18 MOTION to Disqualify Counsel Morgan Lewis & Bockius LLP filed by Solos Technology Limited. (Attachments: # 1 Exhibit, # 2 Exhibit)(Pasek, Jameson) (Entered: 03/13/2026) | |
| | | Main Doc | Reply to Response to Motion |
| 34 | Mar 20, 2026 | MOTION for Leave to Appear Pro Hac Vice for admission of Keegan M. Caldwell Filing fee: $ 125, receipt number AMADC-11624197 by Solos Technology Limited. (Attachments: # 1 Affidavit)(Pasek, Jameson) (Entered: 03/20/2026) | |
| | | Main Doc | Appear Pro Hac Vice |
| | Mar 20, 2026 | Order on Motion for Leave to Appear | |
| 35 | Mar 20, 2026 | NOTICE of Appearance by Shixiong Wang on behalf of Solos Technology Limited (Wang, Shixiong) (Entered: 03/20/2026) | |

| | | |
|---|---|---|
| Main Doc | Notice of Appearance | |
| 36 | Mar 20, 2026 | MOTION for Leave to Appear Pro Hac Vice for admission of Ali S. Razai, Brandon G. Smith, and Andrew V. Devkar Filing fee: $ 375, receipt number AMADC-11624520 by EssilorLuxottica USA, Inc., Luxottica of America, Inc., Oakley, Inc.. (Attachments: # 1 Certification of Ali S. Razai, # 2 Certification of Brandon G. Smith, # 3 Certification of Andrew V. Devkar)(Soule, Katherine) (Entered: 03/20/2026) |
| | | Main Doc Appear Pro Hac Vice |
| 37 | Mar 20, 2026 | CORPORATE DISCLOSURE STATEMENT by EssilorLuxottica USA, Inc., Luxottica of America, Inc., Oakley, Inc. identifying Corporate Parent EssilorLuxottica S.A. for EssilorLuxottica USA, Inc., Luxottica of America, Inc., Oakley, Inc... (Soule, Katherine) (Entered: 03/20/2026) |
| | | Main Doc Corporate Disclosure Statement |
| 38 | Mar 20, 2026 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 34 Motion for Leave to Appear Pro Hac Vice of Keegan M. Caldwell. Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.A Notice of Appearance must be entered on the docket by the newly admitted attorney. Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause. (CAM) (Entered: 03/20/2026) |
| | | Main Doc |
| 39 | Mar 20, 2026 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 36 Motion for Leave to Appear Pro Hac Vice of Ali S. Razai, Brandon G. Smith, and Andrew V. Devkar. Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm. Notices of Appearance must be entered on the docket by each newly admitted attorney. Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.(CAM) (Entered: 03/20/2026) |
| | | Main Doc |
| 40 | Mar 23, 2026 | NOTICE of Appearance by Ali S. Razai on behalf of EssilorLuxottica USA, Inc., Luxottica of America, Inc., Oakley, Inc. (Razai, Ali) (Entered: 03/23/2026) |
| | | Main Doc Notice of Appearance |
| 41 | Mar 23, 2026 | NOTICE of Appearance by Brandon G. Smith on behalf of EssilorLuxottica USA, Inc., Luxottica of America, Inc., Oakley, Inc. (Smith, Brandon) (Entered: 03/23/2026) |
| | | Main Doc Notice of Appearance |

| | | |
|---|---|---|
| 42 | Mar 23, 2026 | NOTICE of Appearance by Andrew V. Devkar on behalf of EssilorLuxottica USA, Inc., Luxottica of America, Inc., Oakley, Inc. (Devkar, Andrew) (Entered: 03/23/2026)<br>Main Doc — Notice of Appearance |
| 43 | Mar 24, 2026 | NOTICE of Appearance by Keegan Michael Caldwell on behalf of Solos Technology Limited (Caldwell, Keegan) (Entered: 03/24/2026)<br>Main Doc — Notice of Appearance |
| 44 | Mar 25, 2026 | MOTION to Dismiss by EssilorLuxottica USA, Inc., Luxottica of America, Inc., Oakley, Inc..(Soule, Katherine) (Entered: 03/25/2026)<br>Main Doc — Dismiss |
| 45 | Mar 25, 2026 | MEMORANDUM in Support re 44 MOTION to Dismiss filed by EssilorLuxottica USA, Inc., Luxottica of America, Inc., Oakley, Inc.. (Soule, Katherine) (Entered: 03/25/2026)<br>Main Doc — Memorandum in Support of Motion |
| 46 | Mar 25, 2026 | MOTION for Leave to Appear Pro Hac Vice for admission of Lisa K. Nguyen Filing fee: $ 125, receipt number AMADC-11635131 by Meta Platforms Technologies, LLC, Meta Platforms, Inc..(Kamber, Matthias) (Entered: 03/25/2026)<br>Main Doc — Appear Pro Hac Vice |
| 47 | Mar 25, 2026 | MOTION for Leave to Appear Pro Hac Vice for admission of Eric Lancaster Filing fee: $ 125, receipt number AMADC-11635152 by Meta Platforms Technologies, LLC, Meta Platforms, Inc..(Kamber, Matthias) (Entered: 03/25/2026)<br>Main Doc — Appear Pro Hac Vice |
| 48 | Mar 25, 2026 | NOTICE of Appearance by Stephanie Nicole Adamakos on behalf of Meta Platforms Technologies, LLC, Meta Platforms, Inc. (Adamakos, Stephanie) (Entered: 03/25/2026)<br>Main Doc — Notice of Appearance |
| 49 | Mar 25, 2026 | MOTION to Dismiss and Request for Oral Hearing by Meta Platforms Technologies, LLC, Meta Platforms, Inc..(Kamber, Matthias) (Entered: 03/25/2026)<br>Main Doc — Dismiss |
| 50 | Mar 25, 2026 | MEMORANDUM in Support re 49 MOTION to Dismiss and Request for Oral Hearing filed by Meta Platforms Technologies, LLC, Meta Platforms, Inc.. (Kamber, Matthias) (Entered: 03/25/2026)<br>Main Doc (/docket/72181665/50/solos-technology-limited-v-meta-platforms-inc/) — Memorandum in Support of Motion |
| 51 | Mar 25, 2026 | DECLARATION re 50 Memorandum in Support of Motion by Meta Platforms Technologies, LLC, Meta Platforms, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Kamber, Matthias) (Entered: 03/25/2026)<br>Main Doc — Declaration |

| | | |
|---|---|---|
| 52 | Mar 25, 2026 | CORPORATE DISCLOSURE STATEMENT by Meta Platforms Technologies, LLC, Meta Platforms, Inc.. (Kamber, Matthias) (Entered: 03/25/2026)<br>Main Doc Corporate Disclosure Statement |
| 53 | Mar 26, 2026 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Motion Hearing held on 3/26/2026 re 18 MOTION to Disqualify Counsel Morgan Lewis & Bockius LLP filed by Solos Technology Limited. Oral arguments by the parties. Court takes motion under advisement. (Court Reporter: Kelly Mortellite at mortellite@gmail.com.)(Attorneys present: Pasek, Caldwell, Wang, Soule, Ronan, Ritter, Razai ) (KF) (Entered: 03/26/2026)<br>Main Doc |
| | Mar 26, 2026 | Order on Motion for Leave to Appear |
| | Mar 26, 2026 | Order AND ~Util - Set Motion and R&R Deadlines/ Hearings |
| | Mar 26, 2026 | Motion Hearing |
| 54 | Mar 26, 2026 | STIPULATION re 49 MOTION to Dismiss and Request for Oral Hearing - Joint Stipulation to Extend Time to Respond by Solos Technology Limited. (Pasek, Jameson) (Entered: 03/26/2026)<br>Main Doc Stipulation |
| 55 | Mar 26, 2026 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered. APPROVING 54 Joint Stipulation to Extend Time for Plaintiff to Respond to Meta's motion to Dismiss. Response due by 4/22/2026. (CAM) (Entered: 03/26/2026)<br>Main Doc |
| 56 | Mar 26, 2026 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 46 Motion for Leave to Appear Pro Hac Vice Added Lisa K. Nguyen. Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account. Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen-current-pacer-accounts.htm#link-account. Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.(CAM) (Entered: 03/26/2026)<br>Main Doc |
| 57 | Mar 26, 2026 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 47 Motion for Leave to Appear Pro Hac Vice Added Eric Lancaster. Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.A Notice of Appearance must be entered on the docket by the newly admitted attorney. Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.(CAM) (Entered: 03/26/2026)<br>Main Doc |

| | | |
|---|---|---|
| 58 | Mar 27, 2026 | MOTION to Intervene by Daitona Carter. (Attachments: # 1 Proposed Complaint in Intervention, # 2 Text of Proposed Order)(CAM) (Additional attachment(s) added on 3/30/2026: # 3 Statement of Interest) (CAM). (Additional attachment(s) added on 3/30/2026: # 4 Supplemental notice of Prior Formal Claims of Ownership) (CAM). (Entered: 03/30/2026) |
| | | Main Doc (/docket/72181665/58/solos-technology-limited-v-meta-platforms-inc/) Intervene |
| | | Att 1 (/docket/72181665/58/1/solos-technology-limited-v-meta-platforms-inc/) |
| 59 | Mar 27, 2026 | MOTION for Protective Order and Leave to File Redacted Documents ( MOTION to Seal) ( Responses due by 4/10/2026) by Daitona Carter. (Attachments: # 1 Text of Proposed Order)(CAM) (Entered: 03/30/2026) |
| | | Main Doc Protective Order AND Seal |
| 60 | Mar 27, 2026 | MOTION for Protective Order for Witness Protection and Technical Safegaurds by Daitona Carter.(CAM) (Entered: 03/30/2026) |
| | | Main Doc Protective Order |
| 61 | Mar 27, 2026 | MOTION for Judicial Notice by Daitona Carter. (Attachments: # 1 Notice of Evidence of Coordinated Witness Intimidation)(CAM) (Entered: 03/30/2026) |
| | | Main Doc Miscellaneous Relief |
| 62 | Mar 27, 2026 | MOTION for in Camera Review by Daitona Carter.(CAM) (Entered: 03/30/2026) |
| | | Main Doc Miscellaneous Relief |
| 65 | Mar 30, 2026 | Emergency MOTION for ADA Accommodation and Leave to file electronically Pro Se by Daitona Carter.(CAM) (Entered: 03/30/2026) |
| | | Main Doc Leave to file electronically Pro Se |
| 66 | Apr 3, 2026 | Transcript of Motion Hearing held on March 26, 2026, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Kelly Mortellite at mortellite@gmail.com. Redaction Request due 4/24/2026. Redacted Transcript Deadline set for 5/4/2026. Release of Transcript Restriction set for 7/2/2026. (DRK) (Entered: 04/03/2026) |
| | | Main Doc Transcript |
| | Apr 3, 2026 | Notice of Filing of Official Transcript |
| 67 | Apr 3, 2026 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 04/03/2026) |
| | | Main Doc |
| 68 | Apr 6, 2026 | Judge Allison D. Burroughs: MEMORANDUM AND ORDER entered. For the |

reasons (herein), Solos's motion to disqualify Morgan Lewis, [ECF No. 18 ], is DENIED.SO ORDERED. (CAM)

| | | | |
|---|---|---|---|
| | | Main Doc (/docket/72181665/68/solos-technology-limited-v-meta-platforms-inc/) | Memorandum & Order |
| | Apr 7, 2026 | Order on Motion for leave to electronically file Pro Se | |
| 70 | Apr 8, 2026 | Main Doc (/docket/72181665/70/solos-technology-limited-v-meta-platforms-inc/) | Memorandum in Support of Motion |
| 71 | Apr 8, 2026 | Main Doc | Opposition to Motion |
| 72 | Apr 8, 2026 | Main Doc | Notice of Supplemental Authorities |
| 73 | Apr 8, 2026 | Main Doc | Affidavit in Support of Motion |
| 74 | Apr 8, 2026 | Main Doc | Certificate of Service pursuant to LR 5.2 |
| 75 | Apr 9, 2026 | Main Doc | Leave to File Document |
| 77 | Apr 9, 2026 | Main Doc | Memorandum in Support of Motion |
| 78 | Apr 9, 2026 | Main Doc | Notice of Supplemental Authorities |
| 79 | Apr 9, 2026 | Main Doc | Affidavit in Support of Motion |
| | Apr 9, 2026 | Order on Motion for Leave to File Document | |
| 80 | Apr 10, 2026 | Main Doc | Miscellaneous Relief |
| 81 | Apr 10, 2026 | Main Doc | Notice of Appearance |
| 82 | Apr 10, 2026 | Main Doc | Response to Motion |
| 83 | Apr 10, 2026 | Main Doc | Affidavit in Support of Motion |
| | | Att 1 (/docket/72181665/83/1/solos-technology-limited-v-meta-platforms-inc/) | Exhibit Feb 2017 LinkedIn profile excerpt - Tech Lab 2017 - started July 2016 - |
| | | Att 2 (/docket/72181665/83/2/solos-technology-limited-v-meta-platforms-inc/) | Exhibit July 27, 2017 LinkedIn post - Tech Lab Blog: Public Notes for AR/VR Dev |
| | | Att 3 | Exhibit May 2017 Tesseract OCR / computer vision code |
| | | Att 4 | Exhibit Oct 25, 2017 folder - audio-related .wav files and Python script |

| | |
|---|---|
| Att 5 (/docket/72181665/83/5/solos-technology-limited-v-meta-platforms-inc/) | Exhibit Early 2019 LinkedIn profile export - tech, audio engineering, marketing |
| Att 6 (/docket/72181665/83/6/solos-technology-limited-v-meta-platforms-inc/) | Exhibit June 15, 2019 YouNoodle Aria Entrepreneurship World Cup confirmation ema |
| Att 7 | Exhibit Photos of early smart-glasses prototypes: frame construction, glass-cutt |
| Att 8 (/docket/72181665/83/8/solos-technology-limited-v-meta-platforms-inc/) | Exhibit Screenshots of private video files: Aria Smart Glasses and Aria Smart G |

| | | | |
|---|---|---|---|
| 84 | Apr 13, 2026 | Main Doc | Leave to File Document |
| | | Att 1 | Exhibit Notice of Authentication (Exhibits G, H, and L) |
| | | Att 2 | Text of Proposed Order (Proposed) Order re: Forensic Integrity and Digital Inte |
| | | Att 3 (/docket/72181665/84/3/solos-technology-limited-v-meta-platforms-inc/) | Exhibit Exhibit G: 2017 Technical Sketches and Aria Prototypes |
| | | Att 4 (/docket/72181665/84/4/solos-technology-limited-v-meta-platforms-inc/) | Exhibit Exhibit H: June 2019 EWC Third-Party Priority Confirmation |
| | | Att 5 (/docket/72181665/84/5/solos-technology-limited-v-meta-platforms-inc/) | Exhibit Exhibit L: Forensic Map of Financial Interdependence ($35.2B Expans |
| 85 | Apr 13, 2026 | Main Doc | Leave to File Document |
| | Apr 13, 2026 | Order on Motion for Leave to File Document AND Order on Motion for Leave to File Document | |
| 87 | Apr 14, 2026 | Main Doc | Notice of Withdrawal of Appearance |

| | | | |
|---|---|---|---|
| 88 | Apr 14, 2026 | Main Doc | Notice of Withdrawal of Appearance |
| 89 | Apr 15, 2026 | Main Doc | Reply to Response to Motion |
| | Apr 15, 2026 | Order AND ~Util - Terminate Motions | |
| 91 | Apr 17, 2026 | Main Doc (/docket/72181665/91/solos-technology-limited-v-meta-platforms-inc/) | Reconsideration |
| | | Att 1 (/docket/72181665/91/1/solos-technology-limited-v-meta-platforms-inc/) | Supplement |
| | | Att 2 (/docket/72181665/91/2/solos-technology-limited-v-meta-platforms-inc/) | Supplement |
| | | Att 3 | Exhibit Granted Leave to File April 13 |
| | | Att 4 | Exhibit Granted Leave to File April 13eave to File April 13 |
| | | Att 5 | Exhibit Granted Leave to File April 13eave to File April 13 |
| | | Att 6 | Exhibit Granted Leave to File April 13ave to File April 13 |
| | | Att 7 | Exhibit 2009 Prior work and research with DSP/audio |
| | | Att 8 | Exhibit 2013 Earliest documented conception of context-aware AV system |
| | | Att 9 | Exhibit Conception of AI language translation device |
| | | Att 10 | Exhibit Earliest public conception of AI language device |
| | | Att 11 | Exhibit Thermal eye-tracking STL (M-97) |
| | | Att 12 | Exhibit Meet Aria - M52-54 (Younoodle EWC Ex H, ) |
| | | Att 13 | Exhibit Meetup.com - patent meetup |
| | | Att 14 | Exhibit Samsung patent published (M-100) matches M+ LinkedIn outreach |
| | | Att 15 | Exhibit Twitter post tagging @boztank & @fb about theft of $68B |

P

| | | | | |
|---|---|---|---|---|
| | | Att 16 (/docket/72181665/91/16/solos-technology-limited-v-meta-platforms-inc/) | Exhibit TIMELINE COMPARISON CHART | |
| | | Att 17 (/docket/72181665/91/17/solos-technology-limited-v-meta-platforms-inc/) | Exhibit Evidence Table | |
| 92 | Apr 17, 2026 | | Main Doc (/docket/72181665/92/solos-technology-limited-v-meta-platforms-inc/) | Notice - Other |
| | | | Att 1 | Discovery Mode (OpenCV object detection + overlay)Gaze-based recognition |
| | | | Att 2 | Discovery Mode (OpenCV object detection + overlay)Gaze-based recognition |
| | | | Att 3 | Geo AR + Arducam/RPi camera sourcingLocation-based AR + hardware procurement fo |
| | | | Att 4 | Geo AR + Arducam/RPi camera sourcingLocation-based AR + hardware procurement fo |
| | | | Att 5 | 1.22-inch MIPI DSI display + assembly notesComponent selection & assembly |
| | | | Att 6 | 1.22-inch MIPI DSI display + assembly notesComponent selection & assembly |
| | | | Att 7 | I/O wiring, module choices, and firmware tests to capture speech input, process |
| | | | Att 8 | Solar Temple Arm rendering + handwritten ergonomic specsWearable frame design |
| | | | Att 9 | Solar Temple Arm rendering + handwritten ergonomic specsWearable frame design |
| | | | Att 10 | PHP linguistic engine (chinese_nouns.php, grammar, etc.)Language processing bac |

| | |
|---|---|
| Att 11 | Lens & mirror mount assembly log + optical stack sketchPhysical reduction to pr |
| Att 12 | Acoustic Logic Case Study Waves H(ybrid)-Compressor pluginPrior work and resear |
| Att 13 | Meet Aria pitch deck (Pages 13) branding + full feature roadmapPrior Aria mark |
| Att 14 | RPi Speech directory (speechAnalyser.py etc.)Speech processing source code |
| Att 15 | AWS Receipt |
| Att 16 | AI language teaching software (<3 days)AI instruction conception |
| Att 17 | Translation interface (Korean Bread)Early translation app proof |
| Att 18 | Translation notes (Korean/English phrases + grammar)Language feature developmen |
| Att 19 | Black & white prototype glasses photoActual reduction to practice |
| Att 20 | Guerrilla Mail to Sen. Cruz (theft allegations)Timely federal notice |
| Att 21 | Guerrilla Mail to Sen. Cruz (theft allegations)Timely federal notice |
| Att 22 | Guerrilla Mail to Sen. Cruz (theft allegations)Timely federal notice |
| Att 23 | app.py Twilio SMS integration codeCommunication infrastructure / source code |
| Att 24 | Hand-drawn sketch: Concave vs Convex Lenses + solar panelOptical design (lenses |
| Att 25 | Reflects M82- Samsung U.S. Patent 10,866,417 B2 see-through display apparatusTe |
| Att 26 | "Tech Lab 'Blog' ~ Public Notes for AR/VR Development + Women� |
| Att 27 | KCASH (@SEEMYBIAS.official on Instagram for sister brand KPOP.Life) connec |
| Att 28 | How to add Ads to videos without distorted (ASR-driven contextual ad insertion) |
| Att 29 | Nurture by Breaking Barriers NLP real-time translation |

wearableConception of AI

| | |
|---|---|
| Att 30 | Real World Learning - Building the algo |
| Att 31 | October 4, 2017 (Build a frame 3x thickness Use maker lab)Prototype design note |
| Att 32 | LinkedIn analytics screenshot showing post engagement metrics and viewer demogr |
| Att 33 | Prescription intergration from day one - and-drawn sketch comparing concave vs. |
| Att 34 | Photograph of hacksaw tool used by movant during physical prototyping and cutti |
| Att 35 | Reflection and refraction notes (Snells Law)Optical physics conception |
| Att 36 | LinkedIn profile JeongSu Dennis HAN, Ph.D., Sensor Specialist at Samsung Electr |
| Att 37 | Screenshot (Junhee Lee profile)Profile Date: October 21, 2017Profile of Junhee |
| Att 38 | Electromagnetic integration in movants smart glasses/head-worn AR/VR system. |
| Att 39 | Black & white prototype glasses photoActual reduction to practice |
| Att 40 | Black & white prototype glasses photoActual reduction to practice |
| Att 41 | Thief taunting "Facebook Era" - DuckDuckGo search daitona carter pub |
| Att 42 | Post/message to Mark Zuckerberg (@zuck) about the projectPre-litigation as |
| Att 43 | Smart Glasses Bookmarks / Links.txt (OpenCV, RPi)Software/hardware planning |
| Att 44 | Prototype frames description + glasses photo (wont make you look like a doucheb |
| Att 45 | Text message: trying to cut glass. Knife wont work. I need laser. + goggles pho |
| Att 46 | Meetup: LEARN THE STEPS TO |

PATENT, PITCH, PRODUCE & FUNDINGPublic commercializa

| | |
|---|---|
| Att 47 | Meetup: LEARN THE STEPS TO PATENT, PITCH, PRODUCE & FUNDINGPublic commercializa |
| Att 48 | ThermalEyetap_STL_Files.zip (3D-printable thermal eye-tracking)Gaze/ thermal int |
| Att 49 | Object Detection and Recognition (YouTube skeletal mapping)Computer vision / ob |
| Att 50 | Object Detection and Recognition (YouTube skeletal mapping)Computer vision / ob |
| Att 51 | pythonOCRimageToText (ocr.py + test images)Optical character recognition source |
| Att 52 | Screenshot of Korean language learning table (vocabulary and phrases); supporti |
| Att 53 | Black & white prototype glasses photoActual reduction to practice |
| Att 54 | Hand-drawn whiteboard eye diagramOptical engineering sketch - Samsung Patent |
| Att 55 | DLP NIRscan Nano Optical Architecture diagramDetailed optical system design |
| Att 56 | Translation notes (Korean/English phrases + grammar)Language feature developmen |
| Att 57 | LinkedIn post: AI parents (will teach new language) + full project listEarliest |
| Att 58 | Korean Real World Learning spreadsheet (vocabulary phrases)Translation feature |
| Att 59 | Blog Entry 9 Snells Law, lens design, optics videoOptical engineering + public |
| Att 60 | LinkedIn outreach to ODG (Ralph Osterhout) & NAVER CorpDiligence & industry col |
| Att 61 | Blog Entry 9 Snells Law, lens design, optics videoOptical engineering + public |
| Att 62 | Notes on adding microphone to device using Jasper project for voice |

| | | | |
|---|---|---|---|
| interface i | | | |
| Att 63 | Gmail to FBI/SEC/DOJ/CIA/etc. (multi-agency notice)Formal misappropriation noti | | |
| Att 64 | LinkedIn post with prototype video + lab notes linkPublic disclosure of functio | | |
| Att 65 | Guerrilla Mail to Sen. Cruz (theft allegations)Timely federal notice | | |
| 93 | Apr 17, 2026 | Main Doc | Certificate of Service pursuant to LR 5.2 |
| 94 | Apr 18, 2026 | Main Doc | Notice - Other |
| | | Att 1 | Exhibit Exhibit M-39 (The 95-page Security Logs) |
| | | Att 2 | Exhibit Exhibit N (The Screenshots of the Docket 92 Error) |
| 95 | Apr 20, 2026 | Main Doc (/docket/72181665/95/solos-technology-limited-v-meta-platforms-inc/) | Stay AND Vacate |
| | | Att 1 | Affidavit DECLARATION OF DAITONA CARTER REGARDING NEWLY DISCOVERED EVIDENCE AND |
| | | Att 2 | Exhibit AMAZON EMPLOYMENT - CHRONOLOGICAL OVERLAP IP DEVELOPMENT |
| | | Att 3 (/docket/72181665/95/3/solos-technology-limited-v-meta-platforms-inc/) | Exhibit EXHIBIT P SUPPLEMENTAL DISCLOSURE OF DERIVATIVE INTEREST META MATERIALS |
| | | Att 4 | Exhibit EXHIBIT Q SUPPLEMENTAL DEMONSTRATIVE EVIDENCE |
| 96 | Apr 21, 2026 | Main Doc (/docket/72181665/96/solos-technology-limited-v-meta-platforms-inc/) | Notice - Other |
| 97 | Apr 21, 2026 | Main Doc | Notice of Appeal to the Federal Circuit |
| | | Att 1 | Notice of appearance |
| 98 | Apr 21, 2026 | Main Doc (/docket/72181665/98/ | Stay |

solos-technology-limited-v-meta-platforms-inc/)

| | | | |
|---|---|---|---|
| | Apr 21, 2026 | Abbreviated Electronic Appeal Record Sent to USCA | |
| 100 | Apr 22, 2026 | Main Doc (/docket/72181665/100/solos-technology-limited-v-meta-platforms-inc/) | Response to Motion |
| | | Att 1 | Exhibit |
| | | Att 2 | Exhibit |
| 101 | Apr 22, 2026 | Main Doc | USCA Case Number |
| 102 | Apr 23, 2026 | Main Doc | Leave to File Document |
| 103 | Apr 24, 2026 | Main Doc (/docket/72181665/103/solos-technology-limited-v-meta-platforms-inc/) | Notice - Other |
| | | Att 1 | Affidavit Supp. Declaration of Daitona Carter re: August 2020 Zoom Meeting Metad |
| | | Att 2 | Exhibit Exhibits T1-T3: Zoom Stills of John Rossant, Emily Yates; Chris Yeh Blit |
| 105 | Apr 27, 2026 | Main Doc (/docket/72181665/105/solos-technology-limited-v-meta-platforms-inc/) | Response to Motion |
| | Apr 27, 2026 | Order on Motion for Leave to File Document | |
| 106 | Apr 29, 2026 | Main Doc | Leave to File Document |
| | Apr 29, 2026 | Order AND ~Util - Terminate Motions | |
| 108 | Apr 30, 2026 | Main Doc (/docket/72181665/108/solos-technology-limited-v-meta-platforms-inc/) | Reply to Response to Motion |
| 109 | Apr 30, 2026 | Main Doc | Declaration |
| 110 | May 4, 2026 | Main Doc (/docket/72181665/110/solos-technology- | Miscellaneous Relief AND Vacate |

limited-v-meta-platforms-inc/)

| | |
|---|---|
| Att 1 | Exhibit Notice of Candor |
| Att 2 | Exhibit Federal Appeals - Emergency Report (Ongoing Interference) |
| Att 3 | Exhibit state-sponsored malware discovery and the nexus to the ongoing obstructi |
| Att 4 | Exhibit 20172019 "Aria" Field Tests and Industry Validation |
| Att 5 | Exhibit "Verbatim Adoption" |
| Att 6 | Exhibit Documentation of physical interference and theft |
| Att 7 | Exhibit Technical Specificity & Derivation Comparison |
| Att 8 | Exhibit Physical courier logs regarding the 200 lb feight |
| Att 9 | Exhibit Bank closure records and mail-tampering evidence |
| Att 10 | Affidavit [Proposed] Order Granting Movant Daitona Carters Motion To Vacate Orde |
| Att 11 | Text of Proposed Order [Proposed] Order Granting Movant Daitona Carters Motion T |

| | | | |
|---|---|---|---|
| 111 | May 5, 2026 | Main Doc | Certificate of Consultation pursuant to LR 7.1 |
| 112 | May 7, 2026 | Main Doc (/docket/72181665/112/solos-technology-limited-v-meta-platforms-inc/) | Response to Motion |
| | May 8, 2026 | Order on Motion for Miscellaneous Relief AND Order on Motion to Vacate | |
| 114 | May 17, 2026 | Main Doc | Notice of Appeal to the Federal Circuit |
| | May 18, 2026 | Abbreviated Electronic Appeal Record Sent to USCA | |
| 116 | Sep 11, 2026 | Main Doc | Notice of Withdrawal of Appearance |

**EXHIBIT G**

**SBMC OTA Awards**

*Anduril $159M; Rivet $195M; Elbit $120.5M*

**Sources:** Anduril PR; DefenseScoop; Elbit X post, Elbit (FW-MAG)

**URLs:**

- Anduril PR: https://www.anduril.com/news/anduril-awarded-contract-to-redefine-the-future-of-mixed-reality
- DefenseScoop: https://defensescoop.com/2025/09/08/army-sbmc-contract-awards-anduril-rivet-soldier-borne-mission-command/
- Elbit X Post: https://x.com/ElbitSystemsLtd/status/2031346291733639304
- Elbit (FW-MAG): https://www.fw-mag.com/shownews/976/elbit-america-awarded-contract-to-develop-the-soldier-borne-mission-command-system

**Accessed:** September 22, 2026

*This document is submitted as Exhibit G in support of Plaintiff's Emergency Motion for Temporary Restraining Order, Carter v. Feinberg, et al., No. 26-cv- [___] (D.D.C.)*

# Anduril Awarded Contract to Redefine the Future of Mixed Reality

09/08/2025

By Anduril Industries

*“Military operations are inherently human endeavors, characterized by violence and continuous adaptation by all participants. Successful execution requires Army forces to make and implement effective decisions faster than enemy forces.”* -Army Doctrinal Publication 6-0, Mission Command

Anduril Industries announced today that it has been awarded a $159 million contract by the U.S. Army for an initial prototyping period to develop a night vision and mixed reality system as part of the Soldier Borne Mission Command (formerly IVAS Next) program. This award represents the largest effort of its kind to equip every soldier with superhuman perception and decision-making capabilities—fusing the best of night vision, augmented reality, and AI into a single system.

Today’s warfighters benefit from decades of steady improvements in night vision technology, but even the best NVGs remain fundamentally limited: they provide sight, not perception. They don’t fuse multiple spectral bands, integrate battlefield data, or enable soldiers to command robotic teammates directly from their display. At the same time, command systems remain largely designed for static command posts, not for soldiers in contested, communication-degraded environments.

In a forward-deployed environment, a squad leader must stitch together maps, radios, and ad hoc apps just to know where their team is, what the threat looks like, and how higher headquarters wants them to move. Intelligence gets trapped in silos, updates arrive too late, and every new piece of gear adds complexity instead of clarity. The result: warfighters lose precious seconds just trying to get a common picture of the fight. In a world where success depends on making and implementing decisions faster than the enemy, that’s an unacceptable disadvantage.

## The Solution

Anduril's solution reimagines the battlefield interface giving soldiers superhero-like abilities. In collaboration with leading technology partners—including Meta; OSI; Qualcomm Technologies, Inc.; and Gentex Corporation—Anduril is developing a helmet-mounted mixed reality system that unites advanced night vision with augmented reality overlays. This creates a single perceptual layer that fuses day, night, and thermal imagery with real-time battlefield intelligence. Soldiers will see farther, across more spectral bands, through an intuitive, real-time display. Instead of toggling between devices, warfighters will perceive a unified picture of their environment—accelerating understanding and enabling faster, better decisions.

The competitively awarded SBMC contract provides Anduril with the opportunity to deliver a generational leap in both capability and hardware ergonomics. Anduril and its partners are developing a modular component framework, enabling soldiers to select the most effective loadout for their specific mission needs.

## Soldier Borne Mission Command Architecture

Originally launched as the Integrated Visual Augmentation System (IVAS), Soldier Borne Mission Command-Architecture (SBMC-A) is the software backbone for the Army's new mission systems. While the broader SBMC program delivers new helmet-mounted displays and edge compute hardware, SBMC-A provides the open software platform that integrates them into a fielded, soldier-ready capability, continuously iterated with Army combat units. Built on Anduril's Lattice platform, SBMC-A is led by Anduril in partnership with Palantir Technologies, L3Harris Technologies; Persistent Systems, LLC; Sierra Nevada Company; DTC; Maxar Intelligence; Kägwerks; and others, all working together to advance integrated capabilities across the Soldier Borne Mission Command ecosystem.

Working with its partners and leveraging over 260,000 hours of soldier input from the IVAS program, Anduril has integrated IVAS 1.2 headsets as surrogates with Lattice, completing multiple field tests with the Army to advance SBMC-A as the foundation for future helmet-mounted mixed reality systems. SBMC-A has undergone four soldier exercises and been tested in combat training scenarios using a mesh of heads-up displays, and body- and vehicle-borne edge compute devices. Through Anduril's SBMC-A, drones were directly tasked from over three kilometers away via a line-of-sight radio connection to a Lattice-integrated IVAS 1.2 headset, allowing individual soldiers to command and control drones from their HUD without a dedicated drone pilot.

Fourteen industry partners are actively engaged in the SBMC-A program, with third-party developers already onboarded to the Lattice Partner Ecosystem via the Lattice Software Development Kit (SDK) to expand capabilities inside the Lattice Mesh. Most notably, Anduril has reduced over-the-air software update timelines by 99 percent—cutting the process from two days to just 15 minutes—enabled by Lattice's optimized test and fleet management tools. With daily updates pushing to the field, Anduril is accelerating delivery timelines, reducing costs, and continuously improving SBMC-A through real-world soldier feedback and operational testing.

Together, SBMC and SMBC-A are about human perceptual augmentation: giving soldiers the ability to see beyond the limits of human senses and act with speed and clarity across every domain of the fight. SBMC will allow every soldier to see farther, know more, and act faster than ever before, redefining what it means to fight and win in the 21st century.

## Similar News

All Articles ↗

↗

05/29/2025

Anduril and Meta Team Up to Transform XR for the American Military

Read More ↗

02/11/2025

Anduril and Microsoft Partner to Advance Integrated Visual Augmentation System (IVAS) Program for the U.S. Army

Read More ↗

12/06/2024

Anduril and Palantir to Accelerate AI Capabilities for National Security

Read More ↗

COMPANY

WORK WITH US

SOCIAL

COPYRIGHT © 2026 ANDURIL INDUSTRIES

Privacy Policy
Terms Of Use
Modern Anti-Slavery Policy
Investor Relations

EMERGING TECH

# Army awards more than $350M in contracts for Soldier Borne Mission Command system prototypes

Anduril announced Monday that it landed a $159 million deal for the SBMC program. Rivet announced that it executed a $195 million agreement for the project.

BY JON HARPER • SEPTEMBER 8, 2025

Listen to this article 8:40 Learn more.



A Ranger from 3rd Battalion, 75th Ranger Regiment tests the IVAS Capability Set 4 during tropical weather testing in Camp Santiago, Puerto Rico, in March 2021. (Photo by Courtney Bacon)

SHARE

Subscribe to our daily newsletter.

SUBSCRIBE

The Army has awarded a total of more than $350 million in contracts to industry teams to rapidly prototype soldier-worn headsets equipped with augmented reality, night vision and AI capabilities, according to announcements from selected vendors.

Anduril announced Monday that it landed a $159 million deal for the Soldier Borne Mission Command (SBMC) program. A few days prior, Rivet announced that it executed a $195 million agreement for the project.

The initiative is "a new effort to develop a fused digital awareness system optimized to emerging modular sensor technologies while backwards compatible to the Android Tactical Assault Kit (ATAK) architecture. SBMC will be the Army's future day/night situational awareness and mission command platform for Company level and below dismounted operations," service officials wrote in a solicitation released in May.

The Army has suggested that its primary focus for SBMC, which was previously known as IVAS Next, is boosting troops' operational capability on the battlefield. Enhancing training and readiness is expected to be an added bonus.

"It is a 'fight first' system with the benefit of rehearse and train capabilities," officials wrote in a request for information released earlier this year.

An RFI inquired about vendors' potential solutions with regard to heads-up display (HUD), body-worn compute, night vision capability, company-level communications network, and software supporting services or systems such as cloud or edge computing.

The Army also asked about how contractors' technologies would enable the service's human-machine integration concept and mitigate problems such as visual discomfort and nausea from virtual, mixed and AR headsets.

A previous Army effort known as the Integrated Visual Augmentation System (IVAS) program — for which Microsoft was initially the prime contractor — included heads-up displays with AR capabilities and sensors that were intended to enhance situational awareness for troops on the battlefield and in training. But that effort was beset with challenges — including soldier complaints about discomfort and nausea that resulted from wearing the headsets — and Anduril

Subscribe to our daily newsletter.

SUBSCRIBE

Anduril founder Palmer Luckey previously launched Oculus VR, a startup known for its commercial virtual reality headset which went on to be acquired by Facebook.

"I'm a big believer in augmented reality, virtual reality, mixed reality, whatever you want to call it. I'm a big believer in the virtuality continuum. And we've been building a lot of the underpinnings of SBMC for years at Anduril. It was one of the first things that we started working on using our own money. It's taken eight years to finally get to the point where we're building this stuff. We put hundreds of millions of our own dollars into building systems that will allow us to execute on this extremely fast and deliver something that is very, very mature and based on years and years of work that I was doing speculatively, hoping and praying that we would win this contract. And … it's finally all playing out," Luckey told reporters during a teleconference Monday.

"If I wouldn't have been selected for SBMC I'd be having some really hard meetings with my investors, who had been insisting quite a while that this seemed to be the continuation of me having a pissing contest with Meta over who can build better head-mounted displays. They're somewhat right, but it worked out in the end," he added.

Years ago, after Oculus had been sold to Facebook — now known as Meta — for billions of dollars, Luckey was fired. However, relationships have been patched up and Anduril is now partnering with Meta as well as OSI on the Soldier Borne Mission Command program.

Luckey told DefenseScoop during Monday's teleconference that the Anduril team's technology will offer a variety of AR capabilities for soldiers.

Troops and commanders "want the ability to see where all of the bad guys that somebody has located are. They want to see where all the good guys are, they want to be doing augmented reality blue force tracking to make sure you're not shooting at your own people. Always a really, really good thing to have. Doing navigation, waypoint display, showing where the safe zones are, where the unsafe zones are," he said.

"You want to know where you can stand to not get blown up," he continued. "There's a lot … stuff like that, beyond also things like night vision. You want to be able to do stuff like control drones, control loitering munitions, just anything that before you would have been using a cell phone or a handheld controller or even a smart watch or even a dedicated laptop for, you want to be able to … use this device for. And then the last category is maybe the most interesting. There's a lot of

Subscribe to our daily newsletter.

SUBSCRIBE

DefenseScoop asked Luckey about how Anduril plans to mitigate some of the problems that soldiers complained about during the rollout of early versions of IVAS when that effort was led by Microsoft.

“I'm humble about some things. There's others I'm not humble about. I am the world's best head-mounted display designer. There's nobody better than me, and I know what I'm doing, and I'm going to make sure that we do it the right way. And we've already proven that we're making things that do not make people sick, they do not make them throw up,” he said. “If you're going to make somebody wear something on their face, there's a high level of friction and compromise. You need to make it very lightweight. You need to be brutal about the design of the thing, making it extremely comfortable, extremely light, and you need to make sure that it is only enhancing their experience of viewing the world, not degrading it. Otherwise, they're just not going to wear it.”

Luckey pointed to Oculus' previous successes at building virtual reality devices that didn't make users sick as a reason for confidence in what Anduril will deliver for SBMC.

“If you have latency or mismatch between your inner ear and what your eye sees, there's a mechanism for cyber sickness where your body believes it's been poisoned, and it needs to expel the poison by vomiting. That's why people get sick in these systems where you create mismatch in your inner ear and what your eye sees. I know how to make systems that don't create that mismatch,” he said.

“I think it has been very well proven that the technology that I developed at Oculus can be used to make AR and VR headsets that do not make people sick, they do not degrade their vision. Even normal people with no training can put it on and for the very first time with no acclimation, use it, enjoy it, not get sick. So it's a fair concern, but it is not one that I'm worried about, because we've already built hardware that fully, fully gets around that issue. Nobody is getting sick in [Anduril's] EagleEye hardware, assuming you're not putting them in a roller coaster application, or, you know, in a helicopter simulator where you're spinning them around in circles,” he added.

Luckey said the first “scaled delivery” of the company's SBMC system under the new contract is slated for 2027.

In a press release, Rivet described SBMC as a “next-generation capability for the U.S. Army that fuses data from Soldiers, sensors, and mission systems into one clear operational picture, day or

Subscribe to our daily newsletter.

SUBSCRIBE

The company "will help the Army field Soldier Borne Mission Command to the Infantry through rigorous iteration with Soldiers, ensuring an adaptable and extensible platform for lethality and overmatch against evolving threats," the release added.

The vendor noted that it has assembled a "multidisciplinary team" for the effort, but the press release did not name other companies that it's partnering with.

"We're grateful for the Army's confidence and are determined to deliver the most lethal capability to Soldiers at speed and budget," Rivet CEO Dave Marra said in a statement.

Breaking Defense was first to report that Anduril and Rivet had been tapped for the program.

---




## Written by Jon Harper

Jon Harper is Editor-in-Chief of DefenseScoop. He leads an award-winning team of journalists in providing breaking news and in-depth analysis on military technology and the ways in which it is shaping how the Defense Department operates and modernizes. You can also follow him on X: @Jon_Harper_


## In This Story

ARMY ANDURIL AUGMENTED REALITY IVAS META SBMC RIVET

## More Scoops



Anduril redesigns tech for Army's Soldier Borne Mission Command program

Subscribe to our daily newsletter.

SUBSCRIBE



More reach, more to carry, more to learn: How soldiers wrestled with drones in the Mojave Desert

BY DREW F. LAWRENCE




Army awards Anduril $20B contract with an eye toward counter-drone capabilities

BY JON HARPER

Palmer Luckey previews Anduril's new, AI-powered EagleEye headwear ahead of AUSA reveal

BY BRANDI VINCENT

Microsoft plans to hand over reins of Army's IVAS program to Anduril

BY JON HARPER

Anduril integrates AI tech into Army IVAS headsets

BY JON HARPER

Army seeks $255M to procure more than 3,000 IVAS augmented reality systems in fiscal 2025

BY JON HARPER

## Latest Podcasts

Subscribe to our daily newsletter.

SUBSCRIBE



How the Navy is reducing workforce friction to improve mission outcomes




How DARPA is looking to AI to fend off cyber vulnerabilities through a challenge program



How the DOD protects national security interests by monitoring climate change




Brandi Vincent: Behind-the-byline of one of the Pentagon's top tech reporters

---

Subscribe to our daily newsletter.

SUBSCRIBE

Air Force moves key B-52 engine and radar upgrades forward

Pentagon offers new 'targeted legal relief' for UAP whistleblowers supporting Trump's PURSUE work

Army awards $196M for sensors in first production contracts under EW-focused call for solutions

# AI

Joint Chiefs chairman says U.S. forces must prepare to be 'hunted' by autonomous systems

Pentagon sets procedures for AI-assisted software development

DOD poised to move all classified AI workloads off Anthropic by October

Subscribe to our daily newsletter.

SUBSCRIBE

## Weapons

USAFE boss shares 'vignettes' for CCA drone employment in Europe

Army inks $1.2B contract with Lockheed for Precision Strike Missile that can hit ships and other moving targets

AFSOC gunship launches new Havoc Spear cruise missiles at targets in Africa during combat operations

Air Force plans to field 500 CCA drones by 2032

## Cyber

Pentagon pores over heaps of industry feedback on CMMC reform

Sonu Shankar appointed as Pentagon principal deputy CIO

Subscribe to our daily newsletter.

SUBSCRIBE

Latest Guard-led Cyber Shield exercise is focused on protecting the power sector, including OT

SNG
SCOOP NEWS GROUP

ABOUT US

FEDSCOOP

DEFENSESCOOP

CYBERSCOOP

STATESCOOP

EDSCOOP

AISCOOP

Subscribe to our daily newsletter.

SUBSCRIBE

AD SPECS

(202) 887-8001

HELLO@DEFENSESCOOP.COM

FB TW LINK YT

Subscribe to our daily newsletter.

SUBSCRIBE

X ← **Post** Log in Sign up

**Elbit Systems**
@ElbitSystemsLtd

The U.S. Army has awarded Elbit Systems of America a $120.5M OTA to develop Soldier Borne Mission Command (SBMC), a next-generation, head-borne capability that gives soldiers continuous situational awareness and faster, more decisive action on the battlefield.

SBMC fuses multi-spectral sensing, assured positioning, and real-time data sharing across the unit, enabling synchronized teams and clearer decision-making in complex, contested environments.

🔗 tinyurl.com/4882rmy9




8:27 AM · Mar 10, 2026 · **7,997** Views

1 20 91 11

Only some accounts can reply.



**Kingfisher** @Kingfisher77707 · Mar 10

Awesome.

1 152

# FUTURE WARFARE MAGAZINE




FUTURE WARFARE MAGAZINE

≡



## Elbit America awarded contract to develop the Soldier Borne Mission Command system

19/03/2026 | GABRIELE MOLINELLI

PRESS RELEASES







On March 10, Elbit America announced the award of a $120.5 million Other Transaction Authority (OTA) contract from the US Army that will see the company develop the **Soldier Borne Mission Command (SBMC)** solution.

The SBMC solution is meant to "fuse live multi-spectral sensors feed with assured positioning into an intuitive, head-borne experience". By using helmet mounted sensors and visor, SBMC has to ensure "total connectivity, sharing visual intelligence and threat data across the unit in real time".

Elbit America in the occasion also **announced it has teamed up with advanced technology company Booz Allen,** a leading provider of AI to the federal government, to build SBMC's software backbone, "including advanced extended reality solutions, networking frameworks, and AI-enabled insights".

As of Fiscal Year 2026 budget request, Soldier Borne Mission Command effectively supersedes the program previously known as Integrated Visual Augmentation Systems (IVAS). According to US Army budget documentation, "IVAS is transitioning to Soldier- Borne Mission Command (SBMC), which builds on IVAS by delivering a modular, fused digital awareness system that enhances lethality, mobility, and situational awareness for dismounted Soldiers".

IVAS, which is a system now completely owned by Anduril which took over the entirety of the project from Microsoft, takes a significant hit in terms of FY 2026 procurement: the previously planned acquisition of 3,162 IVAS 1.2 sets is completely eliminated and the budget is re-allocated to development of SBMC.

Activities on IVAS are not, however, ending. While procurement of new sets is brought down to 0, test and evaluation are to continue with substantial research and trials funding allocated. IVAS 1.2 is now indicated as "SBMC Surrogate" and between the 4th quarter of 2025 and the 4th quarter of 2027 is meant to support software development, implementation, and reliability. The budget allocated will "develop and validate the SBMC Architecture through software extensibility and mission thread/application development". It will also support SBMC development with a focus on "improving form factor through modularity and updating software for improved command and control through Artificial Intelligence (AI)-enabled data fusion and real-time situational awareness".

IVAS 1.2 itself was realized as a technology insertion to the base production agreement awarded in Dec 2022. Initial 1.2 prototypes were delivered in 4QFY2023, while an IVAS 1.2 phase 2 Technology Insertion (TI) was awarded in 4QFY2023. IVAS 1.2 SBMC Surrogates will now be evaluated in Continuous Operational and Learning (COLT) assessments, starting in 3QFY2025 to "validate system improvements, incorporate new extensible applications, and inform a mission-driven architecture for multi-domain operations".

**The ambitious IVAS visor was to provide both real mission, real time situational awareness** and integrated Synthetic Training Environment capability so that the same sets would enable Training, Rehearsal and Fighting. IVAS comprises a Heads-Up Display (HUD) with local processing as the base system along with supportive Soldier power equipment, IVAS network components, and other elements. The HUD is a low-profile, see-through display system providing 24/7 advanced situational awareness (SA) in all operating environments, fused vision capabilities, and passive targeting.

Altogether, the system provides movement of information, high level processing, and displays augmented reality information (Blue force tracking, Navigation, etc.) intuitively in three-dimensional space from mission planning data and real-time data including shared coordinate terrain data and machine learning/artificial intelligence processing enabled by tactical cloud package, shared information for mounted soldiers, "See Thru" armor functionality, and advanced network services.

Follow us on Telegram, Facebook and X.

*Share on:*

**EXHIBIT H**

**Kopin IBAS + SBMC Revenue**

*$15.4M IBAS; $350–500M SBMC projection*

**Sources:** Yahoo Finance; Kopin press release; Q2 2026 earnings

**URLs:**

- Yahoo Finance IBAS Article: https://finance.yahoo.com/news/kopin-secures-transformative-15-4m-120000633.html
- Kopin Press Release:https://www.kopin.com/press-releases/kopin-awarded-phase-i-sbir-from-u-s-government-for-new-microled-displays-for-a-range-of-soldier-borne-applications/
- Q2 2026 Transcript: https://www.roic.ai/quote/KOPN/transcripts/2026-year/2-quarter
- Kopin news page (IBAS + SBMC): https://www.kopin.com/news/kopin-nabs-award-to-build-color-microled-displays-by-2027-as-army-eyes-tech-for-sbmc/

**Accessed:** September 22, 2026

*This document is submitted as Exhibit H in support of Plaintiff's Emergency Motion for Temporary Restraining Order, Carter v. Feinberg, et al., No. 26-cv- [___] (D.D.C.)*

This is a paid press release. Contact the press release distributor directly with any inquiries.

businesswire
A BERKSHIRE HATHAWAY COMPANY

# Kopin Secures Transformative $15.4M Award to Revolutionize Color MicroLED Technology and Domestic Production for U.S. Army Ground Soldier Integrated Visual Augmented Reality Applications

KOPIN

**Business Wire**
September 15, 2025 • 8 min read

KOPN +2.32% ☆

*Funded by the Industrial Base Analysis and Sustainment (IBAS) program, the award reinforces support for U.S. based manufacturing and innovation of Kopin's Color MicroLED*

*Conference call and webcast scheduled for 9:15 am ET today to discuss this and further corporate updates*

**WESTBOROUGH, Mass., September 15, 2025**--(BUSINESS WIRE)--Kopin Corporation (NASDAQ: KOPN), a pioneering leader in application-specific optical systems and high-performance microdisplays, has been awarded a transformative $15.4 million Other Transaction Agreement (OTA) from the Office of the Secretary of Defense (OSD) through the U.S. Army Contracting Command (ACC) under the Industrial Base Analysis and Sustainment (IBAS) program. This landmark award accelerates Kopin's development of ultra-bright, full-color MicroLED displays optimized for ground soldier augmented reality (AR) applications, positioning the company as a cornerstone of America's defense innovation and domestic manufacturing ecosystem. By advancing daytime and nighttime readable AR display technology, Kopin is poised to redefine battlefield vision systems, enhancing soldier lethality, situational awareness, and operational effectiveness.

**A Transformational Game-Changer for Kopin and U.S. Defense**

This award marks a pivotal moment for Kopin, solidifying its leadership in MicroLED technology and establishing a robust U.S.-based production capability for this critical defense technology. The funding empowers Kopin to develop full-color MicroLED microdisplays tailored for Integrated Visual AR systems, delivering unmatched performance in diverse lighting conditions—from intense daylight to low-visibility environments. Unlike traditional displays, MicroLED offers superior brightness, power efficiency, and durability, eliminating temporal artifacts that can impair soldier performance during prolonged use. This breakthrough technology ensures crystal-clear visuals, enabling warfighters to maintain focus and make critical decisions in high-stress combat scenarios.

By investing in scalable, U.S.-based manufacturing, Kopin is strengthening the nation's defense industrial base, ensuring a secure and reliable supply chain for advanced display technologies. This domestic production capability not only supports current U.S. Army needs but also positions Kopin to win future defense programs that rely on full-color MicroLED for next-generation AR systems. The company's Class 10 cleanroom facility in the United States, combined with over 40 years of experience and

more than 400,000 defence vision systems fielded, underscores Kopin's unmatched

Story Continues

Terms and Privacy Policy EU DSA contact Privacy & Cookie Settings More Info

## Recommended Stories

yahoo!finance

Copyright © 2026 Yahoo.
All rights reserved.

## Trending Topics

Dow Jones

S&P 500

DAX Index

Nvidia

Tesla

DJT

Tariffs

## Explore Further

Mortgages

Credit Cards

Sectors

Crypto Heatmap

Financial News

## About

Data Disclaimer
Help
Feedback
Sitemap
Licensing
What's New
About Our Ads
Terms and Privacy Policy
EU DSA contact
Privacy & Cookie Settings
More Info

Quote Lookup

Edit your Dock

KOPIN

CONTACT INVESTORS

Home > Press Releases > Kopin Awarded Phase I SBIR from U.S. Government for New MicroLED Displays for a Range of Soldier-Borne Applications

# KOPIN AWARDED PHASE I SBIR FROM U.S. GOVERNMENT FOR NEW MICROLED DISPLAYS FOR A RANGE OF SOLDIER-BORNE APPLICATIONS

03/19/26 SHARE

WESTBOROUGH, Mass. – Kopin Corporation (NASDAQ: KOPN), a leading provider of application-specific optical systems and high-performance microdisplays for defense, training, enterprise, industrial, consumer and medical products, today announced that it has been awarded a Phase I Small Business Innovation Research (SBIR) contract from the U.S. Government to advance new full color, smaller format MicroLED display technology.

This award builds on the existing $15.4 million IBAS contract awarded to Kopin in September 2025, further accelerating the company's MicroLED design and manufacturing capabilities. The new SBIR supports the creation of a second full color MicroLED display purpose-designed for several soldier-borne applications, marking this the second MicroLED focused award in the past six months for Army programs. The effort advances early stage development of the critical MicroLED architecture engineered to deliver superior brightness and visual performance along with lower power-consumption for near eye defense applications. Work under this award is focused on delivering full color displays that provide soldiers with a clear information and situational awareness advantage.

In addition to this SBIR award, Kopin anticipates follow on development contracts from the U.S. Army to accelerate its MicroLED products and technology in alignment with the Army's needs. This additional effort is intended to accelerate domestic MicroLED design and

enabling enhanced capability for future weapon sight programs, providing warfighters with brighter, more rugged, and more power efficient visual solutions. MicroLED technology is essential for waveguide based AR systems to provide the necessary brightness in all daylight conditions while remaining power efficient for dismounted operators, eliminating the heavy battery burden of other display and optics approaches. The need for these capabilities spans multiple near eye systems, including helmet-mounted visual information systems, advanced weapon sights, and other precision targeting devices. These systems scale across multiple Army programs.

“Kopin is proud to support the Army’s drive to deliver the most advanced soldier systems,” said Iwan Dodd, SVP Business Development. “This award underscores the critical importance of domestically developed and manufactured MicroLED technology and its potential to redefine the performance and capability of future defense systems. As the Army advances toward more sophisticated weapon sights and visual augmentation platforms, U.S. engineered MicroLED displays will play a central role in delivering the brightness, ruggedness, and power efficiency our warfighters need to be advantaged in the field. We are committed to accelerating this technology and strengthening the trusted, secure supply chain required for tomorrow’s mission ready systems.”

**About Kopin**

Kopin Corporation is a leading developer and provider of innovative display, and application-specific optical solutions sold as critical components and subassemblies for defense, enterprise, professional and consumer products. Kopin’s portfolio includes microdisplays, display modules, eyepiece assemblies, image projection modules, and vehicle mounted and head-mounted display systems that incorporate ultra-small high-resolution Active Matrix Liquid Crystal displays (AMLCD), Ferroelectric Liquid Crystal on Silicon (FLCoS) displays, MicroLED displays (μLED) and Organic Light Emitting Diode (OLED) displays, a variety of optics, and low-power ASICs. For more information, please visit Kopin’s website at www.kopin.com. Kopin is a trademark of Kopin Corporation.

Follow us on LinkedIn, X and Facebook.

**Forward-Looking Statements**

Statements in this press release that are not historical facts are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Forward-looking statements are based on the Company’s current expectations, beliefs, estimates and

Securities and Exchange Commission, including the Company's Annual Report on Form 10-K. The Company undertakes no obligation to publicly release the results of any revisions to forward-looking statements which may be made to reflect events or circumstances after the date hereof or to reflect the occurrence of unanticipated events.

View source version on businesswire.com: https://www.businesswire.com/news/home/20260319049652/en/

**Corporate Contact**

Kopin Corporation

Erich Manz, Chief Financial Officer

EManz@kopin.com

508-870-5959

**Investor Relations Contact**

Lucas A. Zimmerman

MZ Group – MZ North America

KOPN@mzgroup.us

949-259-4987

**Public Relations Contact**

Grace Halvorsen

Lightspeed PR/M

Kopin@lightspeedpr.com

## *RELATED NEWS*

International Thermal Weapon Sight Program

9/8/2026

PRESS RELEASES

## Kopin Corporation Reports Second Quarter 2026 Financial Results

8/10/2026

PRESS RELEASES

## Kopin Corporation to Host Second Quarter 2026 Earnings Call on Monday, August 10, 2026 at 5:00 PM Eastern Time

8/7/2026

KOPIN



* INDICATES REQUIRED

☐ BY SIGNING UP, YOU'LL RECEIVE UPDATES AND NEWS FROM KOPIN. YOU CAN UNSUBSCRIBE ANYTIME USING THE LINK IN THE NEWSLETTER FOOTER.

SEE OUR PRIVACY POLICY FOR INFORMATION ON HOW WE HANDLE YOUR DATA. WE USE MAILCHIMP, AND BY SUBSCRIBING YOU AGREE TO THEIR DATA PROCESSING. LEARN MORE ABOUT MAILCHIMP'S PRIVACY PRACTICES.

Subscribe

### KOPIN CORPORATE HEADQUARTERS

125 North Drive Westborough, MA 01581

(508) 870-5959

### OUR COMPANY

About Us

Our People

Careers (We're Hiring)

### CUSTOM SOLUTIONS

Markets + Applications

Technologies

Products

### QUICK LINKS

Investor Information

News

Locations

Contact Us

KOPIN

CONTACT INVESTORS

©2026 All Rights Reserved

Terms & Conditions

Privacy Policy

Accessibility Statement

Sitemap

Company Search ⌘ K

United States of America Stocks • Technology • Semiconductors

# KOPIN CORP.

KOPN NASDAQ

4.74 USD -0.11 - -

877.84M
MARKET CAP

Summary Financials Ratios Transcripts Charts Classic View Stat

Open Transcript List

Q2 FY2026 · Earnings Call Transcript August 10, 2026

Earnings Call Transcript API ChatGPT Google Sheets

O

Operator

Good evening, everyone, and welcome to the Kopin Corporation Second Quarter 2026 Earnings Conference Call. [Operator Instructions] This conference is being recorded today, and the earnings press release accompanying this conference call was issued earlier today.

Before we get started, I'd like to remind everyone that during today's call, we will be making forward-looking statements as defined in the Private Securities Litigation Reform Act of 1995. These statements are based on the company's current expectations, projections, beliefs and estimates and are subject to a number of risks and uncertainties that could cause actual results to differ materially from those forward-looking statements.

Potential risks include, but are not limited to, demand for our products, operating results of our subsidiaries, market conditions and other factors discussed in our most recent annual report on Form 10-K and other documents filed with the Securities and Exchange Commission. Although the company believes that the assumptions underlying these statements are reasonable, any of them can be proven inaccurate, and there can be no assurance that the results will be realized.

The company undertakes no obligation to update the forward-looking statements made during today's call. Kopin Corporation's Chief Executive Officer, Michael Murray, will begin today's call with an overview of Kopin's strategic progress and business development during the second quarter and the period that has followed.

Following Michael, Kopin's CFO, Erich Manz, will review the company's second quarter 2026 financial results. I would now like to turn the conference over to Michael Murray.

Michael, the floor is yours.

M

Michael Murray

Well, thank you very much, operator, and good afternoon to everyone, and welcome to our second quarter 2026 earnings call. The second quarter and the weeks that followed show Kopin executing on every one of the priorities we laid out at the beginning of this year.

We delivered major technical and manufacturing milestones in our U.S. Army color microLED program.

We converted our entry into FPV drone markets into multiple new prototype orders tied to the U.S. government's drone dominance program, and we continue to make disciplined strategic investments in our U.S.

engineering and manufacturing footprint, including a new optics and photonics design center in Dallas, Texas. Today, I will walk you through 3 areas.

First, the 3 major milestones in our color microLED program under the IBAS initiative and what they mean for domestic manufacturing of microLED displays and microLED-based transceivers and co-packaged optics. Second, the accelerating momentum for Sentinel FPV as the drone dominance program moves toward Gauntlet 2 awards.

And third, our strategic investments, the Dallas Design Center, our continued onshoring of OLED manufacturing and our Neural I/o road map with Fabric.AI and how they position Kopin for long-term, sustainable and most importantly, profitable growth. First, let me start with our microLED program.

In July, we announced 3 major milestone achievements: our color microLED development program under the U.S. government Industrial Base Analysis and Sustainment, or IBAS program.

These accomplishments represent significant progress towards establishing a fully U.S.-based microLED display manufacturing capability that advances towards next-generation soldier vision systems. First, let's discuss some performance.

We achieved over 150,000 nits of single-panel full-color brightness,

exceeding the program's threshold target. This is the level of brightness required for daytime readable, full-color augmented reality in the field, and it's an early result, planned improvements are expected to push this brightness even higher.

Second, integration. We made successful early integration progress translating our color microLED technology into U.S.

Army ground soldier vision applications. This brings Kopin closer to enabling full soldier-borne systems, such as Soldier Borne Mission Command, or SBMC, where lightweight, high-brightness, full-color microLED displays are essential for real-time situational awareness, digital overlays, and mission execution.

And third, manufacturing. We received several custom-made tools which we are in the process of installation, like our new microLED bonding equipment at our Westborough headquarters.

This advanced system enables the precise attachment of the microLED array to the digital backplane, an essential step in microLED production and a foundational requirement for scaling domestic manufacturing. With these milestones achieved, we expect to transition to manufacturing product in mid-2027, positioning Kopin as a key U.S.

supplier of next-generation microLED display technology. Programs like SBMC could enable hundreds of millions of dollars in revenues for Kopin over the life of the program, and these milestones are the building blocks of that significant opportunity.

I also want to underscore how pleased the U.S. Army is with our progress.

We are meeting, and in several areas, exceeding the milestones laid out under the program, and that performance is exactly what positions Kopin to gain access to future programs of record like Soldier Borne Mission Command and many others. This is exactly the strategy we laid out when we received the $15.4 million IBAS award in September of 2025.

Develop the technology, onshore the manufacturing, and convert that capability into long-duration U.S. defense programs.

We are executing that plan on schedule, and our Phase 1 SBIR award for full color, smaller format microLED displays continues to progress

in parallel as well, which is focused on advancing our tactical weapon-mounted sights and other weapon and head-mounted programs and systems as well. And importantly, everything I've just described is being built in the United States by Kopin employees in facilities we control, a durable competitive advantage in a procurement environment that is increasingly mandating trusted domestic sources for critical components.

And the pull for this technology extends well beyond the Army program. We are seeing strong demand signals from a number of international customers for our color microLED across other applications, including heads-up displays, weapon sights, and helmet-mounted systems, which reinforces our conviction that color microLED is a platform technology which will reach far beyond any single program.

Furthermore, every advancement that we make into our IBAS and color microLED platforms is directly and uniquely attributable to our Neural I/o AI infrastructure transceivers, near-package optics, and co-packaged optic chipset advancements. In several conversations with prospective customers, it is clear that the lack of advancement in microLEDs in AI infrastructure applications is due to 3 critical technology issues, which are our competition and our customers who are trying to develop this technology internally are struggling with.

And they happen to be the issues Kopin is uniquely capable of solving and have solved in our past. Firstly, yields.

Placing millions to hundreds of thousands of individual microLEDs is exceptionally difficult to do, either in a display or a transceiver configuration. Kopin has a device in production which has 16 million individual LEDs in a 0.5-inch display.

Kopin has several years of experience and several ways of increasing yields, which makes our technology and capability unique versus our competition in displays, and these techniques are transferable to our transceiver portfolio as well. This capability will allow Kopin to place the most amount of LEDs into 1 square millimeter than any other company in the world, which will unlock significant bandwidths for the AI GPU, CPU, and memory markets.

We plan on announcing more about this capability very soon. The second technology hurdle is collimating the light of each pixel so that crosstalk and interference is kept to a minimum.

Kopin has pioneered several optical solutions in the display market, which are also transferable and valuable in solving issues like dispersion and collimation of light sources. Truly a difficult problem to solve.

Lastly, and potentially more importantly, AI factories cannot go down for maintenance or because a transceiver fails. Kopin's customers use our technology in the worst possible ways, in the worst possible environments, and expect our technology to work for over a decade of service.

When I ask potential customers about their lifetime test data, longevity of supply, and the commissioning of optical systems, Kopin has years of experience in this area, which our new customers and partners value greatly. Often, they value our technology and our answers in these areas.

I will add further commentary on our Neural I/o progress shortly. Now, turning to Sentinel FPV.

In late June, we announced that we received multiple new prototype orders from customers evaluating Sentinel as a core part of their offering for the U.S. government's one-way attack, or OWA, drone initiative.

Many of these customers are active contenders in the Pentagon's Drone Dominance Program, or DDP, a major initiative aimed at strengthening domestic leadership in small drone and FPV capabilities while reducing reliance on foreign-made FPV technologies. As a reminder, first-person viewers are headsets that visually put the drone pilot in the cockpit, if you will, of the drone, enabling full real-time control of the drone as if they were onboard.

Customers are selecting Sentinel for evaluation because of its unique combination of dual situational awareness, extremely low weight, and U.S.-based production and defense-ready performance. Dual situational awareness remains our clearest differentiator.

Unlike traditional FPV goggles that fully block the operator's peripheral view, Sentinel delivers high clarity, low latency drone imagery while preserving the operator's awareness of their proximity and surroundings, a major advantage for both safety and mobility. The scale of this opportunity is quite significant.

DDP winners have the potential to require tens of thousands of FPV goggles, and volume orders are expected to begin in late Q4, immediately following the DDP Phase 2 evaluations and awards, with requirements for immediate delivery as awards are issued. Each of our current prototype engagements represents the potential for significant volume production, and we are preparing our U.S.

production capabilities to meet the demand with speed and precision, supported by the in-house OLED manufacturing capability we announced in May. We continue to pursue additional strategic partnerships with drone manufacturers and system integrators seeking high-performance, U.S.-built, first-person view solutions, and we expect the domestic FPV ecosystem to remain one of the fastest-moving opportunities through the balance of 2026.

More broadly, we are seeing strong demand signals from drone customers both inside and outside the Drone Dominance Program, a clear indicator of significant growth we expect in this market next year. In fact, we are currently negotiating several large production orders for 2027, and we will update you on those engagements as they convert.

Turning to our core defense business. It also remains active throughout the quarter.

In May, we showcased our newest advanced soldier vision technologies at SOF Week 2026, generating strong engagement across the special operations community. Later that month, we hosted the Minneapolis stop of our 2026 Technology Demo Days tour, with Boston happening as of today.

We continued executing against the awards we announced earlier this year, including the $21.5 million follow-on thermal imaging product and production contract. Our European helmet-mounted display programs, our DarkWAVE development order with Theon, and other initial Sentinel FPV production orders.

To date, we have received over $45 million of orders in 2026. As a reminder, many of our defense programs have Congressional budget demands through 2030, and several of our contracts are sole source or Indefinite Delivery, Indefinite Quantity, or IDIQ, which provides additional upside flexibility above what is currently on order, as well as recurring revenue and forecastable, sustainable growth for several years.

On the operations side, both phases of our optical automation program remain operational and on track to deliver approximately $1 million in annual operating expense savings while adding to overall production capacity as they reach full utilization. A truly excellent job by our operations team.

Now, to our strategic investments. In June, we announced plans to open a new optics and photonics design center in Dallas, Texas, scheduled to open before the end of this year.

Dallas is one of the nation's leading hubs for optical data communication, and this facility places Kopin at the center of a growing ecosystem of high-performance computing, data transport, and photonics innovation. The center will include new optics and photonics lab space, a dedicated design and engineering center, advanced R&D capabilities focused on Neural I/o, and manufacturing capacity for Neural I/o and application-specific optical solutions as well.

It strengthens our domestic engineering capabilities, deepens our expertise, and accelerates our ability to deliver next-generation Neural I/o systems to customers across the AI infrastructure landscape. Stepping back, Kopin remains focused on delivering application-specific solutions, displays and optics to our chosen markets with a clear focus on defense, medical, consumer, and AI infrastructure.

The addition of AI infrastructure is a natural one for Kopin. The industry's growing need for optical transceivers and co-packaged optics sits squarely within our core capabilities because we have the specialization in silicon optical systems and have done so for several years.

It also builds directly on our display expertise. We will continue to design and manufacture microLED and our patented bidirectional displays, but we are now applying that same expertise to build microLEDs that transmit data rather than images.

This is not a trivial step forward, but it is one Kopin is uniquely positioned to take. Given our microLED devices already in production, our color microLED development, and the IBAS funding that is building the production line to support all of our near-term manufacturing needs.

This puts Kopin in a very specific and unique advantage in the marketplace. Our collaboration with Fabric.AI continues to advance on the roadmap we described last quarter, with a $15 million initial development order funding a demonstrable chiplet that we expect to compete by the end of 2026.

As Fabric.AI CEO, Josh Silverman said in our June announcement, "Having the advanced optics, R&D, and manufacturing under one U.S.-based roof lets us move from design to customer deployment far faster." I couldn't agree more.

Our Neural I/o project with Fabric.AI is on track, and we expect to demonstrate the capability of the platform at CES in January 2027, with a clear path to production anchored by a 1.6 terabit per second transceiver solution. Turning quickly to commercial engagement, which is quickly accelerating alongside this technology.

During the period, we signed several new nondisclosure agreements, and more notably, several of them are with current NVIDIA NVLink partners who are interested in working with Kopin and Fabric, not only on our current chipset, but also on our newly formed roadmap of devices. We are also beginning to see new early-stage interest from potential quantum computing and semiconductor customers and manufacturers alike.

In parallel, Kopin continues to engage with other U.S.-based defense and government agencies on bespoke versions of Neural I/o chipsets tailored to their specific needs, solutions that must be manufactured here in the United States. To help lead this emerging ecosystem, Kopin and Fabric recently released the first of what will be many AI interconnect white papers and formed several new technology developments, which we will discuss at later times.

On the OLED side specifically, we received several new OLED orders from the international customers this quarter. That incremental demand on top of the OLED requirements generated by our FPV drone programs affirms our decision to bring OLED deposition in-house, and we expect our own OLED deposition line to come online early in 2027.

Taken together, these investments reflect the same discipline we have described all year. We are comfortable with our cash position, and we are deploying capital against clearly identified, quantifiable customer demand in microLED, in FPV, in OLED, and in AI infrastructure.

infrastructure.

To summarize, the second quarter of 2026 showed Kopin executing across every growth platform. We delivered 3 major microLED milestones under our IBAS program and kept our domestic manufacturing roadmap on schedule for mid-2027 production.

We converted our recent entry into the FPV drone market into multiple new prototype orders tied to the Drone Dominance Program. We committed to a new optics and photonics design center in Dallas to accelerate our Neural I/o platform.

These new platforms, DarkWAVE, Sentinel FPV, Neural I/o, and color microLED, are multi-customer products serving global markets, not single-customer custom programs. That is what makes our forward-looking recurring revenue more balanced and forecastable.

And we did this all while maintaining a strong balance sheet and the discipline that has defined our capital deployment. I'll now turn the call over to our CFO, Erich Manz, to review our second quarter 2026 financial results in further detail.

Erich, over to you.

E

Erich Manz

Thank you, Michael, and good afternoon, everybody. As Michael outlined, the second quarter and the weeks that followed reflect the business that is executing across each of its growth platforms.

From my perspective as CFO, the most important theme this quarter is a continued translation of our strategic investments into identifiable program-level demand across our IBAS microLED program, Sentinel FPV, and our emerging AI infrastructure opportunity. And to be clear, when we speak about the momentum in front of us, we are not referring to a single product line or a single growth initiative.

What we are seeing is progress on multiple fronts, opportunities we have deliberately prepared for and are ready to execute upon as they scale. This breadth is a key part of why our model is beginning to show operational leverage.

As revenue continues to grow across several platforms and we

maintain stable operating expenses, our operating profile strengthens in a way consistent with other high-growth technology companies. Before I turn to the numbers, there is one operational point I am particularly proud of.

This quarter marked our fourth consecutive quarter of exemplary on-time, in-full delivery and quality performance, a direct reflection of the maturity and discipline our operations team has built. With that context, I'll now walk through our second quarter 2026 financial results in more detail.

Total revenue for the second quarter ended June 27, 2026, were $12.7 million as compared to $8.5 million for the second quarter ended June 28, 2025, a 51% year-over-year increase primarily reflects grant revenue recognized under our U.S. government microLED award, collaboration revenue from our development program with Fabric.AI, our strategic AR thermal clip-on partnership, and higher research and development revenue on our Phase 2 OptiVISOR heads-up display program with the U.S.

Army. Product revenue for the second quarter were $7.6 million, a slight increase when compared to $7.5 million in the year-ago period.

Higher defense revenues from thermal weapon sight applications and liquid crystal displays were largely offset by lower industrial application revenues. Nonproduct revenue were $5.1 million in the second quarter of 2026 as it compared to $1 million in the second quarter of 2025.

The increase was primarily driven by grant revenue recognized in connection with our government award for the development of ultra-bright, full-color microLED displays optimized for ground soldier augmented reality applications, collaboration revenue from our development program with Fabric.AI to develop a commercialized GPU-to-GPU connectivity technologies together with our strategic partnership to develop a next-generation clip-on with augmented reality and thermal integration capabilities and higher research and development revenue on our Phase 2 OptiVISOR heads-up display program with the U.S. Army.

Cost of product revenues for the second quarter of 2026 were $6.6 million or 86% of net product revenues as it compared to $7.1 million or 94% of net product revenues for the second quarter of 2025. The improvement as a percentage of net product revenues was primarily attributable to product mix.

attributable to product mix.

Research and development expenses for the second quarter of 2026 were $4.5 million as compared to $1.9 million for the second quarter of 2025. The increase was primarily driven by higher funded research and development costs in connection with our government award for the development of ultra-bright, full-color microLED displays optimized for ground soldier augmented reality applications, partially offset by lower internal research and development spend on fewer labor hours.

Selling and general administrative expenses were $5.1 million in the second quarter of 2026 as compared to $4.9 million in the second quarter of 2025. The increase was primarily driven due to higher professional fees and accrued performance-based compensation.

Taken together, our internal R&D and SG&A results underscore a theme that we've been committed to for the past several quarters: maintaining operating expenses at a relatively stable level while our revenue base continues to expand. This discipline will continue to move our operating margin trajectory in line with benchmarks for high-growth technology companies.

We said we would drive leverage growth, and that commitment is being delivered. As our top line continues to scale through 2026 and beyond, we expect this operating leverage to strengthen further, supporting our pathway to sustainable profitability.

Loss from operations for the second quarter of 2026 narrowed to $3.5 million as it compared to $5.5 million in the second quarter of 2025. Net income attributable to common stockholders was $0.9 million or $0.00 per share as compared to a net loss of $5.2 million or a loss of $0.03 per share in the second quarter of 2025.

The improvement primarily reflects higher total revenues, a $1.9 million increase in other income net, driven largely by approximately $2.3 million of gains on investments and $2.1 million in income tax benefit recorded in connection with the expiration of a statute of limitations on an uncertain tax position. As of June 2026, we had cash and cash equivalents of $24.3 million, with total cash, restricted cash, and marketable securities of $50.3 million, inclusive of $26 million of restricted cash, of which $24.2 million collateralizes the superseded bond posted in connection with the BlueRadios litigation appeal.

With respect to the legacy litigation, we do not expect any further updates on our federal appeal approximately mid-2027. Turning to our outlook, reflecting the order momentum across the business for 2026, we continue to expect a solid second half exceeding our prior guidance.

Importantly, we expect to begin generating GAAP profitability and positive free cash flow in our fourth quarter of this year. As we look farther ahead, we are increasingly optimistic about our revenue trajectory into 2027 as the growth trends we are seeing in 2026 appear positioned to continue into next year.

And with that, I'll turn the call back over to Michael for closing remarks.

M

Michael Murray

Thank you very much, Erich. Before we open up for questions, I wanted to leave you with this.

The second quarter demonstrated that Kopin's strategy is working. Our color microLED milestones keep us on track for domestic production in mid-2027.

Sentinel FPV is converting into real program traction as Drone Dominance Program accelerates. Our new Dallas Design Center expands our capacity to deliver Neural I/o for AI infrastructure, and our core defense franchise continues to provide a durable foundation underneath it all.

What sets Kopin apart is relatively straightforward. We are the only company in the world manufacturing 4 types of microdisplays, the inventors of bidirectional microdisplays, the sole source provider on several Department of War programs of record with many years of sustained production ahead, and our technology platform is now being deployed across some of the fastest-growing segments in defense and AI infrastructure.

We believe the second half of 2026 will begin to demonstrate the full potential of everything we've built thus far, and we're continuing to build on our momentum in all markets as we see continue and continue to execute on our strategic plan. And with that, operator, we can open the call to a few questions.

Operator

O

[Operator Instructions] Our first question comes from the line of Josh Sullivan with JonesTrading.

J

Joshua Sullivan

With the planned demo of Neural I/o at CES in '27, can you just give us a little more color on what we should expect to see or what proof points are going to be on display?

M

Michael Murray

Sure. So in my recent conversations with customers last week in California, what they're looking to see is, whether or not we can transmit bits and receive bits in real-time, and how fast we can do that.

So our demonstrator with Fabric.AI is going to demonstrate just that. We will be sending bits, receiving bits, and I will not go into all the details because I do not want to ruin the surprise.

But we'll be performing that demonstration for a number of potential customers, and it will be a full transceiver tile. That tile that we will be showing will also show how we are going to take that tile and move it down the topology into semiconductor sizes and then achieve the 1.6 terabits per second that the specification requires.

So we're really excited about it. It's on track.

And the first pull of optical data that we've received is very exciting. We showed it to a number of customers last week, or potential customers, and they were blown away with our current performance already.

And that was our first pull of optical data. So super excited.

J

Joshua Sullivan

Yes. Great.

And then, I guess, what has inbound interest from potential partners been since the first AI interconnect white paper was released? And maybe what questions do those inbound parties have that might be answered in some of the white papers to come?

M

Michael Murray

You bet. Great question.

So rough order of magnitude, we've received over 200 -- roughly 200 or more, individual downloads of the white paper thus far. What was striking about it, Josh, is the number of companies that I didn't expect to see there.

I can't mention them, but they're the belts and suspenders of the AI infrastructure, folks that build the racks, folks that build the back planes, companies that are not necessarily semiconductor companies, but are full OEMs of racks and back planes that go in those racks. So that was really interesting, number one.

Number two, we had a lot of downloads of the white paper and requests for further information on our transmit side. What we've learned in the industry is that, actually, Kopin has a fantastic transmit.

We're learning about the receive side of the transceiver. And a lot of companies are really struggling with that.

So there were some major Tier 1 OEMs that downloaded the white paper and immediately contacted us for meetings, which I was on the West Coast last week meeting with some of the largest companies in the world. And what we've learned is, we've got a great transmitter and a great potential component here in our Neural I/o.

So very exciting. Very happy with the response on the white paper.

You should expect probably 4 more white papers over the course of the next calendar year.

Operator

O

Your next question comes from the line of Jon Siegmann with Stifel.

J

Jonathan Siegmann

Congratulations on the progress on the IBAS microLED. Can you maybe just talk about what remaining catalysts we might see for the remaining year?

You had earlier talked about potential follow-on funding for some capacity, and just was seeing if that was still on track.

M

Michael Murray

Sure. So we're pleased that the Army is pleased with our progress.

We're still working very hard to meet further milestones, which we expect to in Q4 of this year. So I think we have another 3 milestones to finish off this year, and that will put us in great position to provide the industry and the government with samples next year of the color microLED.

So those are the next milestones that we have, and the team is working very hard to execute on those. We do expect and hope that we'll see further IBAS funding for potentially other devices as well.

We're now thinking that microLED will have its home in other applications, not just Soldier Borne Mission Command type of vision systems or thermal weapon sites or night vision goggles. We're actually seeing some other demand from the Army for other devices.

So it's too early to talk about those as potential wins for us just yet. But there is active conversation going on for further IBAS funding.

J

Jonathan Siegmann

And if I could just slip in one for Erich as well. The $45 million in

orders year-to-date, that is really helpful.

But there has been some changes in what you report in your financials with your remaining performance obligations. I think that was related to the deconsolidation of Europe.

Can you just maybe reconcile what those changes were with the numbers you're reporting today?

E

Erich Manz

Yes, sure. We continue to lose the consolidation for the time being.

It's not a significant revenue loss to us right now, but when we remeasure, we end up with a deconsolidation on a forecasted number for Kopin Europe, and that resulted in approximately $1.4 million worth of a loss this quarter.

J

Jonathan Siegmann

But on the backlog specifically. Your backlog was down in Q1 versus Q4.

You got that large targeting order after the quarter. I was just wondering how to reconcile some of these backlog numbers.

E

Erich Manz

Yes, I'm not sure about the reconciliation on the backlog, Jon.

J

Jonathan Siegmann

We'll follow-up afterwards.

Operator

O

Your next question comes from the line of Alex Fuhrman with Lucid

Capital Markets.

A

Alex Fuhrman

Can you tell me about what investments need to be made in order to scale production of Sentinel FPV, and how long those investments will take? And then any sense on when you might know how many units could be associated with the Drone Dominance Program?

M

Michael Murray

Sure. Thanks, Alex.

So the major investment was actually purchasing the OLED deposition tool, which we did this year. We've talked about that, that's under a $10 million number, and those payments are spread out over a number of quarters.

That's the major investment in capital and volume capacity. The rest of the eye pieces that we need to manufacture were well within our current CapEx and OpEx to do so.

And that's the big reason why we moved to buying our own deposition, it's just going to be more profitable to do so. And lastly, the second part of your question, we expect to see more orders by the end of this year.

Gauntlet 2 goes off shortly, and we've been seeing the Pentagon actually place orders relatively quickly. But then there is a translation between them placing orders and our customers placing orders on us.

So by the end of Q4, we should have a very good order book around our Sentinel FPV for 2026, and certainly we'll still be taking orders in the early part of 2027, as well.

A

Alex Fuhrman

Okay. That's really helpful.

And then on Sentinel, it's really interesting that you're one of the only FPV goggles that enables peripheral vision. It seems like that would be a really important feature on the battlefield.

How is it that you're able to accomplish that when others can't? Is that primarily a matter of the level of brightness on the display?

Or are there other factors that contribute to that?

M

Michael Murray

Oh, great question. It boils down to what I talk about all the time, which is application-specific optical solutions.

And in that specific application, we chose to have a nonoccluded version, meaning we don't fully cover the pilot's eyes or the warfighter's eyes, because we believe that he or she will want to see their feet and keep their eyes on the rifle and eyes on the horizon for any threats. And that's really to make sure that the drone team, which is usually a team of 4, 1 pilot, 1 gunner and 2 kind of security personnel.

We want to be able to reduce that level of personnel and create a better and safer environment for the pilot themselves. So that was the insight that we put into the program.

But many of the goggles are coming from more consumer type of applications where you can sit in a chair and fly your drone. So that's where the headsets are coming from today, but that's not where they're going to be coming from in the future.

Operator

O

Your next question comes from the line of Austin Moeller with Canaccord Genuity.

A

Austin Moeller

So just my first question here, how should we be thinking about the

market of the TAM opportunity for the microLED transmitter component within the AI data center infrastructure space versus the receiver side?

M

Michael Murray

Oh, great question. Thanks, Austin.

Good seeing you today. So when I think about the market for our AI infrastructure platform, I think about it in 3 chunks or 3 different markets.

The first market is our transceiver portfolio, which we would consider near-package optics. These transceivers will sit likely between 2 other chips as an example in the data path or between 2 boards as an example in the data path.

The second part of the market that we consider is a co-packaged optic. This is where our microLED structures will sit with inside some other semiconductor company's product.

That is a very different type of architecture. And in some cases, what we're learning is, customers really, really like our transmit, which is a microLED, and they have an abundance of receiver technologies that they have at their fingertips.

The receivers themselves come from things like photodiodes from cameras, where there's been trillions of dollars of investment in camera technology. Meanwhile, the transmit side on the microLEDs, not that much investment.

Very hard to do, but very important in a transceiver. So what we're hearing from the major semiconductor companies is, focus on your transmit side for co-package optics.

We'll still provide a transceiver, which means transmit and receive in co-package optics, but we're very strong on the transmit side. So that's the second part of the market.

The third part of the market that actually is emerging for Kopin is because we'll have our own production line of microLEDs by the end of this year. Many companies are asking us, and some of them are competitors, by the way, or people we would consider a competitor, if Kopin would be their fab, would be their fabrication partner to build

their microLEDs for their solutions because they know that we're very good at it.

So those are the 3 parts of the market that I think about segmenting the market. And if we think about the total addressable market, it's $63 billion just in the United States and the $20 billion to $30 billion market by 2035.

And we think we're very well positioned to capture a little bit of that, which would go a long way.

A

Austin Moeller

Okay. And as far as the manufacturing facility, you're going to initially be building these microLEDs for the AI infrastructure market on that Soldier Borne Mission Command production line.

Obviously, it sounds like you've a lot more demand out there than you have production capacity right now. So at what point might you start looking at building out additional capacity?

What kind of customer signals have to be sent first? And could they provide some of that customer-funded CapEx or R&D to make that happen?

M

Michael Murray

Absolutely. And that's starting to form up right now.

To be clear, our priority is the IBAS award in Soldier Borne Mission Command. That is critical for our future and funding a lot of our learning and development.

Secondly, the government is actually quite happy that we're going to provide them with lower cost because of our utilization of their power production line will go up because we'll be shipping AI infrastructure microLEDs. It actually benefits the government.

So when we told them, they were quite happy with that. And then lastly, and interestingly, the more we produce in our production line, the quicker, better, faster our yields will become.

And at that point in time, once we have a clear yield number, we'll be able to understand how many wafers we're going to have to start and what our yields will be, and therefore, how many devices will come off our production line. For displays, we have a very good understanding of that.

For this co-packaged optic, near-package optic, as well as potentially other foundry services that we're engaged in negotiations on, TBD. We're learning as we go.

And there are several companies that are willing to support us in helping us grow that capacity. Moreover, the government is also willing to work with us to grow that capacity because they too need U.S.-based optics for co-package and near-package optic.

Last week there was, I guess, an edict, I'm not quite sure if it was legal or not, but the U.S. government has now required AI infrastructure companies to no longer buy Chinese-made optical interconnects.

And that trend is going to continue. So we think the government will be there to support us with volumes if we need it, and we think industry will be there to support us with more volume if we need it.

But I don't think we'll make that decision until about this time next year.

O

Operator

Your next question comes from the line of Jaeson Schmidt with Lake Street Capital Markets.

J

Jaeson Schmidt

Michael, just want to follow-up on your comments on the strong international demand, and I guess specifically, can you update us on how things are progressing with Theon and how your European business is tracking?

M

Michael Murray

You bet. Thanks, Jaeson.

Firstly, with Theon, things are going well. Specifically here in the United States, we're making progress with them.

We're also making progress with them in Europe with DarkWAVE. We just completed the $1 million order that they gave us to adapt the connector for DarkWAVE to connect to Theon's night vision goggle.

So that's just been completed. They're in testing now.

I expect that testing to go well, and hopefully we'll move to production rather quickly. But they just got their new prototypes, I believe, and are testing them now.

Secondly, we're working with Theon on a number of different opportunities, mainly around displays. So that activity is ongoing, and the 2 companies are working well together.

In fact, I was with Theon about a month ago in Greece for a few weeks, and we're definitely seeing new opportunities that I don't think we would have seen before, Jaeson. In fact, I know we would not have seen them before.

And this relationship is opening those doors, specifically in NATO.

J

Jaeson Schmidt

Got it. No, that's helpful.

And then just as a follow-up, I know there's a lot of moving parts with the revenue mix, but how should we think about gross margin trending the rest of this year?

E

Erich Manz

Yes, I think the gross margin story is going to be a good one as we progress through the rest of this year and into next. We certainly see improvement in this quarter, and we're expecting that to continue.

We look at it from the perspective of our fixed cost profile, and

absorption of those costs, which is exactly what we have been saying right along. Our fixed costs are not moving.

The volume in the business is what is actually driving the margins to be improved.

O

Operator

Your next question is from Christian Schwab with Craig-Hallum Capital Group.

C

Christian Schwab

Erich, you talked about exceeding previous guidance in the second half of the year. I think your guidance last quarter for the year was $52 million to $60 million.

Do you have a bracket of guidance that you're anticipating for the year now?

E

Erich Manz

We're looking at exceeding the numbers that we last announced. We're not providing anything today as far as an initial guidance, official guidance number or range.

But we're looking at least exceeding what we had put out before.

C

Christian Schwab

Okay. That's fair.

And then as we think about some of the bigger opportunities, Michael, do you anticipate -- can you give us a range? The Sentinel one, the first-person view drone opportunity seems like it could be very strong in '27.

Can you give us some color of the range of opportunities that could

represent in 2027?

M

Michael Murray

I will try my best. Christian, thanks for the question.

It's exciting. It's at least -- it's definitely tens of millions of dollars in new customer orders and deliveries that we would expect in 2027.

The scale could double that, quite frankly, depending on who wins the most in the Drone Dominance Gauntlet, provides us a different mix. What I mean by that is, there are some companies that we're partnered with that may not win the next round of Gauntlet or get a certain amount of volume.

So our challenge is to get as many as we can, and play the spread. So, we know that we've achieved several of the top 5 so far.

They're using Sentinel as we speak, and they're getting awards. So, we're really dependent upon them.

So that's the scale that we're seeing. It's in the tens of millions of dollars next year, and it really is dependent on who wins.

C

Christian Schwab

Yes, that's fair. And then as we look at IBAS and SBMC, and the lines being ready, would you expect to, or would you be disappointed if you didn't get, would you expect revenue in calendar 2027 from either or combined?

M

Michael Murray

We do. I think we're well on track.

My confidence is growing daily. I think the Army's confidence is growing daily.

And I think once we have our sample of color microLED in front of the major primes, I think their confidence will also be exceptionally high. And at the very least, we'll see awards next year.

high. And at the very least, we'll see awards next year.

We'll likely see some volume or at least initial low rate, initial production in 2027. But the main production for the program is still slated for 2028.

C

Christian Schwab

Great. And then lastly, just on the Neural I/o platform, would you anticipate that from the numerous different opportunities that you highlighted, that you would have production orders and revenue from the Neural I/o platform in 2027?

M

Michael Murray

I don't think production in '27 will happen, in terms of revenue. I think we're considering moving to monolithic IC development sooner than we had planned because we're getting a significant amount of confidence and customer interest to do so.

My tentativeness and Fabric.AI's tentativeness initially was, can we build this? Is this something that we can build?

And I think the answer is coming back as clearly yes. And is this something that our customers would want?

That demand signal is clearly yes. So the consideration right now is, do we move more quickly to a monolithic IC development and tape out sooner than we had originally planned?

And that's a conversation that we need to have with Fabric.AI very soon here. But in terms of production revenue for 2027, I doubt it.

It would likely be 2028. But we would see development revenue, and R&D orders or development orders in 2027.

We expect that to be in the $20 million to $30 million type of range for a chip like that.

C

Christian Schwab

So if I just sum those 3 up plus a little bit more success with Theon weapons and Collins and DarkWAVE and health care, we're on the cusp of substantial revenue growth in '27. Is that fair?

M

Michael Murray

Yes, it's fair. We're really excited about it, Christian.

I've got the team preparing for SOX compliance, and we do have $100 million in sight for 2028, for sure. It is a potential for 2027, albeit a small potential, but we're having the team prepare for SOX compliance in 2027 just in case.

Operator

O

Your last question comes from the line of Martin Yang with Oppenheimer and Company.

M

Martin Yang

So a quick question on OLED. Once you have your in-house tools ready online for '27, how do you think that could impact your profitability?

M

Michael Murray

Yes, great question, and thanks, Martin. Good to hear your voice.

I think, definitely because we're vertically integrated, Martin, we use our own OLEDs in our own devices like DarkWAVE and the medical headset, et cetera. We'll just be cannibalizing our own devices that we currently have deposition in Europe with, and reducing that margin stacking that we're paying for right now.

So whenever we deposit OLED in our European partners, we're paying them margin, which we will enjoy moving forward with our own OLED deposition. So we think we'll see at least 15 points of gross margin improvement next year by depositing our own OLED.

gross margin improvement next year by depositing our own OLED.

In fact, I think that's a low number. If it's that low, I'll be disappointed, but I think that's a good bottom level of savings or increased gross margin for next year.

M

Martin Yang

Got it. A follow-up, if I may.

Can you maybe briefly talk about the capacity we'll bring online once fully ramped? Do you have the capacity to go fully in-house, or do you still need some portion of outsourcing capabilities?

M

Michael Murray

For OLED, Martin?

M

Martin Yang

Yes.

M

Michael Murray

No, we'll be fine internal. The system that we have will be able to produce, at least for the foreseeable future, the demand that we have for first-person viewer drones and several other programs.

Yes, we'll be fine on OLED deposition capacity, at least for 2027 and 2028. One last thing, Martin.

To add capacity to our OLED production line, it's actually quite easy and not that expensive. We would just add another reactor, probably another node to our reactor, which increases our throughput.

I think it's by about 10%. So it's a very flexible system, one that we can expand and grow our volumes without spending a lot of CapEx.

Operator

O

This now concludes our question-and- answer session. I would like to turn the floor back over to CEO, Michael Murray, for closing comments.

M

Michael Murray

Thank you, operator, and thank you to everyone for joining us today. And a big thank you to the employees of Kopin and our operations team for delivering a great quarter and 4 quarters in a row of excellent quality.

Thank you for doing everything I've asked you to do. Take care, everyone.

Operator

O

Ladies and gentlemen, thank you for your participation. This does conclude today's teleconference.

You may disconnect your lines and have a wonderful day.

ROIC AI

© 2026 ROIC AI, Inc.
Financial data and stock API.