**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAITONA CARTER,<br>Plaintiff,<br><br>v.<br><br>STEPHEN A. FEINBERG, in his official capacity as Deputy Secretary of Defense;<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense,<br><br>Defendants. | Case No.: 1:26-cv-03318-UNA |

**PLAINTIFF'S NOTICE OF ERRATA: CLERICAL MISCLASSIFICATION AND SUBMISSION OF CORRECTED CIVIL COVER SHEET**

Plaintiff, appearing pro se, respectfully submits this Notice Of Errata: Clerical Misclassification to correct an administrative error in the docketing of this matter.

**1.** The Civil Cover Sheet during the initial intake processing has incorrectly been assigned this case Nature of Suit (NOS) Code 550 (Prisoner Petition).

**2.** Plaintiff is a non-prisoner, is not and was never arrested or incarcerated in any correctional facility or jail, and this action does not challenge prison conditions or a criminal sentence.

**3.** This action is brought pursuant to the Administrative Procedure Act (APA) and involves complex agency action, defense procurement, and property rights. The correct classification for this matter is NOS Code 899 (Administrative Procedure Act).

4. The emergency TRO faces a critical, unextendable deadline of October 13. Plaintiff respectfully requests that the Clerk's Office manually reclassify this case under Nature of

RECEIVED
SEP 28 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Suit Code 899 and immediately assign a presiding judge to hear the pending emergency TRO.

**WHEREFORE,** Plaintiff respectfully requests that the Clerk of Court immediately correct the docket, remove the "Prisoner Petition" NOS 550 designation, and reclassify this case under NOS 899 (Administrative Procedure Act) to ensure it remains properly routed on the Emergency Duty Deck track.

Dated: September 26, 2026

Respectfully submitted,

DAITONA CARTER
General Delivery, Main Post Office
2 Massachusetts Ave NE
Washington, DC 20002
No Phone. All communications by email.
legal@daitonacarter.com