**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAITONACARTER,<br>Plaintiff,<br><br>v.<br><br>STEPHENA.FEINBERG,in his official capacity as Deputy Secretary of Defense;<br><br>PETEHEGSETH,in his official capacity as Secretary of Defense,<br><br>Defendants. | Case No.: 1:26-cv-03318-UNA<br>(Emergency D-Deck TRO Request) |

**URGENT NOTICE: PLAINTIFF'S EMERGENCY NOTICE OF ADMINISTRATIVE CLERICAL ERRORS AND REQUEST FOR DOCKET CORRECTION**

Plaintiff Daitona Carter, proceeding pro se, respectfully submits this Emergency Notice to alert the Clerk of Court and Intake Supervisors to severe administrative clerical errors that have improperly obstructed the processing of this time-sensitive emergency matter.

**I. ERRONEOUS RELATED CASE CROSS-REFERENCE**

First, the docketing system incorrectly processed or linked Docket Entry No. 4. Plaintiff's filing explicitly referenced active appellate matters pending before the United States Court of Appeals for the Federal Circuit, specifically Appeal Nos. 2026-1721 and 2026-153. However, the system improperly cross-referenced and linked an entirely unrelated local District Court action: Case No. 1:26-cv-01721-TNM, Feldesman LLP v. Administration for Children and Families. Plaintiff has no connection to that matter, its parties, or its assigned judge (Judge McFadden). This administrative cross-reference error has misdirected the docket alignment for this emergency filing.

RECEIVED
OCT 01 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## II. ELECTRONIC NOTIFICATION ROUTING DISCREPANCY

Second, the Clerk's Office is currently transmitting Notices of Electronic Filing (NEF) to an incorrect address that conflicts with Plaintiff's explicit, confidential delivery instructions provided on the dedicated Pro Se Notification/Consent form filed in this action (Docket Entry No. 5). Without correct routing to the designated confidential communications channel established on that form, Plaintiff cannot timely monitor court directives.

## III. IMMINENT PREJUDICE TO THE D-DECK EMERGENCY DEADLINE

This action is designated as a D-Deck Emergency TRO matter. The underlying administrative changes take effect on October 14, 2026; consequently, judicial action is required prior to that date to prevent the application from being rendered moot. If this docket error is not corrected and the matter is not immediately assigned to a District Judge for D-Deck review, the emergency application will suffer irreversible harm by operation of time.

## IV. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Clerk's Office:

1. Sever and correct the erroneous docket link to Case No. 1:26-cv-01721-TNM;

2. Update the electronic notification profile to route all NEFs in strict accordance with the confidential Pacer email address designated on Plaintiff's filed Pro Se Notification form (Docket Entry No. 5); and

3. Immediately release this matter into the active random assignment pool so that an assigned District Judge may review the pending emergency TRO prior to October 14, 2026.

Dated: October 1, 2026

Respectfully submitted,

DAITONA CARTER
General Delivery, Main Post Office 2
Massachusetts Ave NE Washington,
DC 20002
No Phone. All communications by email.
legal@daitonacarter.com