**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DAITONA CARTER,

Plaintiff,

v.

STEPHEN A. FEINBERG, in his official capacity as Deputy Secretary of Defense;

PETE HEGSETH, in his official capacity as Secretary of Defense; and

WALTER JAY CLAYTON, in his official capacity as Director of National Intelligence,

Defendants.

Case No. 1:26-cv-03318-___

**LETTER TO THE CLERK'S OFFICE**

**Re: Case Assignment, PI Hearing, and Docketed File Integrity**

To the Clerk of Court, U.S. District Court for the District of Columbia:

Plaintiff respectfully requests the following:

1. **Case assignment.** This action was filed on September 22, 2026. As of October 5, 2026, the case remains unassigned. A Temporary Restraining Order was entered on September 24, 2026. Plaintiff is paying the $405 filing fee concurrently with this letter to trigger case assignment. Plaintiff requests that a judge be assigned to this case immediately upon fee resolution, and that the Court confirm which judge entered the TRO on September 24, 2026.

2. **PI hearing.** The TRO entered on September 24, 2026 will expire on or about October 8, 2026 under Fed. R. Civ. P. 65(b)(2)(B). No preliminary injunction hearing has been scheduled. Without an assigned judge, no hearing can be set. Plaintiff requests that a hearing date be set before the TRO expires. Plaintiff has filed a concurrent motion to extend the TRO to October 15, 2026.

3. **File integrity.** Doc. 3 (Plaintiff's Emergency Motion for TRO/PI and Verified Complaint, filed September 22, 2026) is not text-searchable on CM/ECF. The body text cannot be extracted, copied, or indexed. The attached exhibits within the same docket entry are fully searchable. The original file as uploaded by Plaintiff contained a functional text layer throughout. The same condition is present in Plaintiff's other pending actions: *Solos v. Meta, Case No. 1:26-cv-10304 (D. Mass.)*, and *Appeal No. 26-1721 (Fed. Cir.).* A readable copy of Doc. 3 as originally filed has been preserved at: https://archive.org/details/carter-v-feinberg-1-26-cv-03318-ddc. Plaintiff notes that Exhibit I (SSCI Formal Objection, July 14, 2026), as preserved in Plaintiff's records, contains the name 'Jay Clayton.' The correct name, as reflected in the OGE financial disclosure and the Senate confirmation record, is 'Walter Jay Clayton.' The discrepancy is consistent with the pattern of text corruption described above."

Plaintiff requests that the Clerk's Office investigate whether the docketed file matches the file as uploaded, and if not, restore the original file as uploaded.

No relief is requested. No motion is made. This letter is filed solely to request case assignment, scheduling of the pending PI hearing, and correction of the docketed file.

October 4, 2026

Respectfully submitted,

Datona Carter

RECEIVED

OCT 05 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Daitona Carter, Plaintiff, Pro Se
General Delivery, Main Post Office
2 Massachusetts Ave NE
Washington, DC 20002
No Phone. All communications by email only.
legal@daitonacarter.com