**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAITONA CARTER,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN A. FEINBERG, in his official capacity as Deputy Secretary of Defense;<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense; and<br><br>WALTER JAY CLAYTON, in his official capacity as Director of National Intelligence,<br>Defendants. | Case No. 1:26-cv-03318-___ |

**ADMINISTRATIVE NOTICE FOR AWARENESS TO THE CHIEF JUDGE**

To the Honorable Chief Judge James E. Boasberg, U.S. District Court for the District of Columbia:

Your Honor,

Plaintiff Daitona Carter, proceeding pro se, respectfully submits this administrative notice for the Court's awareness regarding the current processing and case assignment status of this action.

1. Plaintiff filed a communication with the Clerk's Office today concerning three administrative items: (1) case assignment status from the unassigned holding deck (-UNA), (2) scheduling or tracking of the pending emergency application before the critical compliance deadlines, and (3) noting a file integrity review regarding Docket Entry No. 3.

RECEIVED
OCT 05 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

2. Plaintiff writes to the Chief Judge for awareness only, in the event that administrative processing or case assignment is not finalized before the upcoming operational milestones. No formal or substantive relief is requested of the Chief Judge through this notice.

October 5, 2026

Respectfully submitted,

Daitona Carter, Plaintiff, Pro Se
General Delivery, Main Post Office
2 Massachusetts Ave NE
Washington, DC 20002
No Phone. All communications by email only.
legal@daitonacarter.com