**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DAITONA CARTER,

Plaintiff,

v.

STEPHEN A. FEINBERG, in his official capacity as Deputy Secretary of Defense;

PETE HEGSETH, in his official capacity as Secretary of Defense; and

WALTER JAY CLAYTON, in his official capacity as Director of National Intelligence,

Defendants.

Case No. 1:26-cv-03318-APM
Judge Amit P. Mehta

**NOTICE OF SUPPLEMENTAL FACT**
**(Re: Pentagon AI Pilot & Appointment of Defendant Clayton)**

Plaintiff respectfully submits this Notice of Supplemental Fact regarding the Pentagon AI Classification Pilot and the appointment of Defendant Clayton as AI Czar, dated October 7, 2026.

On October 7, 2026, the Department of Defense publicly announced a pilot program using AI to manage classification of sensitive military information. This is the operational mechanism by which the CAS-to-GAAP conversion directed by the September 14, 2026 Feinberg memo will be executed at scale. The AI pilot is directly relevant to Plaintiff's Motion for TRO [Doc. 15] and Amended Complaint [Doc. 14]. Plaintiff requests that the Court consider this development in ruling on the TRO before the October 14, 2026 deadline.

RECEIVED
OCT 8 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Additionally, Plaintiff notes that Walter Jay Clayton, named as a defendant in this action, was appointed AI Czar on or about October 7, 2026. He now oversees the AI policy that controls the system executing the records conversion he is being sued over.

October 8, 2026.

Respectfully submitted,

Daitona Carter, Plaintiff, Pro Se
General Delivery, Main Post Office
2 Massachusetts Ave NE
Washington, DC 20002
No Phone. All communications by email only.
legal@daitonacarter.com