UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DAITONA CARTER,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**STEPHEN A. FEINBERG**, *in his official capacity as Deputy Secretary of Defense*, ***et al.***,<br><br>**Defendants.** | ) | **Case No. 26-cv-03318 (APM)** |

**ORDER**

Before the court are pro se Plaintiff Daitona Carter's motions for injunctive relief, ECF Nos. 3, 13, 15. So far as the court can tell, Plaintiff challenges a recently announced change to accounting practices at the U.S. Department of Defense (DoD) under the Administrative Procedure Act. ECF No. 1 at 7–9; ECF No. 3 ¶ 7. According to Plaintiff, unless application of that change is enjoined as to certain DoD contracts, ECF No. 3 ¶ 17, she will be deprived of the evidence needed to establish damages in a pending action in the Court of Appeals for the Federal Circuit, *id.* ¶ 1, and "anticipated action" in the U.S. Federal Court of Claims seeking compensation for "government use of [ ] patented technology," *id.* ¶¶ 12, 18. Plaintiff has not, however, established that this claimed injury is "certain and great" and "actual and not theoretical" to warrant injunctive relief. *Wis. Gas Co. v. FERC*, 758 F.2d 669, 674 (D.C. Cir. 1985). The district court in the matter now before the Federal Court declined to allow Plaintiff to intervene, holding that "she ha[d] not sufficiently alleged that she has a protectible interest in this action." Electronic Order, *Solos Tech. Ltd. v. Meta Platforms, Inc.*, 26-cv-10304 (ADB), ECF No. 90 (D. Mass. Apr. 15, 2026). That she will secure relief from that decision on appeal and ultimately succeed on the

merits is wholly "speculative." *Wis. Gas*, 758 F.2d at 674. It is equally speculative that Plaintiff will prevail in any other action.

For those reasons, Plaintiff's motions for injunctive relief, ECF Nos. 3, 13, 15, are denied. Further, Plaintiff's motion to proceed in forma pauperis, ECF No. 2, is denied as moot as she has paid the filing fee. *See* Dkt. Entry, 10/6/26. Plaintiff's motion for immediate judge assignment, ECF No. 12, is also denied as moot. Her motion for reasonable accommodation, ECF No. 6, is denied without prejudice. The court will operate remotely unless an in-person hearing is required. Plaintiffs' motion for a CM/ECF password, ECF No. 7, is denied without prejudice as it fails to comply with Local Civil Rule 5.4. To cure, Plaintiff must certify either that she has successfully completed the Clerk's Office on-line tutorial or has been permitted to file electronically in other federal courts. *See* LCvR 5.4. She must also confirm her capacity to file documents and receive filings electronically on a regular basis. *See id.* Plaintiff's motion for electronic service, ECF No. 8, is granted.

Dated: October 13, 2026

Amit P. Mehta
United States District Judge