**ATTACHMENT 1**

**EXHIBIT K: EVIDENCE OF HISTORICAL REDUCTION TO PRACTICE**

*(All items sourced from Solos Technology Ltd. v. Meta Platforms, Inc., 26-cv-10304 (D. Mass.), Doc. 83, Attachments 83-1 through 83-10, filed April 10, 2026. Preserved in certified Federal Circuit Appendix, Case No. 26-1721, Doc. 29-1 through 29-3.)*

| **Item** | **Description** | **Timestamp** |
|---|---|---|
| K-1 | test_ask.py (468 bytes) | Oct 25, 2017 |
| K-2 | test_multiple.py (625 bytes) | Oct 25, 2017 |
| K-3 | 1.wav, 2.wav, 3.wav (audio test files) | Oct 25, 2017 |
| K-4 | Directory log: /test subdirectory | Oct 25, 2017 |
| K-5 | Tesseract OCR integration script (call_tesseract, image_to_string) | May 2, 2017 |
| K-6 | LinkedIn: "Tech Lab 'Blog' ~ Public Notes for AR/VR Development" | Jul 27, 2017 |
| K-7 | Physical prototypes: smart-glasses frame, custom lenses, glass-cutting (photos + watermarked video, @da_ee_yuy) | 2017–2019 |
| K-8 | Hand-drawn whiteboard: USB-C integration, event nodes, nano coating, battery placement | 2017 |
| K-9 | WNMU: Computer Hacking Forensic Investigator (CHFI) program | 2015–2017 |

File-system timestamps on K-1 through K-5 predate Meta's public announcement of Project Aria (September 16, 2020) by 2 years and 11 months to 3 years and 4 months. The LinkedIn entries (K-6, K-9) are contemporaneous public records from 2015–2017 documenting active prototype development during that period.