| | |
|---|---|
| DAITONA CARTER,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN A. FEINBERG, in his official capacity as Deputy Secretary of Defense;<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense; and<br><br>WALTER JAY CLAYTON, in his official capacity as Director of National Intelligence,<br><br>Defendants. | Case No. 1:26-cv-03318-APM<br>Judge Amit P. Mehta |

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Daitona Carter, appearing pro se, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the following sequential orders entered in this action:

1. The Memorandum Opinion and Order dated October 13, 2026 (ECF No. 21) denying Plaintiff's applications for an emergency temporary restraining order and preliminary injunction; and

2. The Minute Order entered on October 14, 2026 (ECF No. 22) recharacterizing and denying Plaintiff's Emergency Renewed Motion for a Temporary Restraining Order under Federal Rule of Civil Procedure 54(b).

This appeal is taken as a matter of right pursuant to 28 U.S.C. § 1292(a)(1), as it seeks review of interlocutory orders refusing to grant an immediate injunction, and under the collateral order doctrine to prevent the immediate, bad-faith destruction and spoliation of foundational evidence.

October 14, 2026

Respectfully submitted,

Daitona Carter, Plaintiff, Pro Se
General Delivery, Main Post Office
2 Massachusetts Ave NE
Washington, DC 20002
No Phone. All communications by email only.
legal@daitonacarter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of October, 2026, the foregoing Notice of Appeal was filed electronically through the Court's CM/ECF system. Pursuant to Federal Rule of Appellate Procedure 3(d)(1), the Clerk of the District Court shall immediately serve notice of the filing of this Notice of Appeal by sending an electronic copy or notification to all registered counsel of record and the civil process registries for the United States Attorney for the District of Columbia and the Attorney General of the United States.

October 14, 2026

Respectfully submitted,

Daitona Carter, Plaintiff, Pro Se
General Delivery, Main Post Office
2 Massachusetts Ave NE
Washington, DC 20002
No Phone. All communications by email only.
legal@daitonacarter.com