| | |
|---|---|
| DAITONA CARTER,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN A. FEINBERG, in his official capacity as Deputy Secretary of Defense;<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense; and<br><br>WALTER JAY CLAYTON, in his official capacity as Director of National Intelligence,<br><br>Defendants. | Case No. 1:26-cv-03318-APM<br>Judge Amit P. Mehta |

**MOTION FOR JUDICIAL NOTICE**
**PURSUANT TO FED. R. EVID. 201(b)**

Plaintiff moves this Court to take judicial notice of the following facts, each capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned, pursuant to **Federal Rule of Evidence 201(b)(2)**:

1. Dan Driscoll served as the 26th Secretary of the Army from February 25, 2025 to August 31, 2026. *(White House/DoD press releases.*)

2. On September 16, 2025, Secretary Driscoll personally hosted an AI tabletop exercise with approximately 20 technology company CEOs that directly preceded and launched Project ARIA (Army Rapid Implementation of AI), formally announced March 6, 2026. *(DoD press release.)*

3. As Secretary of the Army, Driscoll had signing authority over all Army acquisition and procurement decisions, including the SBMC contracts: the $159M Anduril Industries contract for the EagleEye program (awarded September 2025), Meta Platforms' parallel SBMC contract, and the Kopin IBAS awards ($34M total for MicroLED display configurations for ground-soldier and pilot applications). *(SAM.gov contract records.)*

4. Driscoll resigned as Secretary of the Army on August 31, 2026. *(DoD press release.)*

5. On September 14, 2026 Äî twelve days after Driscoll's resignation Äî Deputy Secretary Feinberg signed the memorandum "Fostering One Strong Industrial Base" directing the CAS-to-GAAP transition, with a 60-day window for CASB proposals expiring November 14, 2026. *(The memorandum; CASB final rule.)*

6. On November 2, 2026, OpenAI announced the appointment of Dan Driscoll as Senior Counselor for National Security Modernization. *(OpenAI press announcement.)*

7. On February 28, 2026, OpenAI signed an agreement with the Department of War. *(Public reporting.)*

8. The OpenAI announcement states Driscoll will work on "Daybreak" and advise on the DoW agreement. *(OpenAI press announcement.)*

9. Six IPRs are pending before the PTAB (filed June 18 Äì October 26, 2026). (PTAB dockets.)

10. The Kopin IBAS awards ($34M total, including the $18.6M sole-source award of October 8, 2026) are for "MicroLED display configurations for ground-soldier and pilot

applications", the display and lens architecture designed by Plaintiff. *(Kopin press release, Business Wire, Oct. 8, 2026; SAM.gov.)*

11. If the CAS cost-accounting records for SBMC contracts are preserved, they will document the allocation of Plaintiff's full architecture, DSP/beamforming, display/lens designs, HUD architecture, AI frameworks and models, and all underlying technology, within those contracts. The individual who had signing authority over those contracts and who personally launched the program incorporating that technology is now employed by the company with the signed “DoW” agreement. The preservation of those records is therefore also a matter of corporate disclosure and potential securities liability for the employing company.

**RELIEF REQUESTED**

1. **An ORDER** taking judicial notice of facts 1-11.

Dated: November 4, 2026

Respectfully Submitted,

Daitona Carter

Daitona Carter, Plaintiff
General Delivery, Main Post Office
2 Massachusetts Ave NE
Washington, DC 20002
legal@daitonacarter.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document has been filed electronically with the Clerk of the Court for ex parte consideration. No service has been made on the Defendants due to the immediate emergency and the upcoming November 14, 2026 deadline.

Dated: November 4, 2026

Respectfully submitted,

Daitona Carter, Plaintiff

| | |
|---|---|
| DAITONA CARTER,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN A. FEINBERG, in his official capacity as Deputy Secretary of Defense;<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense; and<br><br>WALTER JAY CLAYTON, in his official capacity as Director of National Intelligence,<br><br>Defendants. | Case No. 1:26-cv-03318-APM<br>Judge Amit P. Mehta |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Judicial Notice Pursuant to Fed. R. Evid. 201(b), it is hereby:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that this Court takes judicial notice of the adjudicative facts numbered 1 through 11 as set forth in Plaintiff's Motion.

**SO ORDERED**.

Dated: ______________, 2026

________________________________________

AMIT P. MEHTA

United States District Judge