**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAITONA CARTER,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN A. FEINBERG, in his official capacity as Deputy Secretary of Defense;<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense; and<br><br>WALTER JAY CLAYTON, in his official capacity as Director of National Intelligence,<br><br>Defendants. | Case No. 1:26-cv-03318-APM<br><br>Judge Amit P. Mehta |

**SUPPLEMENTAL MEMORANDUM AND MOTION FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S PENDING EX PARTE TRO (Dkt. No. 36)**

Plaintiff Daitona Carter, proceeding pro se, respectfully moves this Court for judicial notice of the following facts in support of the pending ex parte TRO (Dkt. No. 36). These facts post-date the Court's October 13, 2026 (Dkt. 21) and October 14, 2026 (Dkt. 24) orders. They constitute a "significant change in the facts" under the standard this Court cited in Dkt. No. 24 (Singh v. George Washington Univ., 383 F. Supp. 2d 99, 101 (D.D.C. 2005)).

Each fact is capable of accurate and ready determination by resort to the public source cited. No exhibits are attached; the Court may verify each source at the citation provided.

## I. FACTS SUBJECT TO JUDICIAL NOTICE

1. On November 4, 2026, Defendants filed "Defendants' Notice of Inter Partes Review Filings" in Solos Limited v. Meta Platforms, Inc., No. 1:26-cv-10304-ADB (D. Mass.), ECF No. 117. The notice certifies that six active PTAB petitions are material to the district court action.

(Source: D. Mass. docket, ECF No. 117, publicly accessible via PACER.)

2. On November 3, 2026, Mercedes-Benz publicly announced its "Holo Display" holographic windshield technology and simultaneously announced a partnership with Meta to integrate Meta smart glasses into the Mercedes vehicle experience beginning early 2027.

(Source: Mercedes-Benz press release, Nov. 3, 2026, media.mercedes-benz.com; Mercedes-Benz USA press release, Nov. 3, 2026, media.mbusa.com.)

3. On October 13, 2026, Attorney General Todd Blanche issued a memorandum establishing the DOJ Super Intelligence Task Force (DOJ-SITF). The memorandum was publicly released November 5, 2026. The DOJ-SITF coordinates the Department's criminal and civil law enforcement efforts involving "Super Intelligence" and serves as the principal point of contact with the White House Super Intelligence Force (SIF).

(Source: justice.gov/opa, Oct. 13, 2026 memorandum; DOJ press release, Nov. 5, 2026.)

4. The DOJ press release announcing the DOJ-SITF on November 5, 2026, identifies SIF Chair Jay Clayton and states the task force will "facilitate our partnership with SI Force Chair Jay Clayton."

(Source: DOJ press release, Nov. 5, 2026, justice.gov/opa.)

5. Jay Clayton held the following positions during the period in which the events documented in this case occurred:

- Chairman, U.S. Securities and Exchange Commission — May 4, 2017 to December 23, 2020;
- Chairman of the Board of Directors, Apollo Global Management — March 2021 to April 21, 2025;
- United States Attorney, Southern District of New York — April 22, 2025 to July 29, 2026;
- Director of National Intelligence — sworn in August 3, 2026 (confirmed July 28, 2026);
- White House AI Czar / Chair, Super Intelligence Force (SIF) — October 2026 to present.

  (Source: SEC.gov historical summary; Apollo press releases, Feb. 18, 2021 and Apr. 17, 2025; SDNY court order, Aug. 20, 2025; ODNI press release, Aug. 3, 2026; White House announcement, Oct. 4, 2026.)

6. Executive Order 14434, Inaugurating the Era of Super Intelligence, was signed September 29, 2026, and published at 91 FR 63129 (Oct. 2, 2026). Section 1 directs the executive branch to use "Super Intelligence" and "SI" in place of "Artificial Intelligence" and "AI" and "will not acknowledge the usage of 'Artificial Intelligence' and 'AI' in any applicable setting." Section 3(a) defines SI as the technologies encompassed by 15 U.S.C. § 9401(3). The SIF is structured to report directly to the President and the White House Chief of Staff.

(Source: 91 FR 63129, federalregister.gov; CNN, Oct. 4, 2026.)

7. On November 5, 2026, Harmeet Dhillon resigned as Assistant Attorney General for the Civil Rights Division.

(Source: AG Blanche public announcement, Nov. 5, 2026.)

8. On November 6, 2026, Jason Reding Quiñones resigned as United States Attorney for the Southern District of Florida.

(Source: AG Blanche public announcement, Nov. 6, 2026.)

9. On November 6, 2026, John Eisenberg resigned as Assistant Attorney General for the National Security Division.

(Source: AG Blanche public announcement, Nov. 6, 2026.)

10. On March 30, 2026, Plaintiff's motion was entered on the docket in the lower court. On April 2, 2026 — three days later — President Trump removed Attorney General Pam Bondi from office. Deputy Attorney General Todd Blanche was named interim Attorney General the same day.

(Source: Trump Truth Social post, Apr. 2, 2026; Reuters, Apr. 2, 2026; PBS NewsHour, Apr. 2, 2026.)

11. Bradley J. Bondi, brother of former AG Pam Bondi, is a Partner and Global Co-Chair of the Investigations & White Collar Defense practice at Paul Hastings LLP (defendants' counsel of record in the underlying proceedings). Prior to private practice, he served on the Executive Staff of the U.S. Securities and Exchange Commission as Counsel to two SEC Commissioners (2008–2010).

(Source: Paul Hastings LLP firm bio, paulhastings.com; Paul Hastings press release, Apr. 3, 2023.)

12. In February 2026, the House Financial Services Committee publicly raised concerns that the DOJ under AG Bondi had taken "several unusual actions that appear to benefit" Brad Bondi in his private practice matters.

(Source: min.house.gov press release, Feb. 17, 2026.)

13. On November 9, 2026, Brett Shumate resigned as Assistant Attorney General for the Civil Division.

(Source: AG Blanche public announcement, Nov. 9, 2026.)

14. On November 9, 2026, Henry Whitaker resigned as Acting Assistant Attorney General for the Office of Legal Counsel.

(Source: DOJ confirmation, Nov. 9, 2026.)

15. On October 23, 2026, the per curiam order in CAFC No. 26-153 (Chen, Linn, Cunningham) denied the petition for mandamus. The order described the petition as arising from Plaintiff having "unsuccessfully attempted to participate in inter partes review proceedings before the PTAB" and directed that "She may raise her arguments and requests for relief related to the district court action in Appeal No. 2026-1721."

(Source: CAFC docket, No. 26-153, Dkt. No. 8, Oct. 23, 2026, CourtListener/PACER.)

16. On October 23, 2026, Plaintiff filed a motion to strike the petition, to recuse, and to expedite (Dkt. No. 9), and a petition for en banc rehearing (Dkt. No. 10) in No. 26-153. Both remain pending.

(Source: CAFC docket, No. 26-153, Dkt. Nos. 9–10, Oct. 23, 2026.)

17. On November 6, 2026, an episode of "The Joe Rogan Experience" featuring Calley Means — former senior adviser to HHS, who resigned October 22, 2026 — was published. Means alleged that a "concentrated group of people in the Trump administration" had

"catered to special interests" and that the administration gave "the most centralized control, up to the chief of staff's office, of any administration in American history."

(Source: The Joe Rogan Experience, Episode 2578, Nov. 6, 2026; Washington Post, Nov. 8, 2026; CNN, Nov. 9, 2026.)

18. On November 7, 2026, Senator Ron Johnson (R-WI) appeared on Fox News and stated: "Calley lays out in gory detail the corruption. The bipartisan corruption within all branches of government." He further stated that corruption is "happening throughout government agency after government agency, captured by the very … corporations that are regulated by government."

(Source: Fox News, Nov. 7, 2026; Washington Post, Nov. 8, 2026; Milwaukee Journal Sentinel, Nov. 8, 2026.)

19. On May 22, 2026, Amaryllis Fox Kennedy — former CIA officer, Deputy DNI for Policy (under DNI Gabbard), and OMB Associate Director for Intelligence (overseeing budgets of all 18 intelligence agencies) — resigned. On June 3, 2026, she told the Wall Street Journal: "I couldn't keep signing the checks. I would have become complicit."

(Source: Wall Street Journal, June 3, 2026; Washington Post, May 19, 2026; ICIJ, May 20, 2026.)

20. On July 15, 2026, Fox Kennedy joined Ballard Partners as Partner and Co-Chair of its Emerging Technology and AI Practice Group. Her bio describes her career as being "at the nexus of natural language processing, early artificial intelligence." She continues to serve on the President's Intelligence Advisory Board. Anthropic paid Ballard $380,000 in Q3 2026.

(Source: Ballard Partners announcement, July 15, 2026; Bloomberg Government, July 15, 2026; lobbying disclosures.)

21. On October 6, 2026, David J. Rush, former senior CIA Directorate of Science and Technology executive, pleaded guilty to wire fraud. He served as liaison to DoD for sensitive military programs and worked closely with Deputy Secretary of Defense Stephen A. Feinberg. He fabricated a fake Special Access Program, acting as his own approving authority, to divert ~$194 million including 298 gold bars (~$46M). Sentencing: January 28, 2027.

(Source: DOJ press release, Oct. 6, 2026; NBC News, Oct. 6, 2026; New York Times, May 130, 2026; BBC, Oct. 6, 2026.)

22. DOJ-released Epstein financial files contain June 2014 Ameriprise brokerage statements showing Jeffrey Epstein held $213,004 in Torchlight Energy Resources (67 transactions). Torchlight became Meta Materials, Inc. in June 2021. SEC issued cease-and-desist order against Meta Materials in 2024 (Release No. 33-11292).

(Source: DOJ-released Epstein files; Poliscio Analytics LLC; SEC Release No. 33-11292, June 25, 2024, sec.gov.)

23. On November 6, 2026, President Trump removed Susie Wiles as White House Chief of Staff, effective November 9, 2026. Stephen Miller named replacement. The SIF was structured to report directly to the President and the Chief of Staff. The Chief of Staff to whom the SIF reported was removed three days before this motion.

(Source: Trump Truth Social, Nov. 6, 2026; NYT, Nov. 9, 2026; CBS News, Nov. 6, 2026; CNN, Oct. 4, 2026.)

24. On November 8, 2026, Calley Means appeared on CBS "Face the Nation" and alleged that Ballard Partners "controlled" White House policy. CBS reported Ballard earned $186 million during the administration's first two years ($98.1M in 2026, 399 clients).

(Source: CBS "Face the Nation," Nov. 8, 2026; CBS News, Nov. 10, 2026; OpenSecrets, Oct. 20, 2026.)

25. Meta Platforms, Inc. retained Ballard Partners for federal lobbying, including advocacy on executive branch policies and algorithmic tracking protocols.

(Source: Official corporate lobbying disclosures; The AI Lobby.)

26. Kopin Corporation holds a 20.0% equity stake in Solos Incorporation (1,172,000 shares per its SEC Form 10-Q) as consideration for asset-licensing agreements involving audio and smart optical technologies.

(Source: Kopin Corporation SEC Form 10-Q, SEC EDGAR.)

27. ECF No. 110 in Solos v. Meta (D. Mass.) alleged a decade-long infrastructure overlap involving Northrop Grumman and Facebook user accounts since at least 2013. The court issued ECF No. 113, sealing the entries.

(Source: D. Mass. docket, ECF Nos. 110 & 113, PACER.)

28. Published reporting documents that Israeli Defense Ministry–overseen ad-tech firms Discover-Tech and Rayzone used commercial ad bidding to construct geolocation and identity tracking infrastructure across consumer platforms without user interaction.

(Source: The Hindu, Nov. 2026; Facebook/Meta transparency reporting.)

29. Ballard Partners reported $82–88M in annualized federal lobbying revenue ($186M multi-year). It has a Tel Aviv office (opened April 2020) to "assist Israeli companies needing representation in the United States."

(Source: LegiStorm; CBS News, Nov. 10, 2026; OpenSecrets; PRNewswire, Apr. 27, 2020.)

30. Northrop Grumman Systems Corp. retained Ballard Partners in March 2026 to lobby on "matters relating to the defense industrial base and federal government procurement."
(Source: Politico, Mar. 31, 2026; LegiStorm.)

31. On September 8, 2025, the Army awarded Anduril a $159M prototyping contract for SBMC (formerly IVAS Next). On August 17, 2026, Anduril unveiled SBMC Phase 2 integrating Meta and Oakley smart glasses. Anduril is contractually scheduled to deliver 170 Phase 2 units to the Army in January–February 2027.
(Source: Anduril public announcements; Army contract records.)

32. In November 2026, Anduril's board authorized a $1.3B employee stock tender at $94.80/share ($90B cap). The tender deadline was November 9, 2026. Anduril reported $1.4B in annualized defense revenues. On October 5, 2026, the Army awarded Anduril a $1.8B NGC2 contract.
(Source: Anduril public disclosures; Army contract announcements.)

33. In this action, this Court denied Plaintiff's TRO/PI motions on October 13, 2026 (Dkt. 21) and October 14, 2026 (Dkt. 24). An ex parte TRO (Dkt. 36) filed November 9, 2026 remains pending. The Amended Complaint (Dkt. 14) names Feinberg, Hegseth, and Clayton as defendants. Notice of appeal filed to D.C. Circuit (No. 26-5358) on October 14, 2026.
(Source: D.D.C. docket, No. 1:26-cv-03318, Dkt. Nos. 14, 21, 24, 25, 31–36.)

34. The Feinberg report, referenced in this action, states that conversion from CAS to GAAP "cannot be done" with respect to the records at issue.
(Source: D.D.C. docket, No. 1:26-cv-03318, Dkt. No.31.)

35. On November 6, 2026 — the same day Wiles announced her departure — White House Deputy Chief of Staff Richard Walters, described by Axios as one of Wiles' "closest political lieutenants," submitted his resignation. Stephen Miller assumed the Chief of Staff position on November 9, 2026.

(Source: Axios, Nov. 8, 2026; CBS News, Nov. 8, 2026; The Hill, Nov. 9, 2026.)

36. On November 8, 2026, Calley Means publicly demanded that Wiles, Ballard Partners, and Continental Strategy "immediately preserve all potentially relevant records and communications," including "emails, text messages, Signal, WhatsApp, encrypted or disappearing messages, attachments, drafts, and relevant electronically stored records." Brian Ballard responded November 9, 2026: "I do not ordinarily respond to commentary about our firm. I am making an exception today because Calley Means has made specific claims about Ballard Partners that are false, and the record should be corrected."

(Source: Calley Means, X post, Nov. 8, 2026; The Hill, Nov. 8, 2026; CBS News, Nov. 8, 2026; Brian Ballard, X, Nov. 9, 2026.)

37. **On April 10, 2026, Deputy Secretary of Defense Stephen A. Feinberg formally established the Economic Defense Unit (EDU) through a departmental memorandum.** The EDU "will issue grants, loans, options, equity investments, and purchase commitments to accelerate US defense production through commercial-like deal structuring that also includes private capital commitments and incentive structures." The EDU is directed to deploy up to $200 billion over three years. Its director, George Kollitides (former Cerberus Capital Management), reports directly to Feinberg. On September 15, 2026, Feinberg signed a separate memorandum "directing the Department of War to remove the accounting, audit and compliance barriers that have separated the companies serving the warfighter from the rest of the American economy."

(Source: DefenseScoop, Apr. 10, 2026; DLA Piper, Apr. 7, 2026; Semafor, Mar. 11, 2026 and Sept. 21, 2026; The Guardian, June 18, 2026; war.gov release, Sept. 15, 2026.)

38. Leon Black, co-founder of Apollo Global Management, paid Jeffrey Epstein $170 million between 2012 and 2017. "Please call Leon Black" appears more than 300 times in the DOJ-released Epstein files. Senator Wyden's Senate Finance Committee conducted a four-year investigation into Black's Epstein ties, releasing its full report on August 4, 2026. On September 15, 2026, the House Oversight Committee voted 41-0 to recommend holding Black in criminal contempt of Congress; the full House approved the contempt resolution on September 16, 2026. On March 22, 2021 — the same month Black departed Apollo — Jay Clayton was named Apollo's non-executive chairman. The Wyden report is contained in ECF No. 41 (*Solos Technology Ltd. v. Meta Platforms Inc, et al,* Appeal No. 26-1721, CAFC, on petition of Movant-Appellant Daitona Carter, which was deferred to the merits panel by order of September 15, 2026 (Dkt. 45).

(Source: Reuters, Mar. 22, 2021; Wyden report, Aug. 4, 2026, finance.senate.gov; NBC News, June 27, 2026; House Oversight Committee vote, Sept. 15, 2026; CAFC 26-1721 docket, Dkt. 45.)

## II. RELEVANCE

### A. The pattern of denials.

This Court denied Plaintiff's TRO/PI motions on October 13 (Dkt. 21) and October 14 (Dkt. 24). Each denial was entered while the following were publicly known or occurring:

- Anduril SBMC Phase 2 unveiling (Aug. 17, 2026) — before the first denial;
- Rush guilty plea (Oct. 6, 2026) — one week before the first denial;
- DOJ-SITF creation (Oct. 13, 2026) — the same day as the first denial;

- Mercedes-Benz/Meta announcement (Nov. 3, 2026) — before the pending Dkt. 36;
- Five DOJ resignations (Nov. 5–9, 2026) — before and concurrent with Dkt. 36;
- Wiles/Walters resignations + Means preservation demand (Nov. 6–8, 2026) — two days before Dkt. 36;
- Anduril $1.3B tender closing (Nov. 9, 2026) — the same day as Dkt. 36.
- Feinberg's EDU memorandum (Apr. 10, 2026) and "remove accounting barriers" memorandum (Sept. 15, 2026) — both before the first TRO denial.

The Feinberg report — on this Court's record — states CAS-to-GAAP "cannot be done." The Court's October 14 order (Dkt. 24) stated: "Plaintiff's claim of irreparable harm remains speculative." The facts noticed here demonstrate the irreparable harm is not speculative. It is scheduled, contracted, and in progress. The tender has closed. Phase 2 delivery is January–February 2027. The SIF mandate expires February 12, 2027.

**B. The paper trail.**

1. Rush worked in CIA DS&T — the division that develops technology for intelligence operations — and served as DoD liaison. The technology at issue (dual-use signal processing, beamforming) is the same category DS&T develops.

2. Rush worked closely with Deputy Secretary of Defense Feinberg. Plaintiff's constructive trust request (the "Feinberg memo," Dkt. No. 31) was directed at Feinberg's office. Feinberg is a named defendant in this action.

3. The Epstein files document $213,004 in Torchlight (67 transactions, June 2014). Torchlight became Meta Materials in 2021. SEC cease-and-desist 2024.

4. Fox Kennedy oversaw budgets of all 18 intelligence agencies. Her career is NLP/AI. She resigned, told WSJ she "couldn't keep signing the checks," and now co-chairs Ballard's Emerging Tech/AI group. Anthropic paid Ballard $380K in Q3 2026.

5. Clayton was confirmed DNI July 28, 2026 — six weeks after Fox Kennedy's WSJ interview, six weeks after Rush's arrest. He is now SIF Chair. He is a named defendant in this action.

6. The SIF reported to Chief of Staff Wiles. Wiles and her deputy Walters resigned November 6. A formal preservation demand was issued November 8 targeting the records of the office that controlled the SIF. The SIF's 120-day mandate runs to February 12, 2027.

7. Ballard Partners (Wiles' former firm) lobbies Meta (Fact 25), Northrop Grumman (Fact 30), and has a Tel Aviv office (Fact 29). Its Emerging Tech/AI group is co-chaired by Fox Kennedy (Fact 20). The firm Wiles' daughter partners in (Continental Strategy) lobbies Samsung for semiconductors.

8. The $1.3B Anduril tender closed November 9, 2026. The insiders have already cashed out. Phase 2 hardware (Meta/Oakley glasses) delivers to the Army January–February 2027.

9. The Feinberg report says CAS-to-GAAP "cannot be done." No TRO has preserved the records. The financial trail is being made permanently inaccessible by accounting standard while the technology deploys.

10. **The EDU is the codified legal mechanism, and the CAS-to-GAAP inaccessibility is its operational effect.**

Defendant Feinberg established the EDU in April 2026 (Fact 37). The EDU's stated function is to deploy capital through "equity investments" and "commercial-like deal structuring" in dual-use technology. The technology at issue in this case — dual-use signal

processing, beamforming, visual sensor and displays, audio, overlays, natural language processing, AI framework/models and smart architectures — falls within the EDU's target categories. The EDU operates outside standard FAR procurement, using bespoke IP and equity clauses.

On September 15, 2026, Feinberg signed a memorandum directing the Department to "remove the accounting, audit and compliance barriers." The Feinberg report on this Court's record states that CAS-to-GAAP conversion "cannot be done." That is not a technical limitation. It is the operational effect of Feinberg's own memorandum. The accounting barriers that would have made the EDU's equity investments traceable were removed by the same individual who is the named defendant in this action and who created the investment vehicle.

The EDU is the legal mirror. What was done to Plaintiff's technology — taken, restructured through a corporate vehicle, absorbed into a defense platform, and rendered financially unauditable — is now the codified, budgeted, publicly announced function of the office Feinberg oversees. The $593 million FY2027 RDT&E budget line for the EDU is in the Pentagon's public budget request.

11. Rush is the confirmed proof of concept for what Feinberg's EDU now does by design. The chain is unbroken:

- Rush worked in the CIA's Directorate of Science and Technology — the division that develops the same category of technology at issue in this case (dual-use signal processing, beamforming, hardware-enclaved architectures).
- Rush served as liaison to the Department of Defense for sensitive military programs.

- Rush worked closely with Defendant Feinberg on those programs.
- Rush fabricated a fake Special Access Program, acted as his own approving authority, and diverted $194 million including 298 gold bars. He pleaded guilty October 6, 2026.
- Feinberg — the same individual Rush worked with — established the EDU in April 2026 (Fact 37). The EDU's stated function is to deploy capital through equity investments in dual-use technology using "commercial-like deal structuring" outside standard FAR procurement.
- Feinberg signed a memorandum on September 15, 2026, directing the Department to "remove the accounting, audit and compliance barriers."
- The Feinberg report on this Court's record states CAS-to-GAAP conversion "cannot be done."

Rush did it illegally, alone, through a fake program. Feinberg's EDU does it legally, by design, through a budgeted $200 billion investment vehicle with bespoke IP clauses and no standard audit trail. The "remove accounting barriers" memo is the step that makes the EDU's transactions permanently unauditable. Rush's guilty plea confirmed the structural vulnerability. Feinberg's EDU codified it. The CAS-to-GAAP inaccessibility on this Court's record is the operational result.

The technology at issue in this case — developed by Plaintiff before the commercial smart glasses market existed, dual-use in nature, now deployed in Anduril's SBMC Phase 2 and Meta's Holo Display — is the exact category of technology the EDU targets. The EDU's equity investment structure is the legal mechanism by which an individual's independent invention can

be absorbed into a defense platform, rendered financially unauditable, and commercialized at scale while the original inventor is structurally barred from recovery.

This is not an inference. It is the public record: the man who worked with Rush created the mechanism. The man who created the mechanism signed the order that removed the audit trail. The man who signed that order is a named defendant in this action.

12. **The Wyden report in ECF 41 connects Clayton to the Epstein financial network through Apollo.** The Wyden report — which is in ECF No. 41, deferred to this panel (Dkt. 45) — documents that Leon Black paid Epstein $170 million and that "Please call Leon Black" appears 300+ times in the DOJ-released files. Black was held in criminal contempt of Congress on September 15–16, 2026. Clayton was named Apollo's non-executive chairman the same month Black departed (March 2021). Clayton is now SIF Chair and a named defendant in this action. The individual who replaced the subject of the Senator Ron Wyden report at the company that was Epstein's largest funding vehicle now chairs the entity managing the technology at issue in this case.

Defendant Feinberg also appears in the DOJ-released Epstein financial files. Feinberg created the EDU (Fact 37), signed the "remove accounting barriers" memo (Fact 37), and is the named defendant in this action. Rush — who worked with Feinberg — pleaded guilty to moving $194 million through a fake classified program (Fact 21).

**The chain: Black (Epstein's largest funder, $170M, contempt of Congress) → Clayton (replaced Black at Apollo, now SIF Chair) → Feinberg (EDU creator, "remove accounting barriers," in Epstein files) → Rush (worked with Feinberg, pleaded guilty, $194M). All four are connected to the technology at issue. Three of the four are named defendants or parties in the active proceedings. The Wyden report documenting the first link is already before this panel in ECF 41 (Solos v. Meta et al, 26-1721, CAFC).**

### C. The structural bar.

The DOJ-SITF (Fact 3) is chaired by Defendant Clayton (Fact 4). EO 14434 (Fact 6) forbids the executive branch from acknowledging the technology by its proper name. The SIF reports to the President and the Chief of Staff (Fact 6) — a position that changed November 9 (Fact 23). The preservation demand (Fact 36) means the records of the office that controlled the SIF are now subject to a legal obligation to preserve. If those records are not preserved, the spoliation clock is running.

### D. The 60-day EO deadline and SIF mandate.

Section 3(b) of EO 14434 requires proposed definitional language within 60 days (~November 28, 2026). The SIF's 120-day mandate expires February 12, 2027.

## III. LEGAL STANDARD

Fed. R. Evid. 201(b)(2): a court may take judicial notice of a fact "not subject to reasonable dispute" because it is "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Each fact above is drawn from a court docket, a federal government publication, a corporate press release, an SEC filing, a congressional release, a DOJ-released document, or a nationally broadcast interview. None is subject to reasonable dispute.

Fed. R. Civ. P. 65(a): a preliminary injunction may issue where the movant shows likelihood of success, irreparable harm, balance of equities, and public interest. Winter v. NRDC, 555 U.S. 7, 20 (2008). The facts noticed here constitute a significant change in the factual landscape since this Court's last order. Singh v. George Washington Univ., 383 F. Supp. 2d 99, 101 (D.D.C. 2005).

## IV. REQUESTED RELIEF

Plaintiff respectfully requests that this Court:

1. Take judicial notice of the thirty-six facts set forth in Part I;

2. Grant the pending ex parte TRO (Dkt. No. 36) in light of the facts noticed herein;

3. Direct the Clerk to stay all proceedings pending (i) the CAFC's decision on the stay motion to be filed November 10, 2026 (CAFC No. 26-1721), and (ii) the D.C. Circuit's decision on the pending emergency motion for injunction pending appeal (D.C. Cir. No. 26-5358, Dkt. 5, filed Oct. 15, 2026); and

4. Grant such other relief as the Court deems just.

Dated: November 10, 2026

Respectfully submitted,

Daitona Carter, Movant-Appellant Pro Se
General Delivery, Main Post Office
2 Massachusetts Ave NE
Washington, DC 20002
legal@daitonacarter.com